AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ELIZABETH McKENZIE <br><br> *Plaintiff* <br> v. <br> STEINER TRANSOCEAN, LTD. <br><br> *Defendant* | ) ) ) ) ) ) ) ) <br> Civil Action No. 1:17-cv-24469-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STEINER TRANSOCEAN, LTD.
by serving its Registered Agent, GLADYS RODRIGUEZ
770 S. DIXIE HWY, Suite 200
Coral Gables, Florida 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        PAUL M. HOFFMAN, ESQ.
        HOFFMAN LAW FIRM
        2881 East Oakland Park Blvd. Suite 110
        Fort Lauderdale, FL  33306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/11/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts