**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:17-CV-24469-CMA

Plaintiff:
**ELIZABETH MCKENZIE**

vs.

Defendant:
**STEINER TRANSOCEAN, LTD**

FLP2018002880

For:
Paul M. Hoffman, Esq.
HOFFMAN LAW FIRM
2881 East Oakland Park Boulevard
Suite 307
Fort Lauderdale, FL 33306

Received by FLORIDA PROCESS SERVICE, INC. on the **9th day of February, 2018** at **4:48 pm** to be served on **STEINER TRANSOCEAN, LTD. BY SERVING ITS REGISTERED AGENT, GLADYS RODRIGUEZ, 770 S. DIXIE HWY, SUITE 200, CORAL GABLES, FL 33146**.

I, ALBERT ARRIERA, do hereby affirm that on the **14th day of February, 2018** at **12:53 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT.** with the date and hour of service endorsed thereon by me, to: **Iliana Cabrera** as **Claim Coordinator,** an employee who is authorized to accept service for **STEINER TRANSOCEAN, LTD. BY SERVING ITS REGISTERED AGENT, GLADYS RODRIGUEZ** in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of: **770 S. DIXIE HWY, SUITE 200, CORAL GABLES, FL 33146**, and informed said person of the contents therein, in compliance F.S. 48.081 (3)(a).

I am over the age of eighteen, and have no interest in the the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true. No Notary Required Pursuant to F.S. 92.525(2).

DATE: 2/19/18

**ALBERT ARRIERA**

**FLORIDA PROCESS SERVICE, INC.**
**1673 SW 67 Avenue**
**West Miami, FL 33155**
**(305) 371-9000**

Our Job Serial Number: FLP-2018002880

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n