UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                                    CASE NO. 1:17-cv-24469-CMA

        Plaintiff,

v.

STEINER TRANSOCEAN LTD.,

        Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that Carmen Y. Cartaya, Esquire of the law firm of McIntosh, Sawran & Cartaya, P.A., hereby enters a Notice of Appearance as counsel on behalf of Defendant, STEINER TRANSOCEAN LIMITED, in the above-captioned matter.  Copies of all pleadings and papers filed in this action should be served upon her at the address listed below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via CM-ECF on this 5th day of March, 2018 on all counsel of record on the attached service list in the manner specified.

Respectfully submitted,

/s/ Carmen Y. Cartaya
Carmen Y. Cartaya, Esq.
Fla. Bar No. 515736
cycpleadings@mscesq.com
McIntosh, Sawran & Cartaya, P.A.
1776 East Sunrise Blvd
Fort Lauderdale, FL 33304
Telephone:    954-765-1001
Facsimile:    954-765-1005
*Counsel for Defendants*

MCINTOSH SAWRAN & CARTAYA, P.A. • ATTORNEYS AT LAW • 1776 EAST SUNRISE BLVD • FORT LAUDERDALE, FL 33304

TELEPHONE (954) 765-1001          FACSIMILE (954) 765-1005

## SERVICE LIST

CASE NO. 1:17-cv-24469-CMA

Paul M. Hoffman, Esquire
HOFFMAN LAW FIRM
2888 East Oakland Park Boulevard
Suite 110
Fort Lauderdale, Florida 33306
Telephone: (954) 563-8111
Facsimile: (954) 563-8171
pmh@paulmhoffmanlaw.com
*Attorneys for Plaintiff*