UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                             CASE NO. 1:17-cv-24469-CMA

       Plaintiff,

v.

STEINER TRANSOCEAN LTD.,

       Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant, STEINER TRANSOCEAN LIMITED, by and through its undersigned attorneys, and pursuant to Fed.R.Civ.P.6., hereby requests the Court for good cause shown for an extension of time to file a response to Plaintiff's Complaint, and in support states as follows:

1. Plaintiff served a Complaint on Defendant on February 14, 2018.

2. The response to Plaintiff's Complaint is currently due on Wednesday, March 7, 2018.

3. Defendant respectfully requests a 20-day extension to respond, moving the deadline to Tuesday, March 27, 2018.

4. No party will be prejudiced by the granting of this Motion.

WHEREFORE, Defendant, STEINER TRANSOCEAN LIMITED, respectfully requests an extension of time to file its response.  Specifically,

Defendant requests a 20-day extension to move the filling deadline to March 27, 2018.

Dated: March 5, 2018.

> Respectfully submitted,
>
> */s/ Carmen Y. Cartaya*
> Carmen Y. Cartaya, Esq.
> Fla. Bar No. 515736
> cycpleadings@mscesq.com
> McIntosh, Sawran & Cartaya, P.A.
> 1776 East Sunrise Blvd
> Fort Lauderdale, FL 33304
> Telephone:   954-765-1001
> Facsimile:    954-765-1005
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via CM-ECF on this 5th day of March, 2018 on all counsel of record on the attached service list in the manner specified.

> Respectfully submitted,
>
> */s/ Carmen Y. Cartaya*
> Carmen Y. Cartaya, Esq.
> Fla. Bar No. 515736
> cycpleadings@mscesq.com
> McIntosh, Sawran & Cartaya, P.A.
> 1776 East Sunrise Blvd
> Fort Lauderdale, FL 33304
> Telephone:   954-765-1001
> Facsimile:    954-765-1005
> *Counsel for Defendants*

## SERVICE LIST

CASE NO. 1:17-cv-24469-CMA

Paul M. Hoffman, Esquire
HOFFMAN LAW FIRM
2888 East Oakland Park Boulevard
Suite 110
Fort Lauderdale, Florida 33306
Telephone: (954) 563-8111
Facsimile: (954) 563-8171
pmh@paulmhoffmanlaw.com
*Attorneys for Plaintiff*