UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                    CASE NO. 1:17-cv-24469-CMA

        Plaintiff,

v.

STEINER TRANSOCEAN LTD.,

        Defendant.
_____/

**[PROPOSED]
ORDER ON DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

**THIS CAUSE** having come before the Court on Defendant's Unopposed Motion for Extension of Time, and the Court having been fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED**

1.    That said Motion be, and the same is hereby **GRANTED**.

2.    Defendant shall file a response to Plaintiff's Complaint no later than March 27, 2018.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of March, 2018.

_____
United State District Court Judge
Cecilia M. Altonaga

Copies furnished to:
(Counsel of record)