UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

    Plaintiff,
v.

**STEINER TRANSOCEAN LTD.**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Extension of Time [ECF No. 8]. No reason for the requested 20-day time extension is given; good cause is hardly shown. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Defendant shall file a response to Plaintiff's Complaint no later than **March 14, 2018**. **The deadline for compliance with the Order of February 28, 2018 [ECF No. 6] will not be extended.**

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record