UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE, CASE NO. 1:17-cv-24469

Plaintiff,

vs.

STEINER TRANSOCEAN LIMITED,

Defendant.
_______________________________/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

COME NOW Defendant, STEINER TRANSOCEAN LIMITED, pursuant to Fed.R.Civ.P. 7.1, by and through their undersigned counsel, and submit their Certificate of Interested Parties and Corporate Disclosure Statement as follows:

**CERTIFICATE OF INTERESTED PARTIES**

1. Plaintiff, Elizabeth McKenzie
2. Paul Hoffman, Esquire.
3. Hoffman Law Firm
4. Steiner Transocean Limited
5. Carmen Y. Cartaya, Esquire.
6. McIntosh, Sawran & Cartaya, P.A.
7. Navigators Insurance Company
8. Disney Cruise Line

## CORPORATE DISCLOSURE STATEMENT

Steiner Transocean Limited is a division of Steiner Leisure Limited which is wholly owned by LCatterton.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via CM-ECF on this 14th day of March, 2018 on all counsel of record on the attached service list in the manner specified.

Respectfully submitted,

*/s/ Carmen Y. Cartaya*
Carmen Y. Cartaya, Esq.
Fla. Bar No. 515736
cycpleadings@mscesq.com
McIntosh, Sawran & Cartaya, P.A.
1776 East Sunrise Blvd
Fort Lauderdale, FL 33304
Telephone: 954-765-1001
Facsimile: 954-765-1005
*Counsel for Defendant*

**SERVICE LIST**

CASE NO. 1:17-cv-24469-CMA

Paul M. Hoffman, Esquire
HOFFMAN LAW FIRM
2888 East Oakland Park Boulevard
Suite 110
Fort Lauderdale, Florida 33306
Telephone: (954) 563-8111
Facsimile: (954) 563-8171
pmh@paulmhoffmanlaw.com
*Attorneys for Plaintiff*