**SCHEDULE A**

| Date | Event |
|---|---|
| July 20, 2018 | Deadline to join additional parties or to amend pleadings |
| August 10, 2018 | Deadline to file joint interim status report |
| November 10, 2018 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation |
| January 12, 2019 | Deadline to complete fact discovery<br><br>Deadline to Submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition<br><br>Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P.  Rebuttal disclosures are permitted and shall comply with the deadline set forth in Rule 26(a)(2)(C)(ii), Fed. R. Civ. P. |
| February 2, 2019 | Deadline for the filing of all dispositive motions |
| February 28, 2019 | Deadline to complete mediation |
| March 21, 2019 | Deadline to complete all expert discovery |
| March 28, 2019 | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| April 4, 2019 | Deadline to file Joint pretrial stipulation pursuant to Local Rul 16.1(e), S.D. Fla. And pretrial disclosures pursuant to Rule 26(a)(3), Fed. R. Civ. P.<br><br>Deadline to file proposed jury instructions (if the matter is set for a jury tirla) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k) |
| May 1, 2019 | Calendar Call |
| May 6, 2019 | Three-Four Day trial period commences |