UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

    Plaintiff,
v.

**STEINER TRANSOCEAN LTD.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On February 28, 2018, the Court entered an Order [ECF No. 6] requiring the parties to file a joint scheduling report, certificates of interested parties, and corporate disclosure statements by March 19, 2018. To date, Plaintiff, Elizabeth McKenzie, has failed to file a certificate of interested parties containing a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the party. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall comply with the Order by **March 22, 2018**. Failure to do so will result in dismissal without prejudice without further notice.

**DONE AND ORDERED** in Miami, Florida, this 20th day of March, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record