UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 17-CV-24469-CMA

ELIZABETH McKENZIE

    Plaintiff,
vs.

STEINER TRANSOCEAN, LTD.

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND
DISCLOSURE STATEMENT AND NOTICE OF RELATED OR REFILED CASES**

    COMES NOW, Plaintiff, ELIZABETH McKENZIE, by and through undersigned counsel, and hereby pursuant Local Rules and/or Federal Rules of Civil Procedure 7.1, and/or the Court's Order, and hereby files her Certificate of Interested Parties and Disclosure Statement, and Notice of Related Cases, as follows:

1. The Plaintiff is an individual, not a corporate party, and thus no further disclosure is required by Federal Rule of Civil Procedure 7.1.

2. At all times material hereto, the Plaintiff has had no ownership or management interest in any corporate or business entity which is a party to this action.

3. Rule 7.1 notwithstanding, the following persons and entities have an interest in the outcome of the litigation.

    Elizabeth McKenzie
    14608 Pasaje Place
    Horizon City, TX 79928

1

Paul M. Hoffman, P.A.
2881 East Oakland Park Blvd.
Fort Lauderdale, FL 33306

Steiner Transocean, Ltd.
770 S. Dixie Highway
Coral Gables, FL 33146

The Plaintiff is unaware of any related or re-filed cases.

DATED this 21st day of March, 2018.

                                              Respectfully submitted,

                                              HOFFMAN LAW FIRM
                                              *Attorneys for the Plaintiff*
                                              2881 East Oakland Park Blvd.
                                              Fort Lauderdale, Florida 33306
                                              Telephone: (954) 563-8111
                                              pmh@paulmhoffmanlaw.com

                    By:    */s/   Paul M. Hoffman, Esq.*
                               PAUL M. HOFFMAN, ESQ.
                               Florida Bar No.: 279897

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 21, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Carmen Y. Cartaya, Esq., attorney for Defendant at cycpleadings@mscesq.com in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other electronic manner.

                                          By:    */s/   Paul M. Hoffman*
                                                    PAUL M. HOFFMAN, ESQ.
                                                    Florida Bar No.:  279897