UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                              CASE NO.  1:17-cv-24469-CMA

    Plaintiff,

vs.

STEINER TRANSOCEAN
LIMITED,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that Thomas M. Hartwig, Esquire of the law firm of **McIntosh, Sawran & Cartaya, P.A.**, hereby enters a Notice of Appearance as counsel along with Carmen Y. Cartaya, Esquire, on behalf of Defendant, STEINER TRANSOCEAN LIMITED, in the above-captioned matter.  Copies of all pleadings and papers filed in this action should be served upon them at the address listed below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via CM-ECF on this 23rd day of March, 2018 on all counsel of record on the attached

*Notice of Appearance*
*1:17-cv-24469*

service list in the manner specified.

          Respectfully submitted,

          */s/ Thomas M. Hartwig*
          Thomas M. Hartwig, Esquire
          Florida Bar No. 155683
          McINTOSH, SAWRAN & CARTAYA, P.A.
          1776 East Sunrise Blvd.
          P.O. Box 7990
          Fort Lauderdale, FL 33338-7990
          Telephone: (954) 765-1001
          Facsimile: (954) 765-1005

*Notice of Appearance*
*1:17-cv-24469*

# SERVICE LIST

CASE NO. 1:17-cv-24469-CMA

Paul M. Hoffman, Esquire
HOFFMAN LAW FIRM
2888 East Oakland Park Boulevard
Suite 110
Fort Lauderdale, Florida 33306
Telephone: (954) 563-8111
Facsimile: (954) 563-8171
 pmh@paulmhoffmanlaw.com
*Attorneys for Plaintiff*