UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

    Plaintiff,
vs.

**STEINER TRANSOCEAN, LTD.**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Anne Bloom from Bloom Mediation on Thursday, September 27, 2018, at 10:00 a.m., at a location to be determined in Miami, Florida. The parties are reminded that a report of their mediation must be filed within 7 days thereafter.

**DONE AND ORDERED** in Miami, Florida, this 10th day of April, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record