UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELIZABETH McKENZIE,   CASE NO. 1:17-cv-24469

    Plaintiff,

vs.

STEINER TRANSOCEAN LIMITED,

    Defendant.
_____/

## DEFENDANT'S RULE 26 INITIAL DISCLOSURES

Defendant, STEINER TRANSOCEAN LIMITED, by and through undersigned counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby file Defendant's Initial Disclosure. This Initial Disclosure is based on Defendant's best present information and knowledge, and may be supplemented and/or modified upon the acquisition of additional facts and/or knowledge. With the submission of this Initial Disclosure, Defendant does not waive any applicable privilege, including but not limited to the attorney-client privilege or the work product privilege, and retain the right to assert any such privilege where appropriate.

**Rule 26(a)(1)(A)(i)** – The following individuals may be possessed of discoverable information:

1. Plaintiff, Elizabeth McKenzie -- liability and damages

2. Plaintiff's companion(s) on subject cruise -- liability and damages.

3. Gary Calder, Manager of Senses Spa -- liability and damages

CASE NO: 1:17-cv-24469

4. Representative of Steiner Transocean Limited -- liability and damages

5. Representative of Disney Cruise Lines -- liability and damages

6. Marlene Augustin, MD  -- liability and damages

7. Ship's Physician – Dr. I. Soto – Plaintiff's alleged injuries

8. Dr. Peter Herman, Plaintiff's treating physician – Plaintiff's alleged damages.

**Rule 26(a)(1)(A)(ii)**- The following documents may be used by Defendant to support its defenses:

1. Plaintiff's shipboard medical records..

2. Plaintiff's medical records.

3. Plaintiff's Onboard Charges.

4. Plaintiff's Consent for Treatment

5. Plaintiff's excursion records.

The Defendants reserve the right to supplement this list as discovery continues.

**Rule 26(a)(1)(A)(iii)- Damages**

Plaintiff is claiming damages for alleged allergic reaction to a facial cream utilized during a medispa procedure.  Plaintiff is claiming allergic dermatitis.

**Rule 26(a)(1)(A)(iv)- Insurance Agreement:**

Defendant, Steiner Transocean Limited is insured through Navigators Insurance Group.

MCINTOSH SAWRAN & CARTAYA, P.A. • ATTORNEYS AT LAW • 1776 EAST SUNRISE BLVD • FORT LAUDERDALE, FL 33304

TELEPHONE (954) 765-1001          FACSIMILE (954) 765-1005

CASE NO: 1:17-cv-24469

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a correct copy hereof has been furnished to:

Paul M. Hoffman, Esquire, Hoffman Law Firm, 2881 East Oakland Park Boulevard Penthouse Suite 307, Fort Lauderdale, FL  33306, by [e-mail] on this 14th day of May, 2018.

McINTOSH, SAWRAN & CARTAYA, P.A.
1776 East Sunrise Blvd.
P.O. Box 7990
Fort Lauderdale, FL 33338-7990
 Telephone:   954-765-1001
Facsimile:     954-765-1005


By:  */s/ Carmen Cartaya*
      CARMEN Y. CARTAYA
      Florida Bar No: 515736
      ccartaya@mscesq.com
      cycpleadings@mscesq.com
      *(for email service only)*