UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

ELIZABETH MCKENZIE,

    Plaintiff,
vs.

STEINER TRANSOCEAN, LTD.,

    Defendant.
_____/

**ORDER**

Defendant filed Rule 26 Initial Disclosures [ECF No. 19] on May 14, 2018. Local Rule 26.1(b) of the U.S. District Court for the Southern District of Florida provides, "Initial and expert disclosures . . . or any associated proof of service shall not be filed with the Court or the Clerk of the Court, nor proof of service thereof, until they are used in the proceeding or the court orders their filing." To date, the Disclosures have not been used in this proceeding, nor has the Court ordered their filing. Accordingly, it is

**ORDERED AND ADJUDGED** that the Disclosures **[ECF No. 19]** are **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of May, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record