UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


ELIZABETH McKENZIE,

                Plaintiff,

vs.                                   No. 1:17-cv-24469

STEINER TRANSOCEAN LIMITED,

                Defendant.
_____/


                        1776 E. Sunrise Blvd.
                        Fort Lauderdale, Florida
                        August 13, 2018
                        10:19 a.m.



                 _____

                 THE DEPOSITION OF

                 ELIZABETH MCKENZIE


        _____

          Taken on Behalf of the Defendant

        Pursuant to Notice of Taking Deposition

             Commencing at 10:19 a.m.

Page 2

1   APPEARANCES:

2
    On behalf of Plaintiff:
3
    HOFFMAN LAW FIRM
4   2881 East Oakland Park Boulevard, sUITE 307
    Ft. Lauderdale, FL 33306
5   (954)563-8111
    BY:  PAUL M. HOFFMAN, ESQ.
6

7   On behalf of Defendant:

8   McINTOSH, SAWRAN & CARTAYA, P.A.
    1776 E. Sunrise Blvd
9   P.O. Box 7990
    Ft. Lauderdale, FL 33338-7990
10  (954)765-1001
    BY:  CARMEN Y. CARTAYA, ESQ.
11

12  ALSO PRESENT:

13  JILL SINGER

14

15  REPORTED BY:

16  KELLY A. ESPOSITO
    ALPHA & OMEGA REPORTING SERVICES, INC.
17  1776 E. Sunrise Boulevard, First Floor
    Ft. Lauderdale, FL 33304
18  954.523.6422

19                    * * * * *

20                   STIPULATIONS

21        It is stipulated and agreed by and between

22     counsel for the respective parties that:

23        Reading and subscription of the deposition

24     by the witness are not waived.

25

51b1537e-4f4b-4935-977f-7f12a0660894

Page 3

1                            I N D E X

2

   Examination                                    Page

3

4   Direct          By Ms. Cartaya:                 4

5   Cross           By Mr. Hoffman:                72

6   Redirect        By Ms. Cartaya:                80

7

8                        DEFENSE EXHIBITS

9   No.                                            Page

10    1            Notice of Taking Deposition    7
      2            Consent for Treatment          17
11    3            Rejuvenation Spa               41
                   Coolsculpting Guest
12                 Information and Medical
                   History
13    4            Answers to Interrogatories     45
      5            Photographs                    59
14    6            Photographs                    67

15

16

17

18

19

20

21

22

23

24

25

51b1537e-4f4b-4935-977f-7f12a0660894

Page 4

1    Thereupon:

2                    ELIZABETH MCKENZIE

3       a witness named in the notice heretofore filed,

4    being of lawful age and having been first duly

5    sworn, testified on her oath as follows:

6              THE WITNESS:  I do.

7                    DIRECT EXAMINATION

8    BY MS. CARTAYA:

9       Q.   Would you state your name and home

10   address, please?

11      A.   Elizabeth C. McKenzie, 14608 Pasaje Place,

12   Horizon City, Texas 79928.

13      Q.   And who resides with you at that address?

14      A.   My husband and my four children.

15      Q.   Could you give us the name of your

16   husband?

17      A.   Michael Edward McKenzie.

18      Q.   And what does he do for a living?

19      A.   We own a construction company, and we're

20   in the process -- we own another business, car

21   dealer -- resale car dealer.

22      Q.   And what are the names and ages of your

23   children?

24      A.   Betty Elizabeth McKenzie, she's 26; James

25   Michael McKenzie, he's 25; Hazel Elizabeth McKenzie,

51b1537e-4f4b-4935-977f-7f12a0660894

Page 5

1    she's 20; Michael Edward McKenzie, II, and he's 14.

2         Q.    Have you ever been married before?

3         A.    No.

4         Q.    This is your one and only marriage?

5         A.    Yes.

6         Q.    Are you employed?

7         A.    I own both businesses.

8         Q.    With your husband --

9         A.    Yes.

10        Q.    -- or on your own?

11        A.    With my husband.  Well, the business --

12   first business, McKenzie Development, I own with my

13   husband, and the second business I own 100 percent

14   myself.

15        Q.    Okay.  And on a day-to-day basis what do

16   you do?  What are your activities, as far as

17   work-related?

18        A.    I'm an office manager and I do all the

19   paperwork that needs to be done for the business.

20        Q.    Tell me about your education.

21        A.    I'm short about a year finishing my

22   bachelor's.

23        Q.    And what is your major?

24        A.    Business management.

25        Q.    And where did you go to school?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 6

```
 1        A.    I'm attending Park University.

 2        Q.    Where is that located?

 3        A.    El Paso, Texas.

 4        Q.    And how long have you lived at that

 5   address?

 6        A.    Over 20 years.

 7        Q.    Okay.  In the past 10 years have you had

 8   any other business ventures?

 9        A.    Yes.

10        Q.    What are those?

11        A.    It was a construction company.

12        Q.    A different construction company?

13        A.    Yes.  It was under a different name.

14        Q.    What was that name?

15        A.    McKenzie Construction, Inc.

16        Q.    And now it's McKenzie Development?

17        A.    LLC.

18        Q.    LLC?

19        A.    Uh-huh.

20        Q.    Okay.  And did you receive your notice of

21   taking deposition?

22        A.    Yes.

23              MS. CARTAYA:  Okay.  Let's mark that,

24        please.

25
```

Page 7

1              (Thereupon, the referred-to document was

2              marked by the court reporter for

3              Identification as Defendant's Exhibit 1.)

4         MS. CARTAYA:  Defendant's Exhibit 1 is the

5    notice of taking deposition.

6         MR. HOFFMAN:  Uh-huh.  Yes.

7    BY MS. CARTAYA:

8         Q.   Okay.  Mrs. McKenzie, did you recall

9    seeing that document?

10        A.   Yes.

11        Q.   And the document asked you to bring

12   certain documents with you, certain information, and

13   it's listed under Items 1 through 8.

14             Did you bring all of those documents

15   today?

16        A.   No.

17        Q.   Why not?

18        A.   I just received this document yesterday.

19        Q.   Okay.

20        MS. CARTAYA:  So, Paul, we don't have the

21   duces tecum records?

22        MR. HOFFMAN:  Well, we have some of them.

23        MS. CARTAYA:  What is this that you've

24   handed me?

25        MR. HOFFMAN:  I believe it's expenses on

51b1537e-4f4b-4935-977f-7f12a0660894

Page 8

 1         the subject cruise and after.  I believe it's

 2         medical records of what doctors she saw.  Also,

 3         there's a request about "All records regarding

 4         plaintiff's allergies," No. 7, and "All

 5         expenses incurred as a result of the alleged

 6         incident."  Photographs from the subject cruise

 7         have already been produced.  I have them with

 8         me, if you'd like them again.  "Seapass account

 9         showing all expenses," No. 5, is in that

10         package.

11              MS. CARTAYA:  It's in here?

12              MR. HOFFMAN:  Yes.

13              "All policies of health insurance

14         providing coverage," there's none.  She has no

15         coverage.

16              "Photographs since the incident depicting

17         plaintiff's face," they've been produced.

18              And any photographs depicting her face at

19         present, you can take a picture of her today.

20              "Photographs dated one month prior to the

21         incident," we produced one.  If you want more,

22         we can get them.

23              MS. CARTAYA:  We'll go through, because I

24         don't have the dates on some of these -- or any

25         of these.

8/13/2018      McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

Page 9

```
 1           MR. HOFFMAN:  Oh.  And I gave Jill a
 2      photograph of them just before they boarded the
 3      ship.
 4           MS. CARTAYA:  Okay.
 5           MR. HOFFMAN:  And that was sent to you.
 6           MS. CARTAYA:  All right.
 7           MR. HOFFMAN:  So everything has been
 8      provided except No. 1, which has not been
 9      provided because Dr. Martinez is the PCP
10      doctor.  That's my mistake.
11           MS. CARTAYA:  Okay.  And we've already
12      said off the record that we're going to -- if I
13      need to take her deposition after I review
14      those medical records that have not yet been
15      produced, then we'll set it up by telephone and
16      the plaintiff will bear the costs.
17           MR. HOFFMAN:  Correct.
18 BY MS. CARTAYA:
19      Q.   Okay.  When did you decide to go on the
20 subject cruise?
21      A.   I don't recall the date.
22      Q.   Okay.  And the cruise was in
23 December 2016?
24      A.   Of 2016, yes.
25      Q.   Okay.  Who was with you on the cruise?
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 10

```
 1       A.    My husband and our four children.

 2       Q.    Okay.  Anyone else from the family?

 3       A.    No.

 4       Q.    Any friends?

 5       A.    No.

 6       Q.    Just the four of you?

 7       A.    And --

 8       Q.    The four children and you two?

 9       A.    Yes.

10       Q.    And what cabin were you assigned?

11       A.    I had two cabins.

12       Q.    What were those?

13       A.    I don't recall off the top of my head.

14       Q.    Okay.  And it was a week long cruise?

15       A.    No.  It was three -- a short weekend

16  cruise.

17       Q.    Where did you embark the ship?

18       A.    Fort Lauderdale.

19       Q.    All right.  And where did you disembark

20  the ship?

21       A.    Fort Lauderdale.

22       Q.    And what was the itinerary for the ship?

23  Where did you go on the cruise?

24       A.    Nassau, Castaway Key.

25       Q.    What was it called?
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 11

1      A.    Castaway Key.

2      Q.    No other ports?

3      A.    No other ports.

4      Q.    Okay.  Now, at some point in time you

5 decided to go to the spa.

6            What led you to go to the spa?

7      A.    We had arrived early to our cruise ship

8 and I had extra time before the emergency drill and,

9 therefore, I decided to call the spa and get some

10 services done there.

11     Q.    Okay.  What time was it?

12     A.    Before the emergency drill.

13     Q.    Okay.  I understand that, but

14 approximately what time was it when you called the

15 spa?

16     A.    Approximately 2:00, 2:30.

17     Q.    Okay.  And you actually went over to the

18 spa?

19     A.    Yes.

20     Q.    Okay.  Who did you meet with?

21     A.    Gary.

22     Q.    Do you have a last name for Gary?

23     A.    No.

24     Q.    And to your understanding who was Gary?

25     A.    Not at the time.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 12

 1        Q.    I'm sorry?

 2        A.    I didn't understand who he was at the

 3   time.

 4        Q.    At some point in time later did you learn

 5   who he was?

 6        A.    Yes.

 7        Q.    And who was Gary?

 8        A.    A manager for the spa.

 9        Q.    You spoke with Gary.  And what did you

10   speak about?

11        A.    We spoke over the phone when I set my

12   appointment.

13        Q.    And what did you make an appointment for?

14        A.    A pedicure and a back massage.

15        Q.    Okay.  And what time were these

16   appointments for?

17        A.    The pedicure was supposed to be done

18   before the drill and the massage was supposed to be

19   done after the drill.

20        Q.    Okay.  So when you first arrived at the

21   spa, who did you speak with?

22        A.    Gary.

23        Q.    And what did you discuss with Gary at that

24   time?

25        A.    My pedicure appointment and my back

                                                    Page 13

 1    massage appointment.

 2         Q.    Okay.  Did you speak with anyone else at

 3    that point in time?

 4         A.    Yes.

 5         Q.    Who was that?

 6         A.    The spa doctor, plastic surgeon.

 7         Q.    What was that person's name?

 8         A.    I don't recall.

 9         Q.    Okay.  And what did you discuss?

10         A.    I was standing in line to get my pedicure

11    done and she approached me with a pamphlet and said

12    that I could benefit from a double chin treatment;

13    if I was interested in doing a consultation.

14         Q.    With her?

15         A.    With her.

16         Q.    And what was your response?

17         A.    I looked at her pamphlet and I said, "Yes,

18    I'd be interested, but I have an appointment with a

19    pedicure getting done," because I was in line, and

20    she says, "I can rearrange it and you can come see

21    me right now."

22         Q.    Did you do that?

23         A.    Yes.

24         Q.    Okay.  And where did you go to see this

25    doctor?

Page 14

1      A.    In one of their offices --

2      Q.    Okay.

3      A.    -- or rooms.

4      Q.    And what did you discuss?

5      A.    She discussed the CoolSculpting for the

6   double chin, and some fillers, some injections for

7   my forehead.

8      Q.    Okay.  Did you make an appointment for

9   these treatments?

10      A.    At that time?

11      Q.    (Nod in the positive.)

12      A.    Yes.

13      Q.    Okay.  And when were your appointments

14   set?

15      A.    She said that I could do them after the

16   drill and she would rearrange my back massage.  So

17   she canceled my massage and she scheduled those

18   after the drill.

19      Q.    Okay.  Did you have the pedicure?

20      A.    Yes.

21      Q.    When did you have the pedicure?

22      A.    Before the drill.

23      Q.    Okay.  Any complaints about the pedicure?

24      A.    No.

25      Q.    All right.  So then you went to the drill,

51b1537e-4f4b-4935-977f-7f12a0660894

Page 15

1   correct?

2        A.   Correct.

3        Q.   And you came back to the spa?

4        A.   Yes.

5        Q.   All right.  Where were your children and

6   your husband at that time?

7        A.   I'm not entirely sure.

8        Q.   Did you discuss with your husband the

9   treatments you had planned at the spa?

10        A.   Not at the time.  I just said, you know --

11   can you rephrase that question, please?

12        Q.   Sure.

13             You went to the spa.  You made these

14   appointments.  You went to the drill.

15        A.   Uh-huh.

16        Q.   You went back to the spa?

17        A.   Yes.

18        Q.   During that period of time, did you

19   discuss with your husband the planned treatments?

20        A.   I recall I discussed it.  I just don't

21   remember when.

22        Q.   Okay.  The pamphlet that you're

23   referencing, do you have a copy of it?

24        A.   I do not have it with me.

25        Q.   But do you have a copy of the pamphlet?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 16

1    Did you keep a copy?

2        A.    I might have kept it.  I might have kept a

3    copy.

4              MS. CARTAYA:  Paul, if she has it, you'll

5        provide it?

6              MR. HOFFMAN:  Absolutely.

7    BY MS. CARTAYA:

8        Q.    Did you read the pamphlet?

9        A.    Yes.

10       Q.    What did the pamphlet inform you about?

11       A.    Different services of the spa, pedicures,

12   different massages.

13       Q.    Relative to the CoolSculpting, what did it

14   inform you about?

15       A.    Just that it was a fat burning type

16   product or system.

17       Q.    Okay.  And relative to the filler

18   injections, what information did the pamphlet

19   provide you?

20       A.    I don't recall reading that on the

21   pamphlet.  That was conversation I had with the

22   doctor.

23       Q.    And let's go to that conversation.

24             How long was the conversation with the

25   doctor?

Page 17

1       A.    I don't remember.

2       Q.    What did you discuss?

3       A.    We discussed the CoolSculpting, the

4    injections on the forehead, and the fillers.

5       Q.    Did you discuss with her the risks and

6    benefits of the procedure?

7       A.    Yes.

8       Q.    Okay.  What did she tell you about the

9    risks of the procedure -- of both procedures?

10       A.    That there was no risk.

11       Q.    She told you there was no risk?

12       A.    Uh-huh.

13            MR. HOFFMAN:  You have to say yes or no.

14            THE WITNESS:  Yes.

15   BY MS. CARTAYA:

16       Q.    What else did you discuss about the

17   procedures?

18       A.    The time allotted to do the procedures.

19       Q.    Okay.  What else?

20       A.    That's all I recall at this moment.

21            MS. CARTAYA:  Let's have that marked as

22       Defendant's 2, please

23            (Thereupon, the referred-to document was

24            marked by the court reporter for

25            Identification as Defendant's Exhibit 2.)

51b1537e-4f4b-4935-977f-7f12a0660894

Page 18

```
 1          MS. CARTAYA:  Paul.
 2          MR. HOFFMAN:  Okay.  Well, you know, I
 3     sent you an e-mail requesting that I be given
 4     any documents that were gonna be used at the
 5     deposition so I could review them with my
 6     client beforehand.
 7          MS. CARTAYA:  That document I received
 8     from you.  You produced it.  So I figured you'd
 9     have it.
10          MR. HOFFMAN:  I don't have it.
11          MS. CARTAYA:  We can take a minute and you
12     can discuss it with your client.  We can take a
13     break if you want to do that.
14          MR. HOFFMAN:  Well, no, it's okay.  All
15     right.  Let me -- I don't believe this is mine.
16  BY MS. CARTAYA:
17     Q.   Mrs. McKenzie, I'm going to give you
18  what's been marked as Defendant's Exhibit 2 and ask
19  you if you've ever seen that document before?
20          MR. HOFFMAN:  Can we do this another way?
21          Can you identify the -- the signature at
22     the bottom of the page.
23          MS. CARTAYA:  That's what I'm going to do.
24  BY MS. CARTAYA:
25     Q.   I've handed you the consent for treatment.
```

Page 19

1              Is that your initials at the bottom of the

2    page?

3          A.   It appears to be.

4          Q.   If you can turn the pages, please, and

5    identify your signatures.

6              Is that your signature at the bottom of

7    that page?

8          A.   It appears to be.

9          Q.   Okay.  And turning to page 3, is that your

10   signature at the bottom of that page?

11         A.   It appears to be.

12         Q.   And the same question as to page 4, is

13   that your signature at the bottom of that page?

14         A.   It appears to be.

15         Q.   Okay.  Mrs. McKenzie, did you read that

16   document before you placed your signature at the

17   bottom of each pages?

