UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-24469-CMA

ELIZABETH McKENZIE,

    Plaintiff

vs.

STEINER TRANSOCEAN, LTD.

    Defendant.

_____/

## ORDER GRANTING MOTION TO AMEND COMPLAINT TO ADD A CLAIM FOR PUNITIVE DAMAGES

This matter came on to be heard regarding the Plaintiff's Motion to Add a Claim for Punitive Damages, and the Court having reviewed the relevant motion and otherwise being advised in the premises, it is:

ORDERED and ADJUDGED that Plaintiff's Motion is hereby GRANTED. The Plaintiff shall file the Amended Complaint within ten days from the date of this order.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2018.

_____
United States District Court Judge

Copies to:
Counsel of record