UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

      Plaintiff,
v.

**STEINER TRANSOCEAN LTD.**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Elizabeth McKenzie's Motion to Amend Complaint to Add a Claim for Punitive Damages [ECF No. 21], filed on August 23, 2018. Plaintiff advises Defendant opposes the Motion. The Court has considered the Motion, the record, and applicable law.

The Scheduling Order [ECF No. 14], entered March 21, 2018, established a deadline of April 24, 2018 for all motions to amend pleadings or join parties. (*See id*. 1). Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(b). This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the parties seeking the extension. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("If [a] party was not diligent, the [good cause] inquiry should end." (alterations added)); *Roberson v. BancorpSouth Bank, Inc.*, Civ. Act. No. 12-0669-WS-N, 2013 WL 4870839, at *2 (S.D. Ala. Sept. 12, 2013) ("Diligence, not lack of prejudice, is the touchstone of the Rule 16(b)(4) inquiry." (citations omitted)).

Plaintiff does not seek a modification of the Scheduling Order, or even acknowledge the

present Motion was filed nearly four months after the deadline to amend pleadings. (*See generally* Mot.). The basis for the requested amendment seeking punitive damages is the purported late production of a Release [ECF No. 21-2] Plaintiff herself signed aboard Defendant's ship. (*See generally* Mot.). Yet, Plaintiff does not state Defendant improperly concealed the Release; nor does she explain why she was unaware of a document she signed or why the Release was not discovered prior to the deadline to amend pleadings. (*See generally* Mot.). Thus, while leave to amend is generally granted, under these circumstances, the Court does not find good cause for an extension of the deadline to amend pleadings to allow for the untimely amendment. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 21]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2018.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record