18         A.   No.

19         Q.   Why not?

20         A.   The doctor said, "There's really no side

21   effects.  This is just customary."

22         Q.   Let me represent to you that that document

23   describes in detail the procedures and the risks and

24   benefits, and you proceeded to have the procedures

25   without fully reading that document and

51b1537e-4f4b-4935-977f-7f12a0660894

Page 20

```
 1  understanding what it said?

 2            MR. HOFFMAN:  Form.

 3            THE WITNESS:  I was basing my -- my --

 4            MR. HOFFMAN:  First you have to answer her

 5       question, and then, you can explain it.

 6            THE WITNESS:  Can you repeat your

 7       question?

 8            MS. CARTAYA:  Can you read it back?

 9            (Whereupon, the requested testimony was

10            read back by the court reporter.)

11            MR. HOFFMAN:  Form.

12            THE WITNESS:  Yes.

13  BY MS. CARTAYA:

14       Q.   Okay.  Why?  Why did you do that?

15       A.   Because I felt rushed from the doctor.

16       Q.   You felt what?  I'm sorry?

17       A.   Rushed.  She explained it briefly, and she

18  said, "This is just customary, and there's

19  usually -- you know, you're just going to feel some

20  redness or some discomfort from the cold sensation."

21       Q.   Why did you feel rushed by the doctor?

22       A.   I felt rushed throughout the whole process

23  with her, just from the very beginning.  When I was

24  standing in line, she changed my appointment.  When

25  I was getting my pedicure, I had not had any of
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 21

1    these services and she billed me for them.

2         Q.   Can you explain what you mean by that,

3    that she billed you before the procedures?

4         A.   Yes.

5         Q.   Tell me about that, please.

6         A.   I was sitting in the pedicure chair when

7    she came over and she had me sign a receipt of all

8    the services without being performed.

9         Q.   Okay.  And how much was the total?

10        A.   I don't recall.

11        Q.   All right.

12        A.   While I was sitting in her office chair,

13   she was promoting some skin care products, and I

14   said, "I might look at it later."  She brought

15   another lady in to bring the products to me.  She

16   was just really aggressive and very rushy.

17        Q.   Who was that, the doctor?

18        A.   The doctor.

19        Q.   Whose name you don't recall, right?

20        A.   Correct.

21        Q.   Now, did you discuss the actual procedure,

22   what would be entailed, as far as the CoolSculpting,

23   and then, the frown lines?

24        A.   Yes.

25        Q.   What do you recall she said?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 22

1      A.    She said that it was a type of vacuum

2   system that was going to pressurize and feel very

3   cold, cold sensation.

4      Q.    Okay.  And what about the frown lines?

5      A.    That it was just going to be some

6   injections, both the filler and the frown lines.

7      Q.    Did you discuss what products were going

8   to be used for these procedures?

9      A.    Yes.  She said they were all natural, that

10  they were not -- that they don't use Botox and that

11  her products were all natural.  That's what she told

12  me.

13     Q.    All right.  Did you discuss any allergies

14  to products?

15     A.    Yes.

16     Q.    And what did you discuss?

17     A.    I told her that I'm allergic to the caine

18  family, lanocaine [sic], benzocaine.  I wrote it in

19  my documents, and I told her verbally before

20  applying the cream that I was allergic to the caine

21  family.

22     Q.    Okay.  How did you learn that you were

23  allergic to the caine family?

24     A.    I learned it when I had my first child 26

25  years ago.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 23

1      Q.    What reaction did you have to the caine

2   family?

3      A.    The -- a doctor applied a type of cream

4   and I had a rash reaction.  And then, I had my

5   second child with the same doctor, and he applied

6   the cream, and I had the same reaction.  So then I

7   told him that I had the same reaction with the

8   cream, and he told me, "You're probably allergic to

9   the caine family.  Stay away from the caine family."

10     Q.    He told you you were probably allergic,

11  correct?

12     A.    He said those were the main ingredients in

13  the cream so that those were -- I was probably

14  allergic to it.

15     Q.    Did you ever consult a dermatologist about

16  this?

17     A.    Yes.

18     Q.    And when was that?

19     A.    Shortly after the incident I had to see a

20  dermatologist.

21     Q.    Before the incident.  You said 26 years

22  ago you had an allergic reaction.

23     A.    Yes.

24     Q.    From that time to before the cruise --

25     A.    Yes.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 24

 1      Q.   -- did you consult with any dermatologist

 2  about a reaction to the caine family?

 3      A.   Yes.

 4      Q.   Who did you consult with?

 5      A.   A Dr. Simpson, I believe, is her name,

 6  dermatologist.

 7          MR. HOFFMAN:   Spell it, please, for the

 8      court reporter.

 9          THE WITNESS:   S-I-M-P-S-O-N.

10  BY MS. CARTAYA:

11      Q.   First name?

12      A.   I don't recall.

13      Q.   Where was this doctor located?

14      A.   El Paso.

15      Q.   And when did you consult with this

16  dermatologist?

17      A.   Approximately 25 years ago, 26 years ago.

18      Q.   Why did you consult with that

19  dermatologist?

20      A.   I still had the rash and I needed relief.

21  So I went to a dermatologist.

22      Q.   And what did that doctor tell you?

23      A.   That -- the same thing, that I was

24  allergic to the caine family, because I gave her the

25  same creams that I was applying or had been applied

51b1537e-4f4b-4935-977f-7f12a0660894

```
                                                       Page 25
 1    to me, and she says, "Stay away from anything that
 2    has caine."
 3          Q.   Did she confirm that you had an allergic
 4    reaction or an allergy, I should say, to the caine
 5    products?
 6          A.   I'm not sure.
 7               MS. CARTAYA:  Yes, we would like those
 8          records, Paul --
 9               MR. HOFFMAN:  Absolutely.  Absolutely.
10               MS. CARTAYA:   -- if you can obtain them.
11    BY MS. CARTAYA:
12          Q.   When you told the doctor on the ship that
13    you were allergic to the caine family, what was the
14    response, if any?
15          A.   When I told her, she was about to apply a
16    lotion, and I said, "What is it?"
17               And she said, "Oh, it's going to numb your
18    face."
19               And I said -- I reminded her.  I said,
20    "I'm allergic to the caine family, anything with
21    lanocaine, benzocaine."
22               And she turned the cream over and she read
23    out the ingredients, and there was a lot of caines
24    in there.  And I said, "Don't apply it."  I said,
25    "I'm allergic to it.  I don't want it."
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 26

1              And she turned around and she said,

2     "You're not allergic to the caine family.  You're

3     allergic to the preservatives.  We use a different

4     product than the States do.  Our products are all

5     natural."  And she rubbed a little dab, and she put

6     it on my skin.  And she waited about a minute, and

7     she says, "See, you're not allergic to it.  It's the

8     preservatives."

9              And she applied a thick lather over my

10    face.

11       Q.   As you sit here today -- wait.  Let me

12    strike that.

13              When was the test applied?

14       A.   Before the injections.

15       Q.   How long before the injections?

16       A.   Right before.  Couple of minutes.

17       Q.   Not hours before?

18       A.   No.

19       Q.   You don't recall having the test applied

20    and leaving and coming back?

21       A.    No.

22       Q.   And the test was -- result was -- what

23    happened with the test on the skin?

24       A.   Within one minute -- there was no sign

25    within one minute, but later that morning, when I

Page 27

1    woke up, I had a rash.

2         Q.    On your arm?

3         A.    On my arm.

4         Q.    Okay.  And so when did you have the

5    treatment, the CoolSculpting and the injections?

6         A.    On December 16th.

7         Q.    In relation to the test on the arm, when

8    did you have the treatment?

9         A.    Right before the injections.

10        Q.    Okay.  So tell me what happened first with

11   the CoolSculpting.

12        A.    She applied this machine on my -- under my

13   chin, and it was like a suction-type feeling, and it

14   was really cold.

15        Q.    Did she apply any cream before she applied

16   the machine?

17        A.    I think it was a type of gel or -- I'm not

18   sure.

19        Q.    Okay.  And then tell me about the

20   injections.

21        A.    She applied some injections for my frown

22   line and some fillers.

23        Q.    Did she apply any cream before the

24   injections?

25        A.    Yes.

8/13/2018      McKenzie, Elizabeth   v. Steiner Transocean LimitedElizabeth McKenzie

Page 28

1        Q.    And what was that?

2        A.    That lanocaine cream.

3        Q.    Okay.  Did you have an immediate reaction?

4        A.    I was so numb and I didn't feel anything.

5   I didn't realize the swelling until the next

6   morning.

7        Q.    Okay.  How long did the procedure for the

8   CoolSculpting take?

9        A.    Approximately two to three hours.

10       Q.    And what about the injections, how long

11  did those take?

12       A.    Seconds.  Couple of minutes.

13       Q.    Okay.  And then, what happened after the

14  treatments?  Where did you go?  What happened?

15       A.    After the initial treatment, I went and

16  had dinner with my family.  She wanted to keep me

17  there, and I said, "No.  I already have my dinner

18  scheduled with my family."  And so I went and had

19  dinner with my family.

20       Q.    And why did she want to keep you there?

21       A.    She wanted to finish the procedure on the

22  inner thighs with the cool sculpt.

23       Q.    And did you have that procedure?

24       A.    Yes.

25       Q.    When?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 29

1       A.    The next morning.

2       Q.    Okay.  So you went to dinner, went to

3   sleep, and came back the next morning for

4   treatments?

5       A.    Yes.

6       Q.    And what were those treatments?

7       A.    Cool sculpt on the inner thighs.

8       Q.    How long did that procedure take?

9       A.    Approximately two hours.

10      Q.    Did you have any reactions from that

11  procedure?

12      A.    No.

13      Q.    So when did you first notice a reaction to

14  whatever product they used?

15      A.    That following morning.

16      Q.    And what was that initial reaction?

17      A.    I started swelling up and I started

18  getting a little bit red.  So I went back at six

19  o'clock in the morning and I -- that was the first

20  thing I said to her, "Look at my face.  It's

21  starting to swell up."

22           And she said, "Oh, that's very normal.

23  You're going to feel swelling for the next couple of

24  days."

25           And I said, "Well, I have excursions

Page 30

1    planned to go swimming in the ocean with the

2    dolphins."

3              And she said, "It's not a problem.  You

4    can go ahead and do your activities."

5         Q.   Did she tell you to stay out of the sun?

6         A.   No.

7         Q.   Did you stay out of the sun?

8         A.   No.

9         Q.   As a result of being under the sun, did

10   the swelling and the condition of the face worsen?

11        A.   Yes.

12        Q.   Can you describe for me how much it

13   worsened or how it worsened?

14        A.   Well, I went to my excursion and I swam

15   with the dolphins, and it started to irritate, and

16   it it started to get raw and red, and it got to the

17   point where I couldn't handle the pain anymore.

18        Q.   What did you do?

19        A.   We were stuck on an island.  So I had to

20   wait until four o'clock for our ship to come back

21   and pick us up.  So I went and I covered my face

22   with a towel and went under a shade tree -- palm

23   tree.

24        Q.   When you went back to the ship, did you go

25   back to the spa?

Page 31

```
 1        A.    Yes.
 2        Q.    And tell me who you spoke with at that
 3   time.
 4        A.    I spoke to Gary, and I told Gary --
 5              MR. HOFFMAN:  Do you want to take a break?
 6              MS. CARTAYA:  Yeah, we can take a break.
 7              (Whereupon, a break was taken from 10:50
 8              to 10:58 a.m.)
 9   BY MS. CARTAYA:
10        Q.    Mrs. McKenzie, you told me that you went
11   back to the spa and you spoke with Gary?
12        A.    Correct.
13        Q.    What did you tell Gary?
14        A.    I told Gary, "Can I speak to you in
15   private," and he said, "Sure."  We went into a room
16   and I said, "Look at my face."
17              It was red and raw, hot, and I explained
18   to him that I was allergic to the caine family, that
19   I had put it in writing, and I had told the doctor.
20              And he says, "Do you mind if I bring my
21   skin specialist to look at you?"
22              I said, "Yes.  Bring her."
23              And she looked at me and she said,
24   "There's nothing I can do for her.  Just put
25   icepacks and -- but not too cold, because they might
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 32

1    burn my skin."

2              And he said, "I need to ask you some

3    questions."

4              He brought up a form, and he was asking me

5    these questions, because I have to document this

6    incident.  So he was asking me questions, and he was

7    filling it out, and I said, "Can I have a copy of

8    it?"

9              And he says, "No, I can't give it to you."

10             I said, "I'd like to have a copy."

11             He said, "It's our policy not to."  He

12   said, "Do you need emergency care," and I said,

13   "Yes."

14             And the skin specialist took me to the

15   emergency room, and he advised her to make sure to

16   tell them that they would pick up the tab.  And she

17   took me down to the emergency room and she said, you

18   know, "Just charge the spa for the services."

19             And they said, "We can't do that, because

20   we have to charge her individually."

21             And I said, "Fine," and went to the

22   emergency room.

23      Q.   What was the name of the skin specialist?

24      A.   I don't recall.

25      Q.   Okay.  So you went to the ship's

Page 33

1    infirmary, the ship's doctor?

2         A.    Emergency room.

3         Q.    What did they say?

4         A.    I saw --

5         Q.    First of all, who did you see?

6         A.    I believe his name was Dr. Soto.

7         Q.    Okay.

8         A.    And he took me into a small room, and I

9    explained to him that I'm allergic to this cream and

10   it was applied to me and I'm getting a reaction, and

11   he says, "What are your symptoms?  What do you get

12   when you get a reaction?"

13              And then, he set me into one of the beds

14   and he injected me with some type of medication and

15   gave me some medicine for pain.  That was my initial

16   visit to the emergency room.

17        Q.    And when was that?

18        A.    That was on December 17th.

19        Q.    What time?

20        A.    Approximately 4:30, 5:00.

21        Q.    In the afternoon?

22        A.    Yes.

23        Q.    So you said you had gone to the ship's --

24   to the spa at -- first thing in the morning?

25        A.    Yes.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 34

```
 1        Q.   And then, what happened between
 2   six o'clock in the morning and six o'clock at night?
 3        A.   Between six o'clock in the morning, I had
 4   the procedure for the CoolSculpting on the inner
 5   thighs.  And I was there a couple of hours.
 6        Q.   Right.
 7        A.   And then, we went on our excursion.  We
 8   had to meet at approximately, I don't know,
 9   nine o'clock in the morning for our excursion.  And
10   they took us on a boat ride to Blue Lagoon.  And I
11   spent the entire day there.  And then, we came back
12   and went to the spa.
13        Q.   Okay.  So it was about 5:30 in the morning
14   when you went to the spa?
15        A.   Approximately.
16        Q.   And from there to the ship's hospital?
17        A.   Right after.
18        Q.   Okay.  How long were you in the ship's
19   hospital?
20        A.   I don't recall.
21        Q.   An hour?  More than an hour?
22        A.   I'm not sure.
23        Q.   Can you estimate?
24        A.   I'm not sure.
25        Q.   So what injection did he give you?  What
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 35

1   was the medication?

2        A.   It was a type of medication to counter

3   react the allergies.

4        Q.   All right.  And what prescription

5   medication did he give you?

6        A.   I don't recall.

7        Q.   You said there were pain pills?

8        A.   They were pills that made me sleepy, so I

9   could fall asleep, so I wouldn't feel the pain.

10       Q.   Okay.  And what happened next after you

11  went to the ship's hospital?

12       A.   Went back to my room and was just in

13  agonizing pain.  I took my medication and I fell

14  asleep.

15       Q.   Okay.  And the following day what

16  occurred?

17       A.   It got worse.  My face was really swollen.

18  I was in a lot of pain.

19       Q.   Did you go back to the ship's hospital?

20       A.   Yes.

21       Q.   And what did you say to the doctor that

22  time?

23       A.   He just looked at me, and they put an

24  I.V., and they were really concerned, because it

25  could have blocked my airway.  So they left an I.V.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 36

1    just in case, and they just monitored me there for a

2    while.

3         Q.   And how long were you there?

4         A.   I don't recall.

5         Q.   Did anyone go with you?

6         A.   My husband.

7         Q.   Did any of your children go with you?

8         A.   At the emergency room?

9         Q.   Yes.

10        A.   I don't remember.  I don't believe so.

11        Q.   Then what happened next after you left the

12   emergency room?

13        A.   I went back to my cabin and just took the

14   medication to fall asleep.

15        Q.   Okay.  And this was Day 3 of the cruise?

16        A.   Yes.

17        Q.   All right.  Did you participate in any

18   other activities that day?

19        A.   No.

20        Q.   All right.  And then, the fourth day what

21   happened?

22        A.   I had to go back to the emergency room

23   and -- just so that they could see that the swelling

24   was starting to go down.

25        Q.   Okay.  Did you disembark the fourth day?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 37

 1        A.    We disembarked on Monday.

 2        Q.    Okay.  Was that the fourth day?

 3        A.    I believe so.

 4        Q.    When you disembarked, did you go to any

 5   physician in Fort Lauderdale?

 6        A.    I went to the emergency room.

 7        Q.    Which emergency room?

 8        A.     In the ship right before I disembarked,

 9   they removed the catheter and they prescribed some

10   medication, and they said, "This should hold you

11   over until you get back to Texas." and I went --

12   they took me to the pharmacist there at the island.

13   I believe it's Merritt Island to the pharmacy.

14        Q.    What island?

15        A.    Merritt Island, I believe.  I'm not sure

16   how it's pronounced.

17        Q.    Merritt Island is on the -- it's not in

18   Fort Lauderdale.

19              Did you disembark in Fort Lauderdale?

20        A.    I'm not sure what exactly the

21   disembarkment ship [sic] is.

22        Q.    Did you disembark in Cape Canaveral?

23        A.    That's probably what it is.

24        Q.    So you went to the pharmacy to get the

25   prescriptions filled in --

Page 38

1      A.    Merritt Island.

2      Q.    All right.  And what were those

3   prescriptions?

4      A.    It was an ointment to counter react the

5   rash that I had.

6      Q.    Do you remember what it was?

7      A.    It's a long name.  Tri- -- I don't recall

8   the exact name.

9      Q.    So my question -- original question was,

10   did you go to any doctor or emergency room in --

11   when you disembarked?

12      A.    No.

13      Q.    Okay.  Did you go back to Texas

14   immediately or did you stay in Florida for a while?

15      A.    I stayed in Florida.

16      Q.    Okay.  Where did you stay in Florida?

17      A.    Saratoga Springs Resort.

18      Q.    And where is is that?

19      A.    Disney World.

20      Q.    Okay.  How long were you there?

21      A.    Couple of days.

22      Q.    And during those days, what activities did

23   you engage in?

24      A.    None.

25      Q.    Okay.  You stayed in your room?

8/13/2018     McKenzie, Elizabeth  v. Steiner Transocean LimitedElizabeth McKenzie

Page 39

 1        A.    Yes.

 2        Q.    And then, when did you ultimately go back

 3    to Texas?

 4        A.    I believe it was Wednesday.

 5        Q.    All right.  And did you fly back?

 6        A.    Yes.

 7        Q.    And when you returned to Texas, did you go

 8    see a physician or go to an emergency room?

 9        A.    Yes.

10        Q.    Okay.  Where did you go?

11        A.    I went to Karen Herman, dermatologist.

12        Q.    How did you know Karen Herman?

13        A.    I just looked it up in the phone book.  I

14    was trying to find any doctor that could see me at

15    that moment.

16        Q.    And when did you first see Karen Herman?

17        A.    On the following day after I arrived.

18        Q.    All right.  And what did you tell her?

19        A.    I asked her over the phone if she could

20    see me right away, and she said, "If you can make it

21    quickly, because I have a flight to leave to."

22             And I was across town.  So I went to her

23    office, and she looked at me and she said, "I can't

24    help you.  My flight is leaving.  But I can have my

25    dad look at you."  Her dad is a dermatologist.  "And

51b1537e-4f4b-4935-977f-7f12a0660894

Page 40

1    I will have him look at you first thing in the

2    morning."

3              So they made an appointment for me for the

4    following morning.

5         Q.   And that's when you went to see Dr. Peter

6    Herman?

7         A.   Correct.

8         Q.   And what did you tell him?

9         A.   I told him that I'm allergic to the caine

10   family, and what happened to me on the cruise ship,

11   and he saw my skin.

12        Q.   And what did he say?

13        A.   He prescribed some medications.  He said,

14   "What are you taking?"

15             I showed him everything from the cruise

16   ship that I was taking.  And he said, "Don't take

17   any of that," and he gave me his medications.

18        Q.   And what did he prescribe?

19        A.   I don't recall at this moment.

20        Q.   Were they creams or --

21        A.   Both creams, an injection, and some

22   medication, like pills.

23        Q.   For what?  What were the pills for?

24        A.   The pills were for -- they would make me

25   sleepy.  He said, "If you can't handle the pain,

51b1537e-4f4b-4935-977f-7f12a0660894

Page 41

1   take this and it'll put you to sleep."

2        Q.    What did he say you had?  What condition

3   did he explain to you that you were having?

4        A.    I'm sure he used a terminology, but I

5   don't recall the exact terminology that he used on

6   my skin.  He said, "It's a reaction to" --

7        Q.    Did he say what it was?  A reaction to

8   what substance?

9        A.    He didn't say.  I told him I was allergic

10  to the caine family.

11       Q.    Okay.  Did he say it could be a reaction

12  to the caine family or something else?

13       A.    No.

14            MS. CARTAYA:  Okay.  Let's have this

15       marked as Defendant's 3.

16            (Thereupon, the referred-to document was

17            marked by the court reporter for

18            Identification as Defendant's Exhibit 3.)

19            MS. CARTAYA:  Paul, are these the

20       medications in here?

21            MR. HOFFMAN:  I don't know.

22            MS. CARTAYA:  This is stuff from

23       Walgreens.

24            MR. HOFFMAN:  It may be stuff she's taking

25       now.  I'd have to look at the date.

Page 42

1   BY MS. CARTAYA:

2        Q.   Did you see Peter Herman just that one

3   time?

4        A.   No.

5        Q.   How many more times did you see him?

6        A.   I'm still seeing him now.

7        Q.   Why are you still seeing him now?

8        A.   He's monitoring my face.  I still have

9   discoloration on my chin.  So I'm still getting

10  treated.

11       Q.   Okay.  And how often do you see

12  Dr. Herman?

13       A.   Approximately every two to three months.

14       Q.   And what is he personally doing for you?

15       A.   He's prescribing medication.

16       Q.   Prescribing what?

17       A.   A light cream for the discoloration,

18  Rhofade for the redness, and at this moment

19  everything else is over-the-counter.

20            MS. CARTAYA:  Okay.  The only thing I have

21       for Peter Herman is these three little pieces

22       of paper.

23            MR. HOFFMAN:  You're kidding?  You don't

24       have all the records?

25            MS. CARTAYA:  So if she's still seeing

51b1537e-4f4b-4935-977f-7f12a0660894

Page 43

1      him, there must be a ton of records.

2           MR. HOFFMAN:  Off the record.

3           (Whereupon, an off-the-record discussion

4           was had.)

5   BY MS. CARTAYA:

6      Q.   Your counsel has just given me records

7   from Dr. Peter Herman that appear to go through

8   August 2017.

9           Have you seen him since August 2017?

10     A.   Yes.

11     Q.   And how often have you seen him since

12  August 2017?

13     A.   Every two to three months.

14     Q.   So there should be records after

15  August 2017?

16     A.   Yes.

17          MS. CARTAYA:  All right.  Let me have

18          these copied real quick.

19          MR. HOFFMAN:  Since you're going on an

20          office errand, why don't you ask Jill to

21          prepare a HIPAA compliant authorization for the

22          plaintiff to sign now.

23          (Whereupon, a break was taken from 11:14

24          to 11:15 a.m..)

25  BY MS. CARTAYA:

51b1537e-4f4b-4935-977f-7f12a0660894

Page 44

 1        Q.   Let me show you what we've marked as
 2   Defendant's Exhibit No. 3.  Look at that document
 3   and tell me if you've ever seen it before.
 4        A.   Yes.
 5        Q.   Is that your signature at the bottom of
 6   that page?
 7        A.   Yes.
 8        Q.   Did you fill out that form?
 9        A.   Yes.
10        Q.   Okay.  And you placed yes and no responses
11   to the questions on the left-hand side, correct?
12        A.   Yes.
13        Q.   Okay.  Is there anywhere on that paper
14   that says you're allergic to the caine family?
15        A.   There is no question asked about
16   allergies, no.
17        Q.   Okay.  You said you had written it down.
18             Where do you believe you wrote it down
19   that you were allergic to the caine family?
20        A.   They had given me some forms to fill out,
21   and I remember putting it there that I was allergic
22   to them.
23        Q.   Okay.  In addition --
24        A.   They never gave me copies of anything that
25   I filled out or signed.

Page 45

1      Q.   Okay.  Well, we have the consent, which we

2   marked as Exhibit 2, and this is the -- called

3   Rejuvenation Spa Coolsculpting Guest Information

4   Form.

5          Do you recall writing on any other

6   document or signing any other document?

7      A.   I remember handwriting that I was allergic

8   to the caine family.

9      Q.   Okay.  And on what document was that

10  written?

11     A.   I don't know.  I don't have any copies of

12  any documents.

13          MS. CARTAYA:  This is the next item.

14          (Thereupon, the referred-to document was

15          marked by the court reporter for

16          Identification as Defendant's Exhibit 4.)

17  BY MS. CARTAYA:

18     Q.   Before we go to the answers to

19  interrogatories, you said you had pain the day after

20  about your face, the day after the treatment,

21  correct?

22     A.   After the application of the lotion, yes.

23     Q.   How long did you have pain?  For what

24  period of time did that pain on your face persist?

25     A.   I still have discomfort until now.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 46

1        Q.    When you -- can you describe the
2    discomfort?
3        A.    It feels irritated.  It feels hot.
4        Q.    And what products are you using presently?
5        A.    I'm using the lightning cream the doctor
6    prescribed and an over-the-counter supplement to
7    help with the sun sensitivity and the Rhofade for
8    redness.
9        Q.    Do you know what the product that helps
10   with the sun sensitivity is called?
11       A.    Heliocare .
12       Q.    And did the doctor suggest you use that
13   product?
14       A.    Yes.
15       Q.    But it is over-the-counter?
16       A.    Yes.
17       Q.    And what prescription medications are you
18   using presently?
19       A.    The Rhofade, and I have the lotions that
20   he prescribed in case I do have a flare-up.  So I
21   still have those, but I don't use them unless I have
22   a flare-up.
23       Q.    Does this condition limit you in any way?
24       A.    Yes.
25       Q.    How?

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018     McKenzie, Elizabeth  v. Steiner Transocean LimitedElizabeth McKenzie

Page 47

1        A.   It's very sensitive to heat and sunlight.

2   So I try to avoid outdoor activities or hot

3   environments.

4        Q.   Okay.  Anything else?

5        A.   It limits anything that would create a

6   heat sensation in my body.

7        Q.   Are you able to cook?

8        A.   Yes, I can cook.

9        Q.   Your activities of daily living, are any

10  of these affected --

11       A.   Yes.

12       Q.   -- by the condition?

13       A.   Yes.

14       Q.   Okay.  What -- how or what?

15       A.   I'm not able to attend my son's baseball

16  games as much as I would love to.  Just normal

17  activities.  I have to cover myself with an umbrella

18  or --

19            (Knock at the door.  At which time Ms.

20            Singer entered the deposition.)

21            MS. CARTAYA:  Yes.

22            Wait a minute.

23            Jill, is this what he gave me?

24            MS. SINGER:  Yes.  I scanned it in our

25       system.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 48

```
 1              MS. CARTAYA:  Thank you.  I said, "Do we
 2         have the other records?"
 3              MS. SINGER:  This was it.
 4              MS. CARTAYA:  Okay.
 5              (Ms. Singer exited the deposition.)
 6              THE WITNESS:  I take cold showers and
 7         avoid very spicy foods.  Outdoor activities are
 8         limited.  Yes, my life has changed.
 9    BY MS. CARTAYA:
10         Q.   Are your activities with your children
11    affected other than the baseball games?
12         A.   Yes.
13         Q.   And how is that?
14         A.   We're just an active family, and we're
15    limited to outdoor activities that we could enjoy
16    together, like going to the hot springs or just
17    being outdoors as a family.
18         Q.   Okay.  Are your activities with your
19    husband limited in any way?
20         A.   Yes.
21         Q.   How is that?
22         A.   The same.  You just can't go and enjoy
23    different activities, explore, and things that we
24    used to do together.
25         Q.   Has your employment been affected?
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 49

1      A.    Yes.

2      Q.    How?

3      A.    I'm not able to -- since we own a

4   construction company, I'm not able to go out to the

5   job sites like I used to.  So I'm limited to mostly

6   indoor activities.

7      Q.    Did you actually go out to job sites

8   before?

9      A.    Yes.

10      Q.    For what purpose?

11      A.    Supervise, give my opinion, anything that

12   they needed my input on.

13      Q.    Okay.  Are you claiming lost wages?

14      A.    No.

15      Q.    All right.  I'm going to hand you what

16   we've marked as Defendant's 4, which is your answers

17   to interrogatories.

18          MR. HOFFMAN:  Give me these.  These are

19      what I gave you yesterday, your notes.

20          THE WITNESS:  Yes, my notes.

21   BY MS. CARTAYA:

22      Q.    Let me ask you to look at that document

23   and ask you if those are your answers to

24   interrogatories and if you signed that.  You can go

25   through it.

Page 50

1          A.    They're my answers.

2          Q.    Is there a signature page attached?

3          A.    No.

4          Q.    Okay.  I don't know where the jurat is.

5               MS. CARTAYA:  Do we have a signed jurat?

6               MR. HOFFMAN:  No.

7               MS. CARTAYA:  Oh, that's the reason.

8    BY MS. CARTAYA:

9          Q.    Your counsel told me there are certain

10   answers that are in error?

11         A.    Correct.

12         Q.    Could you go through and tell me, please.

13              MR. HOFFMAN:  You want the ones that you

14        marked on?

15              THE WITNESS:  Yes, please.

16   BY MS. CARTAYA:

17         Q.    If I can have this back, I can follow

18   along with you.  May I do that?

19              MR. HOFFMAN:  Of course.

20              THE WITNESS:  Item No. 4.

21   BY MS. CARTAYA:

22         Q.    Yes.

23         A.    The question was asked, "When were your

24   eyes or ears last examined and what is the name and

25   address of the examiner?"

51b1537e-4f4b-4935-977f-7f12a0660894

Page 51

1         My eyes were last examined on

2    January 29th, 2018 by the Department of

3    Transportation, Texas Department of Transportation.

4    My ears were last examined on June 13th of 2018 by

5    Dr. Goldman at 100 East Schuster Avenue, El Paso,

6    Texas 79902.

7         Q.   Any other questions that you believe are

8    answered in error?

9         A.   Yes.  Item No. 8 --

10        Q.   Yes.

11        A.   -- should include the inner thighs of the

12   coolsculpting.

13        Q.   Okay.

14        A.   Item No. 11, the loss of ability to use

15   the infrared sauna, which I installed in my home.

16        Q.   Let's stop there.  What is an infrared

17   sauna?

18        A.   It's a sauna -- a heat sauna that you go

19   in and you start sweating.

20        Q.   Okay.  And for what purposes did you have

21   that installed in your home?

22        A.   I thought it would be a good way to detox

23   my body.

24        Q.   Okay.  And your lawyer has given me a

25   photo of the -- is that the interior of the sauna?

Page 52

1       A.    Yes.   The sauna room.

2       Q.    And where is it physically located in your

3   home?

4       A.    It's located near my labortory.   That's

5   what I refer to that room as, but it's a creative

6   room.

7       Q.    It's in the back of the house?

8       A.    In the rear [sic] front of the house.

9   It's just -- it's on the right end of the house.   My

10  house has different wings.

11      Q.    Okay.   How large is your house in square

12  footage?

13      A.    Approximately 3,500 square feet.

14      Q.    And how big is this room?

15      A.    It's approximately a 10-by-8.

16      Q.    Okay.   All right.   Go ahead.   You were

17  telling me the changes.

18      A.    So on Item No. 11, loss of liability.   It

19  only includes the infrared sauna that I purchased.

20  It doesn't include the actual room that I built for

21  that sauna.

22      Q.    And is there anything else in the room

23  other than the sauna?

24      A.    No.   That's it.

25      Q.    What was the cost of building that room?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 53

```
 1        A.    Approximately $5,000.

 2        Q.    Anything else?

 3        A.    The vacation expenses.  I'm not sure if

 4   that includes my flight.  So I don't know that this

 5   number is accurate.

 6        Q.    Okay.

 7        A.    Number 12, we are not including loss of

 8   wages or loss of income.

 9        Q.    Okay.

10        A.    Number 14, there's a word error.  Instead

11   of south, it should be "sought treatment."

12        Q.    Oh, sought treatment, S-O-U-G-H-T.  Okay.

13        A.    Item No. 15.

14        Q.    Uh-huh.

15        A.    Under Dr. Sadri O. Sozer, I did not have a

16   smart lipo.  I had some fat injections.

17        Q.    Okay.  When was that?

18        A.    The dates are on the documents.

19        Q.    Okay.

20        A.    And I saw a -- an additional doctor in

21   Vancouver, Canada this year in June.

22        Q.    That is -- who is that, Dr. Brandt Miles?

23        A.    Miles.

24        Q.    And why did you see this doctor in

25   Vancouver?
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 54

```
 1        A.    I had an ear infection, earache.

 2        Q.    And you were traveling on vacation?

 3        A.    Yes.

 4        Q.    And when was that?

 5        A.    The first week of June.

 6        Q.    Of this year, 2018?

 7        A.    Yes.

 8        Q.    The cruise was in 2016.  December 2016.

 9              Did you take any vacations in 2017?

10        A.    We went to California for my husband's

11   family reunion.

12        Q.    Okay.  And then, you went to Vancouver in

13   June of this year?

14        A.    Yes.

15        Q.    How long were you there?

16        A.    Approximately 12 days.

17        Q.    Vacation?

18        A.    Yes.

19        Q.    Did you go on any of the cruises?

20        A.    Yes.

21        Q.    Okay.  Which cruise did you go on?

22        A.    Disney Wonder to Alaska.

23        Q.    Out of Vancouver?

24        A.    Out of Vancouver.

25        Q.    And back into Vancouver?
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 55

 1       A.    Yes.

 2       Q.    All right.  Anything else on this?

 3       A.    Number 16.

 4       Q.    Let's stay on No. 15 for a minute.

 5             Who is is Dr. Melanie Carreon?

 6       A.    She did a smart lipo.  That should have

 7  been on --

 8       Q.    Okay.  2016?  April 2016?

 9       A.    Approximately.

10       Q.    Okay.

11       A.    Item No. 16 --

12       Q.    Yes.

13       A.    -- we'd like to include a spa skin

14  specialist.

15       Q.    And you don't know the name?

16       A.    No.  And a Disney Dream manager, Alex.

17       Q.    Last name?

18       A.    They don't have last names on their tags.

19       Q.    Okay.

20       A.    And Saratoga Springs Resort Spa.  The

21  manager there was Jeff Wilson.

22       Q.    For what purpose did you go to the spa at

23  Saratoga Springs?

24       A.    I didn't go to the spa.  It was a resort,

25  the hotel where we stayed at.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 56

1      Q.   You said spa manager from the Saratoga

2   Springs?

3      A.   No.   Saratoga Springs Resort and Spa.

4   That's the name of the hotel.

5      Q.   All right.

6      A.   And the manager there is Jeff Wilson.   And

7   he brought icepacks for my face.   So he got to see

8   my condition at the time that I was there.

9      Q.   Okay.   Understood.

10      A.   And Item No. 21.

11      Q.   Let me go to 18.   Have you given to your

12   lawyer and do you know if your lawyer has given to

13   me the Disney spa personnel photographs before and

14   after?

15      A.   Yes.

16      Q.   We do have those?

17      A.   Yes.

18      Q.   Okay.   Thank you.

19           Go ahead.   Number 21.

20      A.   I don't have those pictures.   The spa has

21   those pictures.

22      Q.   Okay.

23      A.   So on No. 18, the doctor took the

24   pictures --

25      Q.   Okay.

Page 57

1        A.    -- and I do not have a copy of those

2    pictures.

3        A.    Item 21, under "Plaintiff against

4    subcontractor," I do not know the exact date.  So

5    I'm not sure if that's 2008.  And on 4/10, it's

6    approximately that year.  It could be off a year.

7        Q.    What injuries did you suffer in that car

8    accident?

9        A.    Just soreness.

10       Q.    Did you file a lawsuit?

11       A.    I believe the insurance filed a lawsuit.

12       Q.    Did you recover monies in that lawsuit?

13       A.    I believe we did.

14       Q.    Do you know how much?

15       A.    No.

16       Q.    Okay.

17       A.    And that is it.

18       Q.    Now, you also do work in New Mexico it

19    looks like?

20       A.    No.

21       Q.    In 2006, you had "Plaintiff in a real

22    estate contract dispute" in Grant County, New

23    Mexico.

24       A.    It was a personal property that I

25    purchased.

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth  v. Steiner Transocean LimitedElizabeth McKenzie

                                                    Page 58

 1        Q.   In New Mexico?

 2        A.   Yes.

 3        Q.   All right.  That's it as far as the

 4   changes?

 5        A.   Yes.

 6        Q.   Okay.  Who is Robert Feinstein?

 7             MR. HOFFMAN:  I object and instruct her

 8        not to answer.

 9             MS. CARTAYA:  Who is he?  I just want to

10        know.

11             MR. HOFFMAN:  He's an answer to your

12        question, what medical doctor has said that

13        your people fell below the prevailing

14        professional standard of care.

15   BY MS. CARTAYA:

16        Q.   I wanted to know if you know who

17   Dr. Robert Feinstein is.  You can just answer yes or

18   no.

19        A.   No.

20        Q.   Who did you say your primary care

21   physician is?

22        A.   Dr. Martinez.

23        Q.   Martinez.

24             And where is that person located?

25        A.   El Paso, Texas.

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth  v. Steiner Transocean Limited Elizabeth McKenzie

Page 59

1       Q.    And when's the last time you saw that

2   doctor?

3       A.    Approximately January of 2018.

4       Q.    Okay.  Have you seen him since?

5       A.    No.

6       Q.    And for what purpose?

7       A.    An ear infection.

8            MS. CARTAYA:  Okay.  Let's have these

9       marked as a composite exhibit, please.

10           (Thereupon, the referred-to document was

11           marked by the court reporter for

12           Identification as Defendant's Exhibit 5.)

13   BY MS. CARTAYA:

14      Q.    Okay.  These are the photos you provided,

15   I believe.

16           Mrs. McKenzie, I've handed you what has

17   been marked as Exhibit 5, and it's a set of

18   photographs we received from your lawyer.  I'd like

19   you to identify those for me.

20           That first photograph, when was that

21   taken?

22      A.    Prior to the vacation.

23      Q.    Okay.  But how long prior to the vacation?

24   What's the date?

25      A.    I'm not sure.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 60

 1      Q.    Can you estimate when it was?  A week?  A
 2  month?

 3      A.    I cannot estimate.

 4      Q.    And the second photograph, can you tell me
 5  what that depicts and when it was taken?

 6      A.    This was Saturday morning, December 17th.

 7      Q.    All right.  And for what purpose did you
 8  take that photograph?

 9      A.    I just felt concerned that I was getting a
10  reaction to my skin.

11      Q.    Were you -- at that point in time were you
12  considering a claim against someone or some entity?

13      A.    No.

14      Q.    Before you hired your lawyer, when did you
15  first consider that you wanted to pursue a claim for
16  the injuries you allege to your face?

17      A.    After I got home.

18      Q.    Did you talk to anyone that suggested that
19  you should pursue a claim?

20      A.    No.

21      Q.    How did you know that you needed to file a
22  claim in Florida?

23      A.    By trial and error.

24      Q.    What does that mean?

25      A.    I tried to contact an attorney at my -- at

Page 61

```
 1   my home town, and they said, "No, we don't take
 2   those cases."  Eventually, I got to somebody that
 3   said, "You can't do it here.  You have to do it in
 4   that state," and they kind of guided me through that
 5   I needed to have somebody from here and it was a
 6   specialized attorney for marine [sic] time or
 7   something along those lines.
 8        Q.   Did someone refer you to Mr. Hoffman?
 9        A.   Yes.
10        Q.   Okay.  Who was that?
11        A.   I don't recall the attorney's name.
12        Q.   It was a lawyer that you consulted with in
13   Texas?
14        A.   No.  Here in Florida.
15        Q.   Here in Florida.
16             What lawyer was that, before you hired
17   Mr. Hoffman, that you consulted with?
18        A.   I called this law firm, and I don't
19   remember the exact name.
20        Q.   They were in Florida?
21        A.   Yes.
22        Q.   Okay.  And they referred you to
23   Mr. Hoffman?
24        A.   Yes.
25        Q.   Do you know the date that that happened?
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 62

1      A.   I don't recall the date.

2      Q.   Okay.  If you could continue through the

3  photographs and tell me when they were taken,

4  please.

5           The photograph of you and your husband?

6      A.   Yes.  Saturday, December 17th.

7      Q.   All right.  And were those taken as part

8  of the vacation or for some other purpose?

9      A.   Vacation.

10     Q.   Okay.

11     A.   My kids took that picture, and I took the

12  second picture.

13     Q.   And proceeding through, Pictures 3 and 4,

14  when were those taken?

15     A.   Saturday afternoon, December 17th.

16     Q.   For what purpose?

17     A.   Just to monitor the progress of my face

18  and how it was just worsening.

19     Q.   Were you considering that you needed the

20  photographs to pursue a claim at that time?

21     A.   I needed to document the progresses.  I

22  was feeling really ill.

23     Q.   Okay.  And the next photographs?

24     A.   Saturday evening, December 17th.

25     Q.   And No. 5?

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth  v. Steiner Transocean LimitedElizabeth McKenzie

Page 63

1       A.    Saturday late evening, December 17th.

2       Q.    And who took these photographs?

3       A.    My kids or myself.  I don't recall.

4       Q.    And No. 6?

5       A.    Saturday late evening, December 17th.

6       Q.    Again, for what purpose were these

7  Pictures 5 and 6 taken?

8       A.    They were -- my condition was just

9  worsening.

10      Q.    Okay.  And Photograph No. 7 and 8?

11      A.    Saturday late evening, December 17th.

12      Q.    And No. 8?

13      A.    Sunday morning, December 18th.

14      Q.    And you continue to take these photographs

15  for what purpose?

16      A.    Because my face just got really big and it

17  was just worsening.

18      Q.    Okay.  And No. 9?

19      A.    Monday morning, December 19th.

20      Q.    All right.  Okay.  And the other

21  photographs, No. 10?

22      A.    That was at the Disney Saratoga Springs

23  Resort and Spa Hotel.

24      Q.    And what does that No. 10 depict?

25      A.    That depicts that my skin was oozing blood

51b1537e-4f4b-4935-977f-7f12a0660894

Page 64

1    and liquid and I was staining all the pillows.

2         Q.   And the lower photograph?

3         A.   That was the arm where they had done the

4    test.

5         Q.   Okay.  Photographs 11 and 12?

6         A.   Tuesday, December 20th.  I was at the

7    Disney Saratoga Springs Resort and Spa.

8         Q.   Okay.

9         A.   Number 12, the Disney Saratoga Springs

10   Resort and Spa.

11        Q.   And what does the bottom photograph

12   depict?

13        A.   This is a box of icepacks that the manager

14   brought to me.

15        Q.   Why did you take photographs of a box of

16   icepacks?

17        A.   I was just recording everything that was

18   happening to me.

19        Q.   Okay.  For the purpose of a claim?

20        A.   Possibly.

21        Q.   So you were already thinking about a claim

22   at this point in time?

23        A.   Not necessarily.  I was just recording

24   just in the event that my condition would just

25   worsen.

Page 65

1      Q.    Okay.  Next, 13 and 14?

2      A.    Wednesday, December 21st.

3      Q.    And 15?

4      A.    Friday, December 23rd.

5      Q.    And your condition is improving?

6      A.    Yes.  The swelling started coming down.

7      Q.    Okay.  Next photographs?

8      A.    This was Saturday, December 24th,

9  Christmas Eve.

10      Q.    Okay.  And all of these photographs,

11  No. 16, is Saturday, Christmas Eve?

12      A.    No.  This is part of the Friday.

13      Q.    Okay.  Number 17?

14      A.    Disney Dream Cruise, December 2016.

15      Q.    What does that photograph depict?

16      A.    That's my son.

17      Q.    And --

18      A.    He's just concerned and he didn't really

19  enjoy his trip.

20      Q.    How old is your son?

21      A.    At the time, he was 12, I believe.

22      Q.    And the last photograph on the opposite

23  page?

24      A.    This was at the cruise ship.

25      Q.    On what day?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 66

1      A.    I'm not sure.  I wasn't present.

2      Q.    You were not present?

3      A.    No.

4      Q.    Okay.  Those are your family without you

5  there?

6      A.    Yes.

7      Q.    All right.  Now, this photograph that your

8  lawyer handed me, what is the date of that

9  photograph?

10      A.    That was 2016.

11      Q.    What date?

12      A.    I believe approximately May or June of

13  2016.

14      Q.    Okay.  And who's shown in that picture?

15      A.    My daughter Hazel and my husband Michael.

16      Q.    Okay.  When -- what was the date?  I'm

17  sorry.

18      A.    It was approximately May or June, 2016.

19      Q.    All right.  Do you have other photographs

20  from the cruise that are not included in here?

21      A.    Yes.

22      Q.    Okay.  And you have those at home?

23      A.    We've submitted them to --

24      Q.    You don't have them off the top of your

25  head?  You submitted them to your lawyer you think?

8/13/2018     McKenzie, Elizabeth   v. Steiner Transocean LimitedElizabeth McKenzie

Page 67

1      A.   Yes.   Through e-mail.

2           MS. CARTAYA:  Paul, when you find them,

3      can you get them to me?

4           MR. HOFFMAN:  Absolutely.  I'm going to

5      look for them right now.

6           MS. CARTAYA:  I'm going to take a quick

7      break and find something.

8           (Whereupon, a break was taken from 11:42

9           to 11:50 a.m.)

10          MS. CARTAYA:  Mark these, please.

11          (Thereupon, the referred-to document was

12          marked by the court reporter for

13          Identification as Defendant's Exhibit 6.)

14  BY MS. CARTAYA:

15     Q.   Mrs. McKenzie, I'm handing you a set of 12

16  photographs, and I'd like you to ask you, are these

17  the photographs that you were referring to that were

18  taken at the spa?

19     A.   Yes.

20     Q.   Do you know what day they were taken?

21     A.   December 16th.

22     Q.   The day of the treatment?

23     A.   The day of the treatment.

24     Q.   Okay.

25     A.   And after.  She took before and after

51b1537e-4f4b-4935-977f-7f12a0660894

Page 68

1   pictures.

2        Q.   Okay.  Can you tell me which ones are

3   before and which ones are after now?

4        A.   I'm not sure how she separated these.

5        Q.   And who took the photographs?

6        A.   The spa doctor.

7        Q.   Okay.  And for what purpose?  Just to have

8   before and after pictures?

9        A.   Yes, ma'am.

10        Q.   If you can tell which are before and which

11   are after that would be helpful.

12        A.   I cannot.

13        Q.   Okay.  But they were all taken on one day,

14   the 16th?

15        A.   The 16th, and she might have taken some on

16   the 17th.

17        Q.   Can you tell which ones are on the 16th

18   and which ones are on the 17th?

19        A.   No.  The inner thigh, she might have taken

20   those on the 17th.

21        Q.   I don't have those.

22        A.   Okay.  So --

23        Q.   But these -- the face ones were all taken

24   on the 16th before and after?

25        A.   The 16th.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 69

1      Q.    This was after the CoolSculpting and the

2    injections were both done?

3      A.    Yes.

4      Q.    All right.  Have you discussed this case

5    with anyone other than your lawyer?

6      A.    Just my husband.

7      Q.    Okay.  Other than your husband?

8      A.    No.

9      Q.    Any friends or family?

10     A.    No.

11     Q.    All right.  Your older children, what do

12   they know about this claim?

13     A.    They just know that I suffered these

14   injuries and that I have appointments coming here.

15     Q.    Okay.  Do you expect that they will be

16   witnesses testifying in this case?

17     A.    I'm not sure.

18     Q.    Okay.  Other than the doctors that you

19   have told us about, have you seen any other doctors

20   as a result of this condition about your face?

21     A.    No.

22     Q.    And you said you're continuing to treat

23   with --

24     A.    Dr. Peter Herman.

25     Q.    Dr. Peter Herman.

51b1537e-4f4b-4935-977f-7f12a0660894

```
                                              Page 70
 1            MS. CARTAYA:  And we'll get his records
 2        and provide them to you.
 3            MR. HOFFMAN:  Okay.
 4   BY MS. CARTAYA:
 5        Q.   What diagnosis has he given you to date?
 6        A.   That this could be a long-term permanent
 7   sensitivity to heat and sun.
 8        Q.   Long-term.  Have you asked him what does
 9   he mean by long-term?
10        A.   Permanent.
11        Q.   Okay.  Has he told you if there's anything
12   that can be done to improve your condition other
13   than what has been done to date?
14        A.   Stay out of the sun, avoid heat
15   conditions, take those supplements that he's
16   prescribed, the Heliocare for the sun sensitivity,
17   provide sunscreen, just things to avoid sun
18   sensitivity and heat environments.
19        Q.   Okay.  Has he prescribed any medication
20   that you take orally?
21        A.   Rhofade for the redness.  That's what I'm
22   taking currently.
23        Q.   Are you taking any vitamins?
24        A.   I take over-the-counter vitamins.
25        Q.   Are you on any other type of medication?
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 71

1      A.    Yes.

2      Q.    What is that?

3      A.    I'm on amoxicillin right now and some ear

4  drops and ointment for my ear.

5      Q.    Have you ever suffered from blood

6  pressure, hypertension?

7      A.    During my last pregnancy I suffered

8  preeclampsia, but it was only during the pregnancy.

9      Q.    So you are not taking any other

10  medication?

11      A.    No.

12      Q.    Do you have plans to see any other

13  physicians related to this condition?

14      A.    Not at this time.

15      Q.    Before you hired Mr. Hoffman -- before you

16  talked to any lawyers, what type of claim did you

17  think you had?

18      A.    I don't know.

19      Q.    Okay.  Before you talked to any lawyers,

20  did you have in mind a value of a claim?

21      A.    No, I do not have a value.

22      Q.    How long are you in town?

23      A.    My flight leaves tomorrow morning.

24      Q.    Okay.  And your daughter is here simply

25  just to accompany you?

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018     McKenzie, Elizabeth  v. Steiner Transocean LimitedElizabeth McKenzie

Page 72

1        A.   Yes.

2        Q.   Well, I hope you get to do something fun

3   while you're here.

4        A.   She wants to see an art museum or

5   something.

6             MS. CARTAYA:  I think that's all the

7        questions I have.

8             MR. HOFFMAN:  Okay.  I have a couple.

9             MS. CARTAYA:  Want me to give you all of

10       these over here, Paul?

11            MR. HOFFMAN:  Yeah.

12                  CROSS-EXAMINATION

13   BY MR. HOFFMAN:

14       Q.   In addition to Exhibit 3, the Rejuvenation

15   Spa CoolSculpting Guest Information and Medical

16   History form, and in addition to Exhibit 2, the

17   CoolSculpting Procedure Consent Form, did you sign

18   any other documents or fill out any other documents

19   in the spa?

20       A.   I remember signing some forms where I

21   specifically said I was allergic to the caine

22   family.

23       Q.   You said you -- and did you get a copy of

24   that form?

25       A.   I did not.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 73

1      Q.   Did you get a copy of Exhibit 2, the

2   CoolSculpting Procedure Consent Form?

3      A.   No, I did not.

4      Q.   Did you get a copy of Exhibit 3, the

5   Rejuvenation Spa CoolSculpting Guest Information and

6   Medical History form?

7      A.   I did not.

8      Q.   And you did not provide these forms to me,

9   correct?

10      A.   Correct.

11      Q.   You don't have them in your possession?

12      A.   I do not.

13      Q.   Did you request copies of these when you

14   were on the ship?

15      A.   Yes.

16      Q.   And you were told what?

17      A.   No, that I could not have copies.

18      Q.   Exhibit 3 -- I'm not going to read this

19   again.  It's impossible.  Rejuvenation Spa

20   CoolSculpting Guest Information and Medical History.

21   You notice -- I'm going to call your attention to

22   the bottom of it.  It says, "Liability Release

23   Acknowledgment and Waiver."

24          Do you see what I'm talking about here?

25      A.   Yes.

Page 74

1      Q.   Okay.  Did you understand that you were

2  releasing the spa, Steiner Transocean -- did you

3  understand you were releasing them from any claims

4  that you might have against them at the time that

5  you signed this form?

6           MS. CARTAYA:  Objection.

7  BY MR. HOFFMAN:

8      Q.   Let me ask it another way.

9           You didn't understand at the time you

10 signed this form that you were releasing them from

11 any claims; is that right?

12          MS. CARTAYA:  Objection.

13          THE WITNESS:  That's correct.

14 BY MR. HOFFMAN:

15     Q.   And this form was not explained to you on

16 the ship, was it?

17     A.   No.

18     Q.   And you were just handed this form and

19 asked to check the boxes and sign it, correct?

20          MS. CARTAYA:  Objection.

21          THE WITNESS:  Correct.

22 BY MR. HOFFMAN:

23     Q.   And you were handed this consent procedure

24 form and you were told to sign it and date it,

25 correct?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 75

1       A.    Correct.

2             MS. CARTAYA:  Objection.

3   BY MR. HOFFMAN:

4       Q.    And you specifically told the doctor in

5   the spa that you were allergic to the caine family,

6   correct?

7       A.    I did.

8       Q.    And you did that both orally and in

9   writing?

10      A.    Yes.

11      Q.    Ms. Cartaya asked you if you can still

12  cook.

13            Do you still bake?

14      A.    No.

15      Q.    You have your daughter do the baking now?

16      A.    Yes.

17      Q.    Okay.  And why is that?

18      A.    It's just too hot.

19      Q.    And did you bake before this incident with

20  the spa and the cream and all that?

21      A.    Yes.

22      Q.    Are there other activities, things that

23  you do, hobbies, et cetera, that you have -- that

24  have been affected by this?

25      A.    Yes.

Page 76

1      Q.   And like what for example?

2      A.   Taking hot showers.

3           (Knock at the door.)

4           MS. CARTAYA:  Yes?

5           MS. SINGER:  Sorry.  Tammy from your

6      office told me to print these for you guys.

7           MR. HOFFMAN:  Are these additional?

8           MS. SINGER:  We have those in our file.

9           MS. CARTAYA:  Wait.  Off the record.

10          (Whereupon, an off-the-record discussion

11          was had.)

12 BY MR. HOFFMAN:

13     Q.   Has this incident, the condition of your

14 face, now affected your painting or sculpting

15 hobbies?

16     A.   Yes.

17     Q.   In what way?

18     A.   I'm -- I can't go outdoors.  So my

19 sculpting projects have come to a halt.

20     Q.   And what kinds of sculpting did you used

21 to do?

22     A.   Mostly a variety, canvas, but my projects

23 are very messy, so I have to do them outside.

24     Q.   And so you don't sculpt anymore?

25     A.   No, I don't sculpt anymore.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 77

1      Q.   And if I asked you to send me pictures of

2   things you had sculpted in the past, could you do

3   that?

4      A.   Yes.

5      Q.   You own a vacation home or cabin in New

6   Mexico?

7      A.   Yes.

8      Q.   Where is that located?

9      A.   Lake Roberts, New Mexico.

10      Q.   How long have you owned it?

11      A.   Since 2002.

12      Q.   Okay.  Have you -- has your -- what's

13   happened to you, has the sensitivity to heat and the

14   sunlight affected your ability to go down and use

15   the cabin?

16      A.   Yes.

17      Q.   Or up, I guess.

18           How has it affected you in doing that?

19      A.   We just don't visit it as often just

20   because it's hot or the hot springs.  You know, we

21   can't use those anymore.  We used to do that.  So we

22   don't get to use it as often as we used to.

23      Q.   Did you used to go hiking as a hobby?

24      A.   Yes.

25      Q.   And do you do that now?

Page 78

1        A.    No.

2        Q.    Why is that?

3        A.    Just the heat elements outdoors.

4        Q.    And spicy foods, do you still eat spicy

5   foods?

6        A.    Very mild.

7        Q.    Okay.  And what -- and what's the

8   significance of Hatch, New Mexico, in terms of your

9   life?

10        A.    We used to have a family tradition where

11   we would go to Hatch, New Mexico, and we would pick

12   the peppers from the fields, and then, we would

13   collect like a huge sack, take them home, and pickle

14   them.  And this was around August, September.  And

15   then, we would gift them for Christmas.  And so, we

16   don't get to pick them anymore.  We just buy the

17   sack.  So it's affected those activities too.

18        Q.    Why can't you go pick them anymore?

19        A.    Because it's outdoors, it's the heat,

20   it's -- New Mexico is hot.

21        Q.    When you go outside, how do you protect

22   yourself from the sun?

23        A.    I use an umbrella or a hat.

24        Q.    And did you bring the umbrella with you

25   today?

51b1537e-4f4b-4935-977f-7f12a0660894

Page 79

1      A.   Yes.

2      Q.   Is that it over there?

3      A.   No.

4      Q.   That's not it?

5      A.   No.

6      Q.   But you have the umbrella?

7      A.   Yes.

8      Q.   You brought it on the trip with you here?

9      A.   Yes.

10     Q.   Did you have any plans to buy a

11   motorcycle?

12     A.   Yes.

13     Q.   And are you still going to buy the

14   motorcycle?

15     A.   No.

16     Q.   Why can't you get the motorcycle?

17     A.   Because we can't enjoy it.  You're exposed

18   to the elements, so I'm not going to do that.

19     Q.   Who is Dr. Kovich?

20     A.   Kovich is a doctor I saw in Vancouver

21   Canada for ear pain.

22     Q.   That's another one besides Brandt Miles?

23     A.   Dr. Kovich is --

24     Q.   Don't look at my notes.  It's not good

25   procedure.

51b1537e-4f4b-4935-977f-7f12a0660894

Page 80

1      A.   Kovich is -- I was just trying to see how

2   it was spelled.  Kovich is an ENT, ear, nose, and

3   throat doctor, and I saw him recently, which I'm

4   taking the amoxicillin and the ear drops for an ear

5   infection.

6      Q.   Okay.

7      A.   And he's located in El Paso, Texas.

8      Q.   Do you have his address for Ms. Cartaya?

9      A.   He's on George Dieter Street in El Paso.

10         MS. CARTAYA:  Did we get a first name?

11         THE WITNESS:  No.  Dr. Kovich.

12         MR. HOFFMAN:  Okay.  That's all I have.

13               REDIRECT EXAMINATION

14   BY MS. CARTAYA:

15      Q.   Let me do a couple of follow-ups.

16          I heard you said you used to do sculpting,

17   correct?

18      A.   Yes.

19      Q.   Then I heard you say that you used canvas.

20   So I'm trying to figure out was it painting or was

21   it sculpting?

22      A.   Both.

23      Q.   Did you ever sell your work?

24      A.   No.

25      Q.   This was just for your recreation?

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth  v. Steiner Transocean LimitedElizabeth McKenzie

                                                        Page 81

  1        A.    Yes.

  2        Q.    Do you have the paintings and the

  3   sculptings at your home?

  4        A.    Yes.

  5        Q.    Okay.  So he can get pictures of the type

  6   of work you used to do?

  7        A.    Yes.

  8        Q.    Okay.  Remind me again, please, what date

  9   this picture was taken?

 10        A.    I don't recall.

 11        Q.    How many years before?  You have no idea?

 12        A.    I don't recall the date.

 13        MS. CARTAYA:  Okay.  Let me -- if you

 14        don't mind, can I take a picture of her now to

 15        depict what she was talking about?

 16        MR. HOFFMAN:  Of course.

 17        MS. CARTAYA:  Hold on.

 18        (Whereupon, a break was taken from 12:09

 19        to 12:10 p.m.)

 20        MR. HOFFMAN:  Do you have photographs of

 21        yourself from 2015, 2014, 2013, 2012?

 22        THE WITNESS:  Yes.

 23        MS. CARTAYA:  Okay.  I'm going to ask you

 24        to send me -- do you want all the pictures or a

 25        sample?

51b1537e-4f4b-4935-977f-7f12a0660894

```
                                                   Page 82
 1            MS. CARTAYA:  No.  Just samples of
 2       photographs.  One for each year is fine.
 3            MR. HOFFMAN:  Can you do that, please?
 4            THE WITNESS:  Yes.
 5            MS. CARTAYA:  That would be very helpful.
 6            MR. HOFFMAN:  You can send them to me and
 7       I'll send them to Carmen.
 8            MS. CARTAYA:  Let me just take the
 9       picture.
10   BY MS. CARTAYA:
11       Q.   What makeup do you use?
12       A.   Rimmel.
13       Q.   Is that specialty for skin conditions?
14       A.   No.  It's over-the-counter.
15       Q.   Let me just take a photograph.
16            MS. CARTAYA:  Thank you.  I think that's
17       all we have.
18            Read or waive?
19            MR. HOFFMAN:  We'll read.
20            Are you ordering?
21            MS. CARTAYA:  Yes.
22            MR. HOFFMAN:  I'll take a copy.
23            THE COURT REPORTER:  How do you like it?
24            MR. HOFFMAN:  Copy, E-Tran, and I want the
25       exhibits.
```

51b1537e-4f4b-4935-977f-7f12a0660894

Page 83

1            THE COURT REPORTER:  Colored or black and

2       white?

3            MR. HOFFMAN:  Colored.

4            (Deposition concluded at 12:12 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

51b1537e-4f4b-4935-977f-7f12a0660894

1                          CERTIFICATE OF OATH

2

   STATE OF FLORIDA      )

3

   COUNTY OF BROWARD     )

4

                I, the undersigned authority, certify that

5   ELIZABETH McKENZIE personally appeared before me and
    was duly sworn.

6                WITNESS my hand and official seal this
    22nd day of August, 2018.

7

8                        _____

                         KELLY A. ESPOSITO
9                        Notary Public, State of Florida
                         My Commission No. FF148137
10                       Expires: 9/3/2018

11          + + + + + + + + + + + + + + + + + +

12                       CERTIFICATE

13   STATE OF FLORIDA   )

14   COUNTY OF BROWARD )

15                I, KELLY A. ESPOSITO, do hereby certify
    that I was authorized to and did stenographically
16   report the foregoing deposition of ELIZABETH
    McKENZIE; that a review of the transcript was
17   requested; and that the transcript is a true record
    of my stenographic notes.

18                I FURTHER CERTIFY that I am not a
    relative, employee, attorney, or counsel of any of
19   the parties, nor am I a relative or employee of any
    of the parties' attorney or counsel connected with
20   the action, nor am I financially interested in the
    action.

21        Dated this 22nd day of August, 2018.

22

23        _____
                    KELLY A. ESPOSITO

24

25

51b1537e-4f4b-4935-977f-7f12a0660894

```
 1            ALPHA & OMEGA REPORTING SERVICES, INC.
              1776 EAST SUNRISE BOULEVARD, FIRST FLOOR
 2                 FORT LAUDERDALE, FLORIDA 33304
                            954.523.6422
 3
       Paul Hoffman, Esq.
 4     2881 E. Oakland Park Blvd., Suite 307
       Ft. Lauderdale, Florida 33306
 5

 6
       Re: Elizabeth McKenzie v. Steiner Transocean Limited
 7

 8     Case No. 1:17-cv-24469

 9

10     Mr. Hoffman:

11            Enclosed please find your copy of the
       deposition of Elizabeth McKenzie, which was taken on
12     August 13, 2018, in the above-entitled case.  Also
       attached are forms of Affidavit and an Errata Sheet
13     to be completed by the deponent when reading your
       copy of the deposition.  These forms are
14     self-explanatory.

15            After the deponent has completed these
       forms, please return them to me at the above address
16     for inclusion in the original transcript.

17            Thank you for your cooperation,

18

19

20     _____
              Kelly A. Esposito
21

22

23

24

25
```

```
 1                        ERRATA SHEET

 2   ELIZABETH McKENZIE V. STEINER TRANSOCEAN LIMITED
     Deponent:  Elizabeth McKenzie
 3   Date of :  August 13, 2018
     Case No.:  1:17-cv-24469
 4
     Page _____ Line _____
 5   Now Reads:_____
     Should Read: _____
 6   Reason for Change: _____

 7   Page _____ Line _____
     Now Reads:_____
 8   Should Read: _____
     Reason for Change: _____
 9
     Page _____ Line _____
10   Now Reads:_____
     Should Read: _____
11   Reason for Change: _____

12   Page _____ Line _____
     Now Reads:_____
13   Should Read: _____
     Reason for Change: _____
14
     Page _____ Line _____
15   Now Reads:_____
     Should Read: _____
16   Reason for Change: _____

17   Page _____ Line _____
     Now Reads:_____
18   Should Read: _____
     Reason for Change: _____
19
     Page _____ Line _____
20   Now Reads:_____
     Should Read: _____
21   Reason for Change: _____

22        Under penalties of perjury, I declare that I
     have read the foregoing transcript, and together
23   with any changes made above the facts stated herin
     are true.
24
25   Date:_____    Signature:_____
```

51b1537e-4f4b-4935-977f-7f12a0660894

**A**

**a.m** 1:12,21 31:8
43:24 67:9
**ability** 51:14
77:14
**able** 47:7,15
49:3,4
**above-entitled**
85:12
**Absolutely** 16:6
25:9,9 67:4
**accident** 57:8
**accompany**
71:25
**account** 8:8
**accurate** 53:5
**Acknowledgm...**
73:23
**action** 84:20,20
**active** 48:14
**activities** 5:16
30:4 36:18
38:22 47:2,9
47:17 48:7,10
48:15,18,23
49:6 75:22
78:17
**actual** 21:21
52:20
**addition** 44:23
72:14,16
**additional** 53:20
76:7
**address** 4:10,13
6:5 50:25 80:8
85:15
**advised** 32:15
**Affidavit** 85:12
**afternoon** 33:21
62:15
**age** 4:4
**ages** 4:22
**aggressive** 21:16
**ago** 22:25 23:22
24:17,17
**agonizing** 35:13

**agreed** 2:21
**ahead** 30:4
52:16 56:19
**airway** 35:25
**Alaska** 54:22
**Alex** 55:16
**allege** 60:16
**alleged** 8:5
**allergic** 22:17,20
22:23 23:8,10
23:14,22 24:24
25:3,13,20,25
26:2,3,7 31:18
33:9 40:9 41:9
44:14,19,21
45:7 72:21
75:5
**allergies** 8:4
22:13 35:3
44:16
**allergy** 25:4
**allotted** 17:18
**ALPHA** 2:16
85:1
**amoxicillin** 71:3
80:4
**answer** 20:4
58:8,11,17
**answered** 51:8
**answers** 3:13
45:18 49:16,23
50:1,10
**anymore** 30:17
76:24,25 77:21
78:16,18
**appear** 43:7
**APPEARAN...**
2:1
**appeared** 84:5
**appears** 19:3,8
19:11,14
**application**
45:22
**applied** 23:3,5
24:25 26:9,13
26:19 27:12,15
27:21 33:10

**apply** 25:15,24
27:15,23
**applying** 22:20
24:25
**appointment**
12:12,13,25
13:1,18 14:8
20:24 40:3
**appointments**
12:16 14:13
15:14 69:14
**approached**
13:11
**approximately**
11:14,16 24:17
28:9 29:9
33:20 34:8,15
42:13 52:13,15
53:1 54:16
55:9 57:6 59:3
66:12,18
**April** 55:8
**arm** 27:2,3,7
64:3
**arrived** 11:7
12:20 39:17
**art** 72:4
**asked** 7:11
39:19 44:15
50:23 70:8
74:19 75:11
77:1
**asking** 32:4,6
**asleep** 35:9,14
36:14
**assigned** 10:10
**attached** 50:2
85:12
**attend** 47:15
**attending** 6:1
**attention** 73:21
**attorney** 60:25
61:6 84:18,19
**attorney's** 61:11
**August** 1:11
43:8,9,12,15
78:14 84:6,21

85:12 86:3
**authority** 84:4
**authorization**
43:21
**authorized**
84:15
**Avenue** 51:5
**avoid** 47:2 48:7
70:14,17

**B**

**bachelor's** 5:22
**back** 12:14,25
14:16 15:3,16
20:8,10 26:20
29:3,18 30:20
30:24,25 31:11
34:11 35:12,19
36:13,22 37:11
38:13 39:2,5
50:17 52:7
54:25
**bake** 75:13,19
**baking** 75:15
**baseball** 47:15
48:11
**basing** 20:3
**basis** 5:15
**bear** 9:16
**beds** 33:13
**beginning** 20:23
**behalf** 1:19 2:2
2:7
**believe** 7:25 8:1
18:15 24:5
33:6 36:10
37:3,13,15
39:4 44:18
51:7 57:11,13
59:15 65:21
66:12
**benefit** 13:12
**benefits** 17:6
19:24
**benzocaine**
22:18 25:21
**Betty** 4:24

**big** 52:14 63:16
**billed** 21:1,3
**bit** 29:18
**black** 83:1
**blocked** 35:25
**blood** 63:25 71:5
**Blue** 34:10
**Blvd** 1:10 2:8
85:4
**boarded** 9:2
**boat** 34:10
**body** 47:6 51:23
**book** 39:13
**Botox** 22:10
**bottom** 18:22
19:1,6,10,13
19:17 44:5
64:11 73:22
**Boulevard** 2:4
2:17 85:1
**box** 2:9 64:13,15
**boxes** 74:19
**Brandt** 53:22
79:22
**break** 18:13
31:5,6,7 43:23
67:7,8 81:18
**briefly** 20:17
**bring** 7:11,14
21:15 31:20,22
78:24
**brought** 21:14
32:4 56:7
64:14 79:8
**BROWARD**
84:3,14
**building** 52:25
**built** 52:20
**burn** 32:1
**burning** 16:15
**business** 4:20
5:11,12,13,19
5:24 6:8
**businesses** 5:7
**buy** 78:16 79:10
79:13

**C**

**C** 4:11
**cabin** 10:10
  36:13 77:5,15
**cabins** 10:11
**caine** 22:17,20
  22:23 23:1,9,9
  24:2,24 25:2,4
  25:13,20 26:2
  31:18 40:9
  41:10,12 44:14
  44:19 45:8
  72:21 75:5
**caines** 25:23
**California** 54:10
**call** 11:9 73:21
**called** 10:25
  11:14 45:2
  46:10 61:18
**Canada** 53:21
  79:21
**Canaveral**
  37:22
**canceled** 14:17
**canvas** 76:22
  80:19
**Cape** 37:22
**car** 4:20,21 57:7
**care** 21:13 32:12
  58:14,20
**Carmen** 2:10
  82:7
**Carreon** 55:5
**Cartaya** 2:8,10
  3:4,6 4:8 6:23
  7:4,7,20,23
  8:11,23 9:4,6
  9:11,18 16:4,7
  17:15,21 18:1
  18:7,11,16,23
  18:24 20:8,13
  24:10 25:7,10
  25:11 31:6,9
  41:14,19,22
  42:1,20,25
  43:5,17,25

45:13,17 47:21
  48:1,4,9 49:21
  50:5,7,8,16,21
  58:9,15 59:8
  59:13 67:2,6
  67:10,14 70:1
  70:4 72:6,9
  74:6,12,20
  75:2,11 76:4,9
  80:8,10,14
  81:13,17,23
  82:1,5,8,10,16
  82:21
**case** 36:1 46:20
  69:4,16 85:8
  85:12 86:3
**cases** 61:2
**Castaway** 10:24
  11:1
**catheter** 37:9
**certain** 7:12,12
  50:9
**CERTIFICA...**
  84:1,12
**certify** 84:4,15
  84:18
**cetera** 75:23
**chair** 21:6,12
**Change** 86:6,8
  86:11,13,16,18
  86:21
**changed** 20:24
  48:8
**changes** 52:17
  58:4 86:23
**charge** 32:18,20
**check** 74:19
**child** 22:24 23:5
**children** 4:14,23
  10:1,8 15:5
  36:7 48:10
  69:11
**chin** 13:12 14:6
  27:13 42:9
**Christmas** 65:9
  65:11 78:15
**City** 4:12

**claim** 60:12,15
  60:19,22 62:20
  64:19,21 69:12
  71:16,20
**claiming** 49:13
**claims** 74:3,11
**client** 18:6,12
**cold** 20:20 22:3
  22:3 27:14
  31:25 48:6
**collect** 78:13
**Colored** 83:1,3
**come** 13:20
  30:20 76:19
**coming** 26:20
  65:6 69:14
**Commencing**
  1:21
**Commission**
  84:9
**company** 4:19
  6:11,12 49:4
**complaints**
  14:23
**completed** 85:13
  85:15
**compliant** 43:21
**composite** 59:9
**concerned** 35:24
  60:9 65:18
**concluded** 83:4
**condition** 30:10
  41:2 46:23
  47:12 56:8
  63:8 64:24
  65:5 69:20
  70:12 71:13
  76:13
**conditions** 70:15
  82:13
**confirm** 25:3
**connected** 84:19
**consent** 3:10
  18:25 45:1
  72:17 73:2
  74:23
**consider** 60:15

**considering**
  60:12 62:19
**construction**
  4:19 6:11,12
  6:15 49:4
**consult** 23:15
  24:1,4,15,18
**consultation**
  13:13
**consulted** 61:12
  61:17
**contact** 60:25
**continue** 62:2
  63:14
**continuing**
  69:22
**contract** 57:22
**conversation**
  16:21,23,24
  24:8 41:17
**cook** 47:7,8
  75:12
**cool** 28:22 29:7
**coolsculpting**
  3:11 14:5
  16:13 17:3
  21:22 27:5,11
  28:8 34:4 45:3
  51:12 69:1
  72:15,17 73:2
  73:5,20
**cooperation**
  85:17
**copied** 43:18
**copies** 44:24
  45:11 73:13,17
**copy** 15:23,25
  16:1,3 32:7,10
  57:1 72:23
  73:1,4 82:22
  82:24 85:11,13
**correct** 9:17
  15:1,2 21:20
  23:11 31:12
  40:7 44:11
  45:21 50:11
  73:9,10 74:13
  74:19,21,25

75:1,6 80:17
**cost** 52:25
**costs** 9:16
**counsel** 2:22
  43:6 50:9
  84:18,19
**counter** 35:2
  38:4
**County** 57:22
  84:3,14
**couple** 26:16
  28:12 29:23
  34:5 38:21
  72:8 80:15
**course** 50:19
  81:16
**court** 1:1 7:2
  17:24 20:10
  24:8 41:17
  45:15 59:11
  67:12 82:23
  83:1
**cover** 47:17
**coverage** 8:14
  8:15
**covered** 30:21
**cream** 22:20
  23:3,6,8,13
  25:22 27:15,23
  28:2 33:9
  42:17 46:5
  75:20
**creams** 24:25
  40:20,21
**create** 47:5
**creative** 52:5
**Cross** 3:5
**CROSS-EXA...**
  72:12
**cruise** 8:1,6 9:20
  9:22,25 10:14
  10:16,23 11:7
  23:24 36:15
  40:10,15 54:8
  54:21 65:14,24
  66:20
**cruises** 54:19

8/13/2018        McKenzie, Elizabeth  v. Steiner Transocean Limited Elizabeth McKenzie

Page 89

**currently** 70:22
**customary**
  19:21 20:18

━━━━━━━━━

**D**

**D** 3:1
**dab** 26:5
**dad** 39:25,25
**daily** 47:9
**date** 9:21 41:25
  57:4 59:24
  61:25 62:1
  66:8,11,16
  70:5,13 74:24
  81:8,12 86:3
  86:25
**dated** 8:20 84:21
**dates** 8:24 53:18
**daughter** 66:15
  71:24 75:15
**day** 34:11 35:15
  36:15,18,20,25
  37:2 39:17
  45:19,20 65:25
  67:20,22,23
  68:13 84:6,21
**day-to-day** 5:15
**days** 29:24
  38:21,22 54:16
**dealer** 4:21,21
**December** 9:23
  27:6 33:18
  54:8 60:6 62:6
  62:15,24 63:1
  63:5,11,13,19
  64:6 65:2,4,8
  65:14 67:21
**decide** 9:19
**decided** 11:5,9
**declare** 86:22
**Defendant** 1:8
  1:19 2:7
**Defendant's** 7:3
  7:4 17:22,25
  18:18 41:15,18
  44:2 45:16
  49:16 59:12

67:13
**DEFENSE** 3:8
**Department**
  51:2,3
**depict** 63:24
  64:12 65:15
  81:15
**depicting** 8:16
  8:18
**depicts** 60:5
  63:25
**deponent** 85:13
  85:15 86:2
**deposition** 1:14
  1:20 2:23 3:10
  6:21 7:5 9:13
  18:5 47:20
  48:5 83:4
  84:16 85:11,13
**dermatologist**
  23:15,20 24:1
  24:6,16,19,21
  39:11,25
**describe** 30:12
  46:1
**describes** 19:23
**detail** 19:23
**detox** 51:22
**Development**
  5:12 6:16
**diagnosis** 70:5
**Dieter** 80:9
**different** 6:12
  6:13 16:11,12
  26:3 48:23
  52:10
**dinner** 28:16,17
  28:19 29:2
**Direct** 3:4 4:7
**discoloration**
  42:9,17
**discomfort**
  20:20 45:25
  46:2
**discuss** 12:23
  13:9 14:4 15:8
  15:19 17:2,5

17:16 18:12
  21:21 22:7,13
  22:16
**discussed** 14:5
  15:20 17:3
  69:4
**discussion** 43:3
  76:10
**disembark**
  10:19 36:25
  37:19,22
**disembarked**
  37:1,4,8 38:11
**disembarkment**
  37:21
**Disney** 38:19
  54:22 55:16
  56:13 63:22
  64:7,9 65:14
**dispute** 57:22
**DISTRICT** 1:1
  1:1
**doctor** 9:10 13:6
  13:25 16:22,25
  19:20 20:15,21
  21:17,18 23:3
  23:5 24:13,22
  25:12 31:19
  33:1 35:21
  38:10 39:14
  46:5,12 53:20
  53:24 56:23
  58:12 59:2
  68:6 75:4
  79:20 80:3
**doctors** 8:2
  69:18,19
**document** 7:1,9
  7:11,18 17:23
  18:7,19 19:16
  19:22,25 32:5
  41:16 44:2
  45:6,6,9,14
  49:22 59:10
  62:21 67:11
**documents** 7:12
  7:14 18:4

22:19 45:12
  53:18 72:18,18
**doing** 13:13
  42:14 77:18
**dolphins** 30:2,15
**door** 47:19 76:3
**double** 13:12
  14:6
**Dr** 9:9 24:5 33:6
  40:5 42:12
  43:7 51:5
  53:15,22 55:5
  58:17,22 69:24
  69:25 79:19,23
  80:11
**Dream** 55:16
  65:14
**drill** 11:8,12
  12:18,19 14:16
  14:18,22,25
  15:14
**drops** 71:4 80:4
**duces** 7:21
**duly** 4:4 84:5

━━━━━━━━━

**E**

**E** 1:10 2:8,17
  3:1 85:4
**e-mail** 18:3 67:1
**E-Tran** 82:24
**ear** 54:1 59:7
  71:3,4 79:21
  80:2,4,4
**earache** 54:1
**early** 11:7
**ears** 50:24 51:4
**East** 2:4 51:5
  85:1
**eat** 78:4
**education** 5:20
**Edward** 4:17
  5:1
**effects** 19:21
**El** 6:3 24:14
  51:5 58:25
  80:7,9
**elements** 78:3

79:18
**Elizabeth** 1:4,16
  4:2,11,24,25
  84:5,16 85:6
  85:11 86:2,2
**embark** 10:17
**emergency** 11:8
  11:12 32:12,15
  32:17,22 33:2
  33:16 36:8,12
  36:22 37:6,7
  38:10 39:8
**employed** 5:6
**employee** 84:18
  84:19
**employment**
  48:25
**Enclosed** 85:11
**engage** 38:23
**enjoy** 48:15,22
  65:19 79:17
**ENT** 80:2
**entailed** 21:22
**entered** 47:20
**entire** 34:11
**entirely** 15:7
**entity** 60:12
**environments**
  47:3 70:18
**errand** 43:20
**Errata** 85:12
  86:1
**error** 50:10 51:8
  53:10 60:23
**Esposito** 2:16
  84:8,15,23
  85:20
**Esq** 2:5,10 85:3
**estate** 57:22
**estimate** 34:23
  60:1,3
**et** 75:23
**Eve** 65:9,11
**evening** 62:24
  63:1,5,11
**event** 64:24
**Eventually** 61:2

**exact** 38:8 41:5
57:4 61:19
**exactly** 37:20
**Examination**
3:2 4:7 80:13
**examined** 50:24
51:1,4
**examiner** 50:25
**example** 76:1
**excursion** 30:14
34:7,9
**excursions**
29:25
**exhibit** 7:3,4
17:25 18:18
41:18 44:2
45:2,16 59:9
59:12,17 67:13
72:14,16 73:1
73:4,18
**exhibits** 3:8
82:25
**exited** 48:5
**expect** 69:15
**expenses** 7:25
8:5,9 53:3
**Expires** 84:10
**explain** 20:5
21:2 41:3
**explained** 20:17
31:17 33:9
74:15
**explore** 48:23
**exposed** 79:17
**extra** 11:8
**eyes** 50:24 51:1

**F**

**face** 8:17,18
25:18 26:10
29:20 30:10,21
31:16 35:17
42:8 45:20,24
56:7 60:16
62:17 63:16
68:23 69:20
76:14

**facts** 86:23
**fall** 35:9 36:14
**family** 10:2
22:18,21,23
23:2,9,9 24:2
24:24 25:13,20
26:2 28:16,18
28:19 31:18
40:10 41:10,12
44:14,19 45:8
48:14,17 54:11
66:4 69:9
72:22 75:5
78:10
**far** 5:16 21:22
58:3
**fat** 16:15 53:16
**feel** 20:19,21
22:2 28:4
29:23 35:9
**feeling** 27:13
62:22
**feels** 46:3,3
**feet** 52:13
**Feinstein** 58:6
58:17
**fell** 35:13 58:13
**felt** 20:15,16,22
60:9
**FF148137** 84:9
**fields** 78:12
**figure** 80:20
**figured** 18:8
**file** 57:10 60:21
76:8
**filed** 4:3 57:11
**fill** 44:8,20
72:18
**filled** 37:25
44:25
**filler** 16:17 22:6
**fillers** 14:6 17:4
27:22
**filling** 32:7
**financially**
84:20
**find** 39:14 67:2

67:7 85:11
**fine** 32:21 82:2
**finish** 28:21
**finishing** 5:21
**firm** 2:3 61:18
**first** 2:17 4:4
5:12 12:20
20:4 22:24
24:11 27:10
29:13,19 33:5
33:24 39:16
40:1 54:5
59:20 60:15
80:10 85:1
**FL** 2:4,9,17
**flare-up** 46:20
46:22
**flight** 39:21,24
53:4 71:23
**Floor** 2:17 85:1
**Florida** 1:1,11
38:14,15,16
60:22 61:14,15
61:20 84:2,9
84:13 85:2,4
**fly** 39:5
**follow** 50:17
**follow-ups**
80:15
**following** 29:15
35:15 39:17
40:4
**follows** 4:5
**foods** 48:7 78:4
78:5
**footage** 52:12
**foregoing** 84:16
86:22
**forehead** 14:7
17:4
**form** 20:2,11
32:4 44:8 45:4
72:16,17,24
73:2,6 74:5,10
74:15,18,24
**forms** 44:20
72:20 73:8

85:12,13,15
**Fort** 1:11 10:18
10:21 37:5,18
37:19 85:2
**four** 4:14 10:1,6
10:8 30:20
**fourth** 36:20,25
37:2
**Friday** 65:4,12
**friends** 10:4
69:9
**front** 52:8
**frown** 21:23
22:4,6 27:21
**Ft** 2:4,9,17 85:4
**fully** 19:25
**fun** 72:2
**FURTHER**
84:18

**G**

**games** 47:16
48:11
**Gary** 11:21,22
11:24 12:7,9
12:22,23 31:4
31:4,11,13,14
**gel** 27:17
**George** 80:9
**getting** 13:19
20:25 29:18
33:10 42:9
60:9
**gift** 78:15
**give** 4:15 18:17
32:9 34:25
35:5 49:11,18
72:9
**given** 18:3 43:6
44:20 51:24
56:11,12 70:5
**go** 5:25 8:23
9:19 10:23
11:5,6 13:24
16:23 28:14
30:1,4,24
35:19 36:5,7

36:22,24 37:4
38:10,13 39:2
39:7,8,10 43:7
45:18 48:22
49:4,7,24
50:12 51:18
52:16 54:19,21
55:22,24 56:11
56:19 76:18
77:14,23 78:11
78:18,21
**going** 9:12 18:17
18:23 20:19
22:2,5,7 25:17
29:23 43:19
48:16 49:15
67:4,6 73:18
73:21 79:13,18
81:23
**Goldman** 51:5
**gonna** 18:4
**good** 51:22
79:24
**Grant** 57:22
**guess** 77:17
**Guest** 3:11 45:3
72:15 73:5,20
**guided** 61:4
**guys** 76:6

**H**

**halt** 76:19
**hand** 49:15 84:6
**handed** 7:24
18:25 59:16
66:8 74:18,23
**handing** 67:15
**handle** 30:17
40:25
**handwriting**
45:7
**happened** 26:23
27:10 28:13,14
34:1 35:10
36:11,21 40:10
61:25 77:13
**happening**

64:18
**hat** 78:23
**Hatch** 78:8,11
**Hazel** 4:25
66:15
**head** 10:13
66:25
**health** 8:13
**heard** 80:16,19
**heat** 47:1,6
51:18 70:7,14
70:18 77:13
78:3,19
**Heliocare** 46:11
70:16
**help** 39:24 46:7
**helpful** 68:11
82:5
**helps** 46:9
**heretofore** 4:3
**herin** 86:23
**Herman** 39:11
39:12,16 40:6
42:2,12,21
43:7 69:24,25
**hiking** 77:23
**HIPAA** 43:21
**hired** 60:14
61:16 71:15
**History** 3:12
72:16 73:6,20
**hobbies** 75:23
76:15
**hobby** 77:23
**Hoffman** 2:3,5
3:5 7:6,22,25
8:12 9:1,5,7,17
16:6 17:13
18:2,10,14,20
20:2,4,11 24:7
25:9 31:5
41:21,24 42:23
43:2,19 49:18
50:6,13,19
58:7,11 61:8
61:17,23 67:4
70:3 71:15

72:8,11,13
74:7,14,22
75:3 76:7,12
80:12 81:16,20
82:3,6,19,22
82:24 83:3
85:3,10
**hold** 37:10 81:17
**home** 4:9 51:15
51:21 52:3
60:17 61:1
66:22 77:5
78:13 81:3
**hope** 72:2
**Horizon** 4:12
**hospital** 34:16
34:19 35:11,19
**hot** 31:17 46:3
47:2 48:16
75:18 76:2
77:20,20 78:20
**hotel** 55:25 56:4
63:23
**hour** 34:21,21
**hours** 26:17
28:9 29:9 34:5
**house** 52:7,8,9
52:10,11
**huge** 78:13
**husband** 4:14,16
5:8,11,13 10:1
15:6,8,19 36:6
48:19 62:5
66:15 69:6,7
**husband's** 54:10
**hypertension**
71:6

**I**
**I.V** 35:24,25
**icepacks** 31:25
56:7 64:13,16
**idea** 81:11
**Identification**
7:3 17:25
41:18 45:16
59:12 67:13

**identify** 18:21
19:5 59:19
**II** 5:1
**ill** 62:22
**immediate** 28:3
**immediately**
38:14
**impossible**
73:19
**improve** 70:12
**improving** 65:5
**incident** 8:6,16
8:21 23:19,21
32:6 75:19
76:13
**include** 51:11
52:20 55:13
**included** 66:20
**includes** 52:19
53:4
**including** 53:7
**inclusion** 85:16
**income** 53:8
**incurred** 8:5
**individually**
32:20
**indoor** 49:6
**infection** 54:1
59:7 80:5
**infirmary** 33:1
**inform** 16:10,14
**information**
3:12 7:12
16:18 45:3
72:15 73:5,20
**infrared** 51:15
51:16 52:19
**ingredients**
23:12 25:23
**initial** 28:15
29:16 33:15
**initials** 19:1
**injected** 33:14
**injection** 34:25
40:21
**injections** 14:6
16:18 17:4

22:6 26:14,15
27:5,9,20,21
27:24 28:10
53:16 69:2
**injuries** 57:7
60:16 69:14
**inner** 28:22 29:7
34:4 51:11
68:19
**input** 49:12
**installed** 51:15
51:21
**instruct** 58:7
**insurance** 8:13
57:11
**interested** 13:13
13:18 84:20
**interior** 51:25
**interrogatories**
3:13 45:19
49:17,24
**irritate** 30:15
**irritated** 46:3
**island** 30:19
37:12,13,14,15
37:17 38:1
**it'll** 41:1
**item** 45:13 50:20
51:9,14 52:18
53:13 55:11
56:10 57:3
**Items** 7:13
**itinerary** 10:22

**J**
**James** 4:24
**January** 51:2
59:3
**Jeff** 55:21 56:6
**Jill** 2:13 9:1
43:20 47:23
**job** 49:5,7
**June** 51:4 53:21
54:5,13 66:12
66:18
**jurat** 50:4,5

**K**
**Karen** 39:11,12
39:16
**keep** 16:1 28:16
28:20
**Kelly** 2:16 84:8
84:15,23 85:20
**kept** 16:2,2
**Key** 10:24 11:1
**kidding** 42:23
**kids** 62:11 63:3
**kind** 61:4
**kinds** 76:20
**Knock** 47:19
76:3
**know** 15:10 18:2
20:19 32:18
34:8 39:12
41:21 45:11
46:9 50:4 53:4
55:15 56:12
57:4,14 58:10
58:16,16 60:21
61:25 67:20
69:12,13 71:18
77:20
**Kovich** 79:19,20
79:23 80:1,2
80:11

**L**
**labortory** 52:4
**lady** 21:15
**Lagoon** 34:10
**Lake** 77:9
**lanocaine** 22:18
25:21 28:2
**large** 52:11
**late** 63:1,5,11
**lather** 26:9
**Lauderdale**
1:11 2:4,9,17
10:18,21 37:5
37:18,19 85:2
85:4
**law** 2:3 61:18
**lawful** 4:4

lawsuit 57:10,11
 57:12
lawyer 51:24
 56:12,12 59:18
 60:14 61:12,16
 66:8,25 69:5
lawyers 71:16
 71:19
learn 12:4 22:22
learned 22:24
leave 39:21
leaves 71:23
leaving 26:20
 39:24
led 11:6
left 35:25 36:11
left-hand 44:11
let's 6:23 16:23
 17:21 41:14
 51:16 55:4
 59:8
liability 52:18
 73:22
life 48:8 78:9
light 42:17
lightning 46:5
limit 46:23
limited 1:7 48:8
 48:15,19 49:5
 85:6 86:2
limits 47:5
line 13:10,19
 20:24 27:22
 86:4,7,9,12,14
 86:17,19
lines 21:23 22:4
 22:6 61:7
lipo 53:16 55:6
liquid 64:1
listed 7:13
little 26:5 29:18
 42:21
lived 6:4
living 4:18 47:9
LLC 6:17,18
located 6:2
 24:13 52:2,4

58:24 77:8
 80:7
long 6:4 10:14
 16:24 26:15
 28:7,10 29:8
 34:18 36:3
 38:7,20 45:23
 54:15 59:23
 71:22 77:10
long-term 70:6
 70:8,9
look 21:14 29:20
 31:16,21 39:25
 40:1 41:25
 44:2 49:22
 67:5 79:24
looked 13:17
 31:23 35:23
 39:13,23
looks 57:19
loss 51:14 52:18
 53:7,8
lost 49:13
lot 25:23 35:18
lotion 25:16
 45:22
lotions 46:19
love 47:16
lower 64:2

——————
M
——————
M 2:5
ma'am 68:9
machine 27:12
 27:16
main 23:12
major 5:23
makeup 82:11
management
 5:24
manager 5:18
 12:8 55:16,21
 56:1,6 64:13
marine 61:6
mark 6:23 67:10
marked 7:2
 17:21,24 18:18

41:15,17 44:1
 45:2,15 49:16
 50:14 59:9,11
 59:17 67:12
marriage 5:4
married 5:2
Martinez 9:9
 58:22,23
massage 12:14
 12:18 13:1
 14:16,17
massages 16:12
McINTOSH 2:8
McKENZIE 1:4
 1:16 4:2,11,17
 4:24,25,25 5:1
 5:12 6:15,16
 7:8 18:17
 19:15 31:10
 59:16 67:15
 84:5,16 85:6
 85:11 86:2,2
mean 21:2 60:24
 70:9
medical 3:12 8:2
 9:14 58:12
 72:15 73:6,20
medication
 33:14 35:1,2,5
 35:13 36:14
 37:10 40:22
 42:15 70:19,25
 71:10
medications
 40:13,17 41:20
 46:17
medicine 33:15
meet 11:20 34:8
Melanie 55:5
Merritt 37:13
 37:15,17 38:1
messy 76:23
Mexico 57:18,23
 58:1 77:6,9
 78:8,11,20
Michael 4:17,25
 5:1 66:15

mild 78:6
Miles 53:22,23
 79:22
mind 31:20
 71:20 81:14
mine 18:15
minute 18:11
 26:6,24,25
 47:22 55:4
minutes 26:16
 28:12
mistake 9:10
moment 17:20
 39:15 40:19
 42:18
Monday 37:1
 63:19
monies 57:12
monitor 62:17
monitored 36:1
monitoring 42:8
month 8:20 60:2
months 42:13
 43:13
morning 26:25
 28:6 29:1,3,15
 29:19 33:24
 34:2,3,9,13
 40:2,4 60:6
 63:13,19 71:23
motorcycle
 79:11,14,16
museum 72:4

——————
N
——————
N 3:1
name 4:9,15
 6:13,14 11:22
 13:7 21:19
 24:5,11 32:23
 33:6 38:7,8
 50:24 55:15,17
 56:4 61:11,19
 80:10
named 4:3
names 4:22
 55:18

Nassau 10:24
natural 22:9,11
 26:5
near 52:4
necessarily
 64:23
need 9:13 32:2
 32:12
needed 24:20
 49:12 60:21
 61:5 62:19,21
needs 5:19
never 44:24
New 57:18,22
 58:1 77:5,9
 78:8,11,20
night 34:2
nine 34:9
Nod 14:11
normal 29:22
 47:16
nose 80:2
Notary 84:9
notes 49:19,20
 79:24 84:17
notice 1:20 3:10
 4:3 6:20 7:5
 29:13 73:21
numb 25:17
 28:4
number 53:5,7
 53:10 55:3
 56:19 64:9
 65:13

——————
O
——————
O 53:15
o'clock 29:19
 30:20 34:2,2,3
 34:9
Oakland 2:4
 85:4
oath 4:5 84:1
object 58:7
Objection 74:6
 74:12,20 75:2
obtain 25:10

occurred 35:16
ocean 30:1
off-the-record
 43:3 76:10
office 5:18 21:12
 39:23 43:20
 76:6
offices 14:1
official 84:6
Oh 9:1 25:17
 29:22 50:7
 53:12
ointment 38:4
 71:4
okay 5:15 6:7,20
 6:23 7:8,19 9:4
 9:11,19,22,25
 10:2,14 11:4
 11:11,13,17,20
 12:15,20 13:2
 13:9,24 14:2,8
 14:13,19,23
 15:22 16:17
 17:8,19 18:2
 18:14 19:9,15
 20:14 21:9
 22:4,22 27:4
 27:10,19 28:3
 28:7,13 29:2
 32:25 33:7
 34:13,18 35:10
 35:15 36:15,25
 37:2 38:13,16
 38:20,25 39:10
 41:11,14 42:11
 42:20 44:10,13
 44:17,23 45:1
 45:9 47:4,14
 48:4,18 49:13
 50:4 51:13,20
 51:24 52:11,16
 53:6,9,12,17
 53:19 54:12,21
 55:8,10,19
 56:9,18,22,25
 57:16 58:6
 59:4,8,14,23

61:10,22 62:2
62:10,23 63:10
63:18,20 64:5
64:8,19 65:1,7
65:10,13 66:4
66:14,16,22
67:24 68:2,7
68:13,22 69:7
69:15,18 70:3
70:11,19 71:19
71:24 72:8
74:1 75:17
77:12 78:7
80:6,12 81:5,8
81:13,23
old 65:20
older 69:11
OMEGA 2:16
 85:1
ones 50:13 68:2
 68:3,17,18,23
oozing 63:25
opinion 49:11
opposite 65:22
orally 70:20
 75:8
ordering 82:20
original 38:9
 85:16
outdoor 47:2
 48:7,15
outdoors 48:17
 76:18 78:3,19
outside 76:23
 78:21
over-the-coun...
 42:19 46:6,15
 70:24 82:14
owned 77:10

_____
       P
_____
P.A 2:8
p.m 81:19 83:4
P.O 2:9
package 8:10
page 3:2,9 18:22
 19:2,7,9,10,12

19:13 44:6
50:2 65:23
86:4,7,9,12,14
86:17,19
pages 19:4,17
pain 30:17 33:15
 35:7,9,13,18
 40:25 45:19,23
 45:24 79:21
painting 76:14
 80:20
paintings 81:2
palm 30:22
pamphlet 13:11
 13:17 15:22,25
 16:8,10,18,21
paper 42:22
 44:13
paperwork 5:19
Park 2:4 6:1
 85:4
part 62:7 65:12
participate
 36:17
parties 2:22
 84:19
parties' 84:19
Pasaje 4:11
Paso 6:3 24:14
 51:5 58:25
 80:7,9
Paul 2:5 7:20
 16:4 18:1 25:8
 41:19 67:2
 72:10 85:3
PCP 9:9
pedicure 12:14
 12:17,25 13:10
 13:19 14:19,21
 14:23 20:25
 21:6
pedicures 16:11
penalties 86:22
people 58:13
peppers 78:12
percent 5:13
performed 21:8

period 15:18
 45:24
perjury 86:22
permanent 70:6
 70:10
persist 45:24
person 58:24
person's 13:7
personal 57:24
personally
 42:14 84:5
personnel 56:13
Peter 40:5 42:2
 42:21 43:7
 69:24,25
pharmacist
 37:12
pharmacy 37:13
 37:24
phone 12:11
 39:13,19
photo 51:25
photograph 9:2
 59:20 60:4,8
 62:5 63:10
 64:2,11 65:15
 65:22 66:7,9
 82:15
photographs
 3:13,14 8:6,16
 8:18,20 56:13
 59:18 62:3,20
 62:23 63:2,14
 63:21 64:5,15
 65:7,10 66:19
 67:16,17 68:5
 81:20 82:2
photos 59:14
physically 52:2
physician 37:5
 39:8 58:21
physicians
 71:13
pick 30:21 32:16
 78:11,16,18
pickle 78:13
picture 8:19

62:11,12 66:14
81:9,14 82:9
pictures 56:20
 56:21,24 57:2
 62:13 63:7
 68:1,8 77:1
 81:5,24
pieces 42:21
pillows 64:1
pills 35:7,8
 40:22,23,24
Place 4:11
placed 19:16
 44:10
plaintiff 1:5 2:2
 9:16 43:22
 57:3,21
plaintiff's 8:4,17
planned 15:9,19
 30:1
plans 71:12
 79:10
plastic 13:6
please 4:10 6:24
 15:11 17:22
 19:4 21:5 24:7
 50:12,15 59:9
 62:4 67:10
 81:8 82:3
 85:11,15
point 11:4 12:4
 13:3 30:17
 60:11 64:22
policies 8:13
policy 32:11
ports 11:2,3
positive 14:11
possession 73:11
Possibly 64:20
preeclampsia
 71:8
pregnancy 71:7
 71:8
prepare 43:21
prescribe 40:18
prescribed 37:9
 40:13 46:6,20

70:16,19
**prescribing**
  42:15,16
**prescription**
  35:4 46:17
**prescriptions**
  37:25 38:3
**present** 2:12
  8:19 66:1,2
**presently** 46:4
  46:18
**preservatives**
  26:3,8
**pressure** 71:6
**pressurize** 22:2
**prevailing** 58:13
**primary** 58:20
**print** 76:6
**prior** 8:20 59:22
  59:23
**private** 31:15
**probably** 23:8
  23:10,13 37:23
**problem** 30:3
**procedure** 17:6
  17:9 21:21
  28:7,21,23
  29:8,11 34:4
  72:17 73:2
  74:23 79:25
**procedures** 17:9
  17:17,18 19:23
  19:24 21:3
  22:8
**proceeded** 19:24
**proceeding**
  62:13
**process** 4:20
  20:22
**produced** 8:7,17
  8:21 9:15 18:8
**product** 16:16
  26:4 29:14
  46:9,13
**products** 21:13
  21:15 22:7,11
  22:14 25:5

26:4 46:4
**professional**
  58:14
**progress** 62:17
**progresses**
  62:21
**projects** 76:19
  76:22
**promoting**
  21:13
**pronounced**
  37:16
**property** 57:24
**protect** 78:21
**provide** 16:5,19
  70:2,17 73:8
**provided** 9:8,9
  59:14
**providing** 8:14
**Public** 84:9
**purchased**
  52:19 57:25
**purpose** 49:10
  55:22 59:6
  60:7 62:8,16
  63:6,15 64:19
  68:7
**purposes** 51:20
**Pursuant** 1:20
**pursue** 60:15,19
  62:20
**put** 26:5 31:19
  31:24 35:23
  41:1
**putting** 44:21

**Q**
**question** 15:11
  19:12 20:5,7
  38:9,9 44:15
  50:23 58:12
**questions** 32:3,5
  32:6 44:11
  51:7 72:7
**quick** 43:18 67:6
**quickly** 39:21

**R**
**rash** 23:4 24:20
  27:1 38:5
**raw** 30:16 31:17
**react** 35:3 38:4
**reaction** 23:1,4
  23:6,7,22 24:2
  25:4 28:3
  29:13,16 33:10
  33:12 41:6,7
  41:11 60:10
**reactions** 29:10
**read** 16:8 19:15
  20:8,10 25:22
  73:18 82:18,19
  86:5,8,10,13
  86:15,18,20,22
**reading** 2:23
  16:20 19:25
  85:13
**Reads** 86:5,7,10
  86:12,15,17,20
**real** 43:18 57:21
**realize** 28:5
**really** 19:20
  21:16 27:14
  35:17,24 62:22
  63:16 65:18
**rear** 52:8
**rearrange** 13:20
  14:16
**reason** 50:7 86:6
  86:8,11,13,16
  86:18,21
**recall** 7:8 9:21
  10:13 13:8
  15:20 16:20
  17:20 21:10,19
  21:25 24:12
  26:19 32:24
  34:20 35:6
  36:4 38:7
  40:19 41:5
  45:5 61:11
  62:1 63:3
  81:10,12

**receipt** 21:7
**receive** 6:20
**received** 7:18
  18:7 59:18
**record** 9:12 43:2
  76:9 84:17
**recording** 64:17
  64:23
**records** 7:21 8:2
  8:3 9:14 25:8
  42:24 43:1,6
  43:14 48:2
  70:1
**recover** 57:12
**recreation** 80:25
**red** 29:18 30:16
  31:17
**Redirect** 3:6
  80:13
**redness** 20:20
  42:18 46:8
  70:21
**refer** 52:5 61:8
**referencing**
  15:23
**referred** 61:22
**referred-to** 7:1
  17:23 41:16
  45:14 59:10
  67:11
**referring** 67:17
**regarding** 8:3
**Rejuvenation**
  3:11 45:3
  72:14 73:5,19
**related** 71:13
**relation** 27:7
**relative** 16:13
  16:17 84:18,19
**Release** 73:22
**releasing** 74:2,3
  74:10
**relief** 24:20
**remember**
  15:21 17:1
  36:10 38:6
  44:21 45:7

61:19 72:20
**Remind** 81:8
**reminded** 25:19
**removed** 37:9
**repeat** 20:6
**rephrase** 15:11
**report** 84:16
**REPORTED**
  2:15
**reporter** 7:2
  17:24 20:10
  24:8 41:17
  45:15 59:11
  67:12 82:23
  83:1
**REPORTING**
  2:16 85:1
**represent** 19:22
**request** 8:3
  73:13
**requested** 20:9
  84:17
**requesting** 18:3
**resale** 4:21
**resides** 4:13
**resort** 38:17
  55:20,24 56:3
  63:23 64:7,10
**respective** 2:22
**response** 13:16
  25:14
**responses** 44:10
**result** 8:5 26:22
  30:9 69:20
**return** 85:15
**returned** 39:7
**reunion** 54:11
**review** 9:13 18:5
  84:16
**Rhofade** 42:18
  46:7,19 70:21
**ride** 34:10
**right** 9:6 10:19
  13:21 14:25
  15:5 18:15
  21:11,19 22:13
  26:16 27:9

8/13/2018       McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

Page 95

34:6,17 35:4
36:17,20 37:8
38:2 39:5,18
39:20 43:17
49:15 52:9,16
55:2 56:5 58:3
60:7 62:7
63:20 66:7,19
67:5 69:4,11
71:3 74:11
**Rimmel** 82:12
**risk** 17:10,11
**risks** 17:5,9
19:23
**Robert** 58:6,17
**Roberts** 77:9
**room** 31:15
32:15,17,22
33:2,8,16
35:12 36:8,12
36:22 37:6,7
38:10,25 39:8
52:1,5,6,14,20
52:22,25
**rooms** 14:3
**rubbed** 26:5
**rushed** 20:15,17
20:21,22
**rushy** 21:16

_____
**S**

**S-I-M-P-S-O-N**
24:9
**S-O-U-G-H-T**
53:12
**sack** 78:13,17
**Sadri** 53:15
**sample** 81:25
**samples** 82:1
**Saratoga** 38:17
55:20,23 56:1
56:3 63:22
64:7,9
**Saturday** 60:6
62:6,15,24
63:1,5,11 65:8
65:11

**sauna** 51:15,17
51:18,18,25
52:1,19,21,23
**saw** 8:2 33:4
40:11 53:20
59:1 79:20
80:3
**SAWRAN** 2:8
**says** 13:20 25:1
26:7 31:20
32:9 33:11
44:14 73:22
**scanned** 47:24
**scheduled** 14:17
28:18
**school** 5:25
**Schuster** 51:5
**sculpt** 28:22
29:7 76:24,25
**sculpted** 77:2
**sculpting** 76:14
76:19,20 80:16
80:21
**sculptings** 81:3
**seal** 84:6
**Seapass** 8:8
**second** 5:13 23:5
60:4 62:12
**Seconds** 28:12
**see** 13:20,24
23:19 26:7
33:5 36:23
39:8,14,16,20
40:5 42:2,5,11
53:24 56:7
71:12 72:4
73:24 80:1
**seeing** 7:9 42:6,7
42:25
**seen** 18:19 43:9
43:11 44:3
59:4 69:19
**self-explanatory**
85:14
**sell** 80:23
**send** 77:1 81:24
82:6,7

**sensation** 20:20
22:3 47:6
**sensitive** 47:1
**sensitivity** 46:7
46:10 70:7,16
70:18 77:13
**sent** 9:5 18:3
**separated** 68:4
**September**
78:14
**services** 2:16
11:10 16:11
21:1,8 32:18
85:1
**set** 9:15 12:11
14:14 33:13
59:17 67:15
**shade** 30:22
**Sheet** 85:12 86:1
**ship** 9:3 10:17
10:20,22 11:7
25:12 30:20,24
37:8,21 40:10
40:16 65:24
73:14 74:16
**ship's** 32:25
33:1,23 34:16
34:18 35:11,19
**short** 5:21 10:15
**Shortly** 23:19
**show** 44:1
**showed** 40:15
**showers** 48:6
76:2
**showing** 8:9
**shown** 66:14
**sic** 22:18 37:21
52:8 61:6
**side** 19:20 44:11
**sign** 21:7 26:24
43:22 72:17
74:19,24
**signature** 18:21
19:6,10,13,16
44:5 50:2
86:25
**signatures** 19:5

**signed** 44:25
49:24 50:5
74:5,10
**significance**
78:8
**signing** 45:6
72:20
**simply** 71:24
**Simpson** 24:5
**Singer** 2:13
47:20,24 48:3
48:5 76:5,8
**sit** 26:11
**sites** 49:5,7
**sitting** 21:6,12
**six** 29:18 34:2,2
34:3
**skin** 21:13 26:6
26:23 31:21
32:1,14,23
40:11 41:6
55:13 60:10
63:25 82:13
**sleep** 29:3 41:1
**sleepy** 35:8
40:25
**small** 33:8
**smart** 53:16
55:6
**somebody** 61:2
61:5
**son** 65:16,20
**son's** 47:15
**soreness** 57:9
**sorry** 12:1 20:16
66:17 76:5
**Soto** 33:6
**sought** 53:11,12
**south** 53:11
**SOUTHERN**
1:1
**Sozer** 53:15
**spa** 3:11 11:5,6
11:9,15,18
12:8,21 13:6
15:3,9,13,16
16:11 30:25

31:11 32:18
33:24 34:12,14
45:3 55:13,20
55:22,24 56:1
56:3,13,20
63:23 64:7,10
67:18 68:6
72:15,19 73:5
73:19 74:2
75:5,20
**speak** 12:10,21
13:2 31:14
**specialist** 31:21
32:14,23 55:14
**specialized** 61:6
**specialty** 82:13
**specifically**
72:21 75:4
**Spell** 24:7
**spelled** 80:2
**spent** 34:11
**spicy** 48:7 78:4
78:4
**spoke** 12:9,11
31:2,4,11
**springs** 38:17
48:16 55:20,23
56:2,3 63:22
64:7,9 77:20
**square** 52:11,13
**staining** 64:1
**standard** 58:14
**standing** 13:10
20:24
**start** 51:19
**started** 29:17,17
30:15,16 65:6
**starting** 29:21
36:24
**state** 4:9 61:4
84:2,9,13
**stated** 86:23
**States** 1:1 26:4
**stay** 23:9 25:1
30:5,7 38:14
38:16 55:4
70:14

stayed 38:15,25
    55:25
Steiner 1:7 74:2
    85:6 86:2
stenographic
    84:17
stenographica...
    84:15
stipulated 2:21
STIPULATI...
    2:20
stop 51:16
Street 80:9
strike 26:12
stuck 30:19
stuff 41:22,24
subcontractor
    57:4
subject 8:1,6
    9:20
submitted 66:23
    66:25
subscription
    2:23
substance 41:8
suction-type
    27:13
suffer 57:7
suffered 69:13
    71:5,7
suggest 46:12
suggested 60:18
sUITE 2:4 85:4
sun 30:5,7,9
    46:7,10 70:7
    70:14,16,17
    78:22
Sunday 63:13
sunlight 47:1
    77:14
Sunrise 1:10 2:8
    2:17 85:1
sunscreen 70:17
Supervise 49:11
supplement
    46:6
supplements

70:15
supposed 12:17
    12:18
sure 15:7,12
    25:6 27:18
    31:15 32:15
    34:22,24 37:15
    37:20 41:4
    53:3 57:5
    59:25 66:1
    68:4 69:17
surgeon 13:6
swam 30:14
sweating 51:19
swell 29:21
swelling 28:5
    29:17,23 30:10
    36:23 65:6
swimming 30:1
swollen 35:17
sworn 4:5 84:5
symptoms 33:11
system 16:16
    22:2 47:25

_____

T

tab 32:16
tags 55:18
take 8:19 9:13
    18:11,12 28:8
    28:11 29:8
    31:5,6 40:16
    41:1 48:6 54:9
    60:8 61:1
    63:14 64:15
    67:6 70:15,20
    70:24 78:13
    81:14 82:8,15
    82:22
taken 1:19 31:7
    43:23 59:21
    60:5 62:3,7,14
    63:7 67:8,18
    67:20 68:13,15
    68:19,23 81:9
    81:18 85:11
talk 60:18

talked 71:16,19
talking 73:24
    81:15
Tammy 76:5
tecum 7:21
telephone 9:15
tell 5:20 17:8
    21:5 24:22
    27:10,19 30:5
    31:2,13 32:16
    39:18 40:8
    44:3 50:12
    60:4 62:3 68:2
    68:10,17
telling 52:17
terminology
    41:4,5
terms 78:8
test 26:13,19,22
    26:23 27:7
    64:4
testified 4:5
testifying 69:16
testimony 20:9
Texas 4:12 6:3
    37:11 38:13
    39:3,7 51:3,6
    58:25 61:13
    80:7
Thank 48:1
    56:18 82:16
    85:17
thick 26:9
thigh 68:19
thighs 28:22
    29:7 34:5
    51:11
thing 24:23
    29:20 33:24
    40:1 42:20
things 48:23
    70:17 75:22
    77:2
think 27:17
    66:25 71:17
    72:6 82:16
thinking 64:21

thought 51:22
three 10:15 28:9
    42:13,21 43:13
throat 80:3
time 11:4,8,11
    11:14,25 12:3
    12:4,15,24
    13:3 14:10
    15:6,10,18
    17:18 23:24
    31:3 33:19
    35:22 42:3
    45:24 47:19
    56:8 59:1
    60:11 61:6
    62:20 64:22
    65:21 71:14
    74:4,9
times 42:5
today 7:15 8:19
    26:11 78:25
told 17:11 22:11
    22:17,19 23:7
    23:8,10 25:12
    25:15 31:4,10
    31:14,19 40:9
    41:9 50:9
    69:19 70:11
    73:16 74:24
    75:4 76:6
tomorrow 71:23
ton 43:1
top 10:13 66:24
total 21:9
towel 30:22
town 39:22 61:1
    71:22
tradition 78:10
transcript 84:16
    84:17 85:16
    86:22
Transocean 1:7
    74:2 85:6 86:2
Transportation
    51:3,3
traveling 54:2
treat 69:22

treated 42:10
treatment 3:10
    13:12 18:25
    27:5,8 28:15
    45:20 53:11,12
    67:22,23
treatments 14:9
    15:9,19 28:14
    29:4,6
tree 30:22,23
Tri- 38:7
trial 60:23
tried 60:25
trip 65:19 79:8
true 84:17 86:23
try 47:2
trying 39:14
    80:1,20
Tuesday 64:6
turn 19:4
turned 25:22
    26:1
turning 19:9
two 10:8,11 28:9
    29:9 42:13
    43:13
type 16:15 22:1
    23:3 27:17
    33:14 35:2
    70:25 71:16
    81:5

_____

U

Uh-huh 6:19 7:6
    15:15 17:12
    53:14
ultimately 39:2
umbrella 47:17
    78:23,24 79:6
undersigned
    84:4
understand
    11:13 12:2
    74:1,3,9
understanding
    11:24 20:1
Understood

56:9
**UNITED** 1:1
**University** 6:1
**use** 22:10 26:3
    46:12,21 51:14
    77:14,21,22
    78:23 82:11
**usually** 20:19

**V**

**v** 85:6 86:2
**vacation** 53:3
    54:2,17 59:22
    59:23 62:8,9
    77:5
**vacations** 54:9
**vacuum** 22:1
**value** 71:20,21
**Vancouver**
    53:21,25 54:12
    54:23,24,25
    79:20
**variety** 76:22
**ventures** 6:8
**verbally** 22:19
**visit** 33:16 77:19
**vitamins** 70:23
    70:24
**vs** 1:6

**W**

**wages** 49:13
    53:8
**wait** 26:11 30:20
    47:22 76:9
**waited** 26:6
**waive** 82:18
**waived** 2:24
**Waiver** 73:23
**Walgreens**
    41:23
**want** 8:21 18:13
    25:25 28:20
    31:5 50:13
    58:9 72:9
    81:24 82:24
**wanted** 28:16,21

58:16 60:15
**wants** 72:4
**wasn't** 66:1
**way** 18:20 46:23
    48:19 51:22
    74:8 76:17
**we'll** 8:23 9:15
    70:1 82:19
**we're** 4:19 9:12
    48:14,14
**we've** 9:11 44:1
    49:16 66:23
**Wednesday**
    39:4 65:2
**week** 10:14 54:5
    60:1
**weekend** 10:15
**went** 11:17
    14:25 15:13,14
    15:16 24:21
    28:15,18 29:2
    29:2,18 30:14
    30:21,22,24
    31:10,15 32:21
    32:25 34:7,12
    34:14 35:11,12
    36:13 37:6,11
    37:24 39:11,22
    40:5 54:10,12
**when's** 59:1
**white** 83:2
**Wilson** 55:21
    56:6
**wings** 52:10
**witness** 2:24 4:3
    4:6 17:14 20:3
    20:6,12 24:9
    48:6 49:20
    50:15,20 74:13
    74:21 80:11
    81:22 82:4
    84:6
**witnesses** 69:16
**woke** 27:1
**Wonder** 54:22
**word** 53:10
**work** 57:18

80:23 81:6
**work-related**
    5:17
**World** 38:19
**worse** 35:17
**worsen** 30:10
    64:25
**worsened** 30:13
    30:13
**worsening** 62:18
    63:9,17
**wouldn't** 35:9
**writing** 31:19
    45:5 75:9
**written** 44:17
    45:10
**wrote** 22:18
    44:18

**X**

**X** 3:1

**Y**

**Y** 2:10
**Yeah** 31:6 72:11
**year** 5:21 53:21
    54:6,13 57:6,6
    82:2
**years** 6:6,7
    22:25 23:21
    24:17,17 81:11
**yesterday** 7:18
    49:19

**Z**

**0**

**1**

**1** 3:10 7:3,4,13
    9:8
**1:17-cv-24469**
    1:6 85:8 86:3
**10** 6:7 63:21,24
**10-by-8** 52:15
**10:19** 1:12,21
**10:50** 31:7

**10:58** 31:8
**100** 5:13 51:5
**11** 51:14 52:18
    64:5
**11:14** 43:23
**11:15** 43:24
**11:42** 67:8
**11:50** 67:9
**12** 53:7 54:16
    64:5,9 65:21
    67:15
**12:09** 81:18
**12:10** 81:19
**12:12** 83:4
**13** 1:11 65:1
    85:12 86:3
**13th** 51:4
**14** 5:1 53:10
    65:1
**14608** 4:11
**15** 53:13 55:4
    65:3
**16** 55:3,11 65:11
**16th** 27:6 67:21
    68:14,15,17,24
    68:25
**17** 3:10 65:13
**1776** 1:10 2:8,17
    85:1
**17th** 33:18 60:6
    62:6,15,24
    63:1,5,11
    68:16,18,20
**18** 56:11,23
**18th** 63:13
**19th** 63:19

**2**

**2** 3:10 17:22,25
    18:18 45:2
    72:16 73:1
**2:00** 11:16
**2:30** 11:16
**20** 5:1 6:6
**2002** 77:11
**2006** 57:21
**2008** 57:5

**2012** 81:21
**2013** 81:21
**2014** 81:21
**2015** 81:21
**2016** 9:23,24
    54:8,8 55:8,8
    65:14 66:10,13
    66:18
**2017** 43:8,9,12
    43:15 54:9
**2018** 1:11 51:2,4
    54:6 59:3 84:6
    84:21 85:12
    86:3
**20th** 64:6
**21** 56:10,19 57:3
**21st** 65:2
**22nd** 84:6,21
**23rd** 65:4
**24th** 65:8
**25** 4:25 24:17
**26** 4:24 22:24
    23:21 24:17
**2881** 2:4 85:4
**29th** 51:2

**3**

**3** 3:11 19:9
    36:15 41:15,18
    44:2 62:13
    72:14 73:4,18
**3,500** 52:13
**307** 2:4 85:4
**33304** 2:17 85:2
**33306** 2:4 85:4
**33338-7990** 2:9

**4**

**4** 3:4,13 19:12
    45:16 49:16
    50:20 62:13
**4/10** 57:5
**4:30** 33:20
**41** 3:11
**45** 3:13

**5**

**5** 3:13 8:9 59:12
  59:17 62:25
  63:7
**5,000** 53:1
**5:00** 33:20
**5:30** 34:13
**59** 3:13

---
**6**

**6** 3:14 63:4,7
  67:13
**67** 3:14

---
**7**

**7** 3:10 8:4 63:10
**72** 3:5
**7990** 2:9
**79902** 51:6
**79928** 4:12

---
**8**

**8** 7:13 51:9
  63:10,12
**80** 3:6

---
**9**

**9** 63:18
**9/3/2018** 84:10
**954)563-8111**
  2:5
**954)765-1001**
  2:10
**954.523.6422**
  2:18 85:2