## CoolSculpting® Procedure Consent Form

Patient Name: _Elizabeth Ruby_  Doctor's Name: _Dr. Ayat_

### INSTRUCTIONS
This is an informed-consent document which has been prepared to help your doctor inform you concerning CoolSculpting treatment, its risks, and alternative treatments.

It is important that you read this information carefully and completely. Please initial each page, indicating that you have read the page. Please initial where noted, indicating you have read that specific section. Sign the consent for this procedure as proposed by your doctor and agreed upon by you.

### SIDE EFFECTS OF COOLSCULPTING TREATMENTS
I understand that the following are among the expected side effects of the CoolSculpting procedure: _[initials]_ Patient Initials

The suction pressure of a vacuum applicator may cause sensations of deep pulling, tugging and pinching. A surface applicator may cause sensations of pressure. You may experience intense cold, stinging, tingling, aching or cramping as the treatment begins. These sensations generally subside as the area becomes numb.

The treated area may look or feel firm after the procedure and transient blanching (temporary whitening of the skin) and/or mild bruising may occur around the edges of the treatment area. You may feel tingling and stinging immediately following the treatment. You may also see redness immediately following the treatment. These are all normal reactions that typically resolve within a few minutes. Bruising, swelling, and tenderness can occur in the treated area and it may appear red for one to two weeks after treatment.

You may feel a dulling of sensation in the treated area that can last for several weeks after the procedure. Other changes—including swelling, itching, tingling, numbness, tenderness to the touch, pain in the treated area, cramping, aching, bruising and/or skin sensitivity—also have been reported.

Patient experiences may vary. Some patients may experience a delayed onset of the previously mentioned symptoms. Contact us immediately if any unusual side effects occur or if symptoms worsen over time.

### RISKS OF COOLSCULPTING TREATMENTS
Every procedure involves a certain amount of risk and it is important that you understand these risks and the possible complications associated with them. In addition, every procedure has limitations. An individual's choice to undergo a procedure is based on the comparison of the risk to potential benefit. Although the majority of patients do not experience these complications, you should discuss each of them with your doctor to make sure you understand risks, potential complications, limitations, and consequences of CoolSculpting treatments.

*Vasovagal symptoms* - Dizziness, lightheadedness, nausea, flushing, sweating, or fainting during or immediately after the treatment.
*Late-onset pain* - with a typical onset several days after a treatment and resolution within several weeks sometimes requiring medical therapy.
*Subcutaneous induration* - Generalized hardness and/or discrete nodules within the treatment area, which may develop after the treatment, and may present with pain and/or discomfort.
*Hyperpigmentation* - Hyperpigmentation may occur after treatment. Typically, it resolves spontaneously.
*Frostbite* - First- and second-degree frostbite may occur during treatment. It typically resolves without sequelae with proper care.
*Paradoxical hyperplasia* - Visibly enlarged tissue volume within the treatment area, which may develop two to five months after treatment. Surgical intervention may be required.
*Hernia* - Treatment may cause new hernia formation or exacerbate pre-existing hernia, which may require surgical repair.

In rare cases, patients have reported darker skin color, hardness, discrete nodules, freeze burn, enlargement of the treated area, hernia or worsening of existing hernia following the CoolSculpting procedure. Surgical intervention may be required to correct tissue enlargement or hernia formation. I understand that these and other unknown side effects may also occur.

### TREATMENT EFFICACY
Because all individuals are different, it is not possible to completely predict who will benefit from the procedure. Some patients will have very noticeable improvement, while others may have little or no improvement. It is possible that additional treatments may be needed to achieve the desired end result, or that smaller touch-up procedures may be required.

_[initials]_ Patient Initials

**EXHIBIT A**

**AFTERCARE**
Specific aftercare instructions will be provided for you. It is important that these instructions are followed to avoid possible complications.

**HEALTH INSURANCE**
Most health insurance companies exclude coverage for cosmetic procedures and treatments or any complications that might occur from the same. Please carefully review your health insurance subscriber information pamphlet.

**FINANCIAL RESPONSIBILITIES**
The cost of a CoolSculpting treatment may involve several charges. This includes the professional fee for the treatment. It is unlikely that CoolSculpting treatments to treat cosmetic problems would be covered by your health insurance. The fees charged for this procedure do not include any potential future costs for additional procedures that you elect to have or require in order to revise, optimize, or complete your outcome. Additional costs of medical treatment would be your responsibility should complications develop from CoolSculpting treatments. In signing the consent for this procedure, you acknowledge that you have been informed about its risks and consequences and accept responsibility for the clinical decisions that were made along with the financial costs of all future treatments.

**DISCLAIMER**
Informed-consent documents are used to communicate information about the proposed treatment of a disease or condition along with disclosure of risks and alternative forms of treatment(s). The informed-consent process attempts to define principles of risk disclosure that should generally meet the needs of most patients in most circumstances.

However, informed consent documents should not be considered all-inclusive in defining other methods of care and risks encountered. Your doctor may provide you with additional or different information which is based on all of the facts pertaining to your particular case and the current state of medical knowledge. Informed-consent documents are not intended to define or serve as the standard of medical care. Standards of medical care are determined on the basis of all of the facts involved in an individual case and are subject to change as scientific knowledge and technology advance and as practice patterns evolve.

It is important that you read the above information carefully and have all of your questions answered before signing the consent below.

**CONSENT FOR PROCEDURE OR TREATMENT**

1. I hereby authorize Dr. _____ to perform the following procedure or treatment:
   COOLSCULPTING TREATMENT for ☐ABDOMEN ☐FLANKS ☑THIGHS ☐CHIN for the following price $_____

2. I acknowledge that no guarantee or representation has been given by anyone as to the results that may be obtained.

   I understand that I will not see any visible results immediately after the CoolSculpting treatment. I may start to see changes in as early as three weeks after my CoolSculpting procedure, and will experience the most dramatic results after one to three months. My body will continue to naturally process the injured fat cells from my body for approximately four months after my procedure. It will take several weeks to months for the fat reduction and contouring effects to become visible and may continue to improve for up to six months.

   I understand additional treatments may be needed to reach your desired outcome.

3. I understand and agree that all services rendered to me are charged directly to me and that I am personally responsible for payment. If a secondary procedure is necessary, further expenditure will be required.

4. IT HAS BEEN EXPLAINED TO ME IN A WAY THAT I UNDERSTAND:
   a. THE ABOVE TREATMENT OR PROCEDURE TO BE UNDERTAKEN
   b. THERE MAY BE ALTERNATIVE PROCEDURES OR METHODS OF TREATMENT
   c. THERE ARE RISKS TO THE PROCEDURE OR TREATMENT PROPOSED

I CONSENT TO THE TREATMENT OR PROCEDURE AND THE ABOVE LISTED ITEMS (1-4). I AM SATISFIED WITH THE EXPLANATION.

Patient or Person Authorized to Sign for Patient _____

Date _____ Witness _____

I acknowledge that I have read and understood the Post CoolSculpting Treatment Instructions. _____
Patient Initials

v151104

## MEDI-SPA INFORMED CONSENT – DYSPORT® INJECTION

PATIENT'S NAME: _Elizabeth Melin____ DOCTOR'S NAME: _Dr. Kgst____

### INSTRUCTIONS
This is an informed-consent document which has been prepared to help your doctor inform you concerning DYSPORT® (Abobotulinum Toxin A, Ipsen) injection, its risks, and alternative treatments. It is important that you read this information carefully and completely. Please initial each page, indicating that you have read the page and sign the consent for this procedure as proposed by your doctor and agreed upon by you.

### GENERAL INFORMATION
Clostridia botulina bacteria produce a class of chemical compounds known as "toxins." The Abobotulinum Toxin A (DYSPORT) is processed and purified to produce a sterile product suitable for specific therapeutic uses. Once the diluted toxin is injected, it produces a temporary paralysis (chemodenervation) of muscle by preventing transmission of nerve impulses to muscle. The duration of muscle paralysis generally lasts for approximately four months.

DYSPORT has been approved to treat certain conditions involving crossed eyes (strabismus), eyelid spasm (blepharospasm), cervical dystonia (spastic muscle disorder with the neck) and motor disorders of the facial nerve (VII cranial nerve). As of June 2009, it has been FDA-approved for the cosmetic treatment of frown area wrinkles caused by specific muscle groups. Other areas of the face and body such as crow's feet wrinkles and neck bands may be treated in an "off-label" fashion. DYSPORT has also been used to treat migraine headaches, colorectal disorders, excessive perspiration disorders of the armpit and hands, and musculoskeletal pain disorders.

DYSPORT injections are customized for every patient, depending on his or her particular needs. These can be performed in areas involving the eyelid region, forehead, and neck. DYSPORT cannot stop the process of aging. It can however, temporarily diminish the look of wrinkles caused by muscle groups. DYSPORT injections may be performed as a singular procedure or as an adjunct to a surgical procedure.

### RISKS of DYSPORT (Abobotulinum Type A Toxin) Injections
Every procedure involves a certain amount of risk and it is important that you understand these risks and the possible complications associated with them. In addition, every procedure has limitations. An individual's choice to undergo a procedure is based on the comparison of the risk to potential benefit. Although the majority of patients do not experience these complications, you should discuss each of them with your doctor to make sure you understand risks, potential complications, limitations, and consequences of DYSPORT injections. Additional information concerning DYSPORT may be obtained from the package-insert sheets supplied by Galderma Laboratories.

**Bleeding and Bruising-** It is possible, though unusual, to have a bleeding episode from a DYSPORT injection. Bruising in soft tissues may occur. Aspirin, anti-inflammatory medications, platelet inhibitors, anticoagulants, Vitamin E, ginkgo biloba, and other "herbs / homeopathic remedies" may contribute to a greater risk of a bleeding problem. Do not take these for ten days before or after DYSPORT injections.

**Damage to Deeper Structures-** Deeper structures such as nerves, blood vessels, and the eyeball may be damaged during the course of injection. Injury to deeper structures may be temporary or permanent.

**Corneal Exposure Problems-** Some patients experience difficulties closing their eyelids after DYSPORT injections and problems may occur in the cornea due to dryness. Should this rare complication occur, additional treatments, protective eye drops, contact lenses, or surgery may be necessary.

**Dry Eye Problems-** Individuals who normally have dry eyes may be advised to use special caution in considering DYSPORT injections around the eyelid region.

**Migration of DYSPORT-** DYSPORT may migrate from its original injection site to other areas and produce temporary paralysis of other muscle groups or other unintended effects.

**Drooping Eyelid (Ptosis)-** Muscles that raise the eyelid may be affected by DYSPORT, should this material migrate downward from other injection areas.

**Double-Vision-** Double-vision may be produced if the DYSPORT material migrates into the region of muscles that control movements of the eyeball.

**Eyelid Ectropion-** Abnormal looseness of the lower eyelid can occur following DYSPORT injection.

**Other Eye Disorders-** Functional and irritative disorders of eye structures may rarely occur following DYSPORT injections. Blindness is extremely rare after DYSPORT injections. However, it can be caused by internal bleeding around the eyeball or needle stick injury. In a period of 10 years of DYSPORT administration, complications of blurred vision, retinal vein occlusion, and glaucoma have been reported in three patients. The occurrence of eye problems appears to be very rare.

**Asymmetry-** The human face and eyelid region is normally asymmetrical with respect to structural anatomy and function. There can be a variation from one side to the other in terms of the response to DYSPORT injection.

**Pain-** Discomfort associated with DYSPORT injections is usually short duration.

**Allergic Reactions-** As with all biologic products, allergic and systemic anaphylactic reactions may occur. Allergic reactions may require additional treatment.

**Antibodies to DYSPORT-** Presence of antibodies to DYSPORT may reduce the effectiveness of this material in subsequent injections. The health significance of antibodies to DYSPORT is unknown.

**Infection-** Infection is extremely rare after DYSPORT injection. Should an infection occur, additional treatment including antibiotics may be necessary.

**Skin Disorders-** Skin rash, itching, and swelling may rarely occur following DYSPORT injection.

**Neuromuscular Disorders-** Patients with peripheral motor neuropathic disorders (amyotrophic lateral sclerosis, myasthenia gravis, motor neuropathies) may be at greater risk of clinically significant side effects from DYSPORT.

Patient Initials: _____

9706906

**Unsatisfactory Result-** There is the possibility of a poor or inadequate response from DYSPORT injection. Additional DYSPORT injections may be necessary.

**Long-Term Effects-** Subsequent alterations in face and eyelid appearance may occur as the result of aging, weight loss, weight gain, sun exposure, pregnancy, menopause, or other circumstances not related to DYSPORT injections. DYSPORT injection does not arrest the aging process or produce permanent tightening of the eyelid region.

**Pregnancy and Nursing Mothers-** Animal reproduction studies have not been performed to determine if DYSPORT could produce fetal harm. It is not known if DYSPORT can be excreted in human milk. It is not recommended that pregnant women or nursing mothers receive DYSPORT treatments.

**Drug Interactions-** The effect of DYSPORT may be potentiated by aminoglycoside antibiotics or other drugs known to interfere with neuromuscular transmission.

**Unknown Risks-** The long-term effect of DYSPORT on tissue is unknown. The risk and consequences of accidental intravascular injection of DYSPORT is unknown and not predictable. There is a possibility that additional risk factors may be discovered.

### AFTERCARE
Specific aftercare instructions will be provided for you. It is important that these instructions are followed to avoid possible complications.

### HEALTH INSURANCE
Most health insurance companies exclude coverage for cosmetic procedures and treatments or any complications that might occur from the same. Please carefully review your health insurance subscriber information pamphlet.

### ADDITIONAL TREATMENT NECESSARY
There are many variable conditions in addition to risk and potential complications that may influence the long-term result of DYSPORT injections. Even though risks and complications occur infrequently, the risks cited are the ones that are particularly associated with DYSPORT injections. Other complications and risks can occur but are even more uncommon. Should complications occur, other treatments may be necessary. The practice of medicine is not an exact science. Although good results are expected, there is no guarantee or warranty expressed or implied, on the results that may be obtained.

### FINANCIAL RESPONSIBILITIES
The cost of DYSPORT injection may involve several charges. This includes the professional fee for the injections, follow-up visits to monitor the effectiveness of the treatment, and the cost of the DYSPORT material itself. It is unlikely that DYSPORT injections to treat cosmetic problems would be covered by your health insurance. The fees charged for this procedure do not include any potential future costs for additional procedures that you elect to have or require in order to revise, optimize, or complete your outcome. Additional costs of medical treatment would be your responsibility should complications develop from DYSPORT injections. In signing the consent for this procedure, you acknowledge that you have been informed about its risks and consequences and accept responsibility for the clinical decisions that were made along with the financial costs of all future treatments.

### DISCLAIMER
Informed-consent documents are used to communicate information about the proposed treatment of a disease or condition along with disclosure of risks and alternative forms of treatment(s). The informed-consent process attempts to define principles of risk disclosure that should generally meet the needs of most patients in most circumstances.

However, informed consent documents should not be considered all-inclusive in defining other methods of care and risks encountered. Your doctor may provide you with additional or different information which is based on all of the facts pertaining to your particular case and the current state of medical knowledge. Informed-consent documents are not intended to define or serve as the standard of medical care. Standards of medical care are determined on the basis of all of the facts involved in an individual case and are subject to change as scientific knowledge and technology advance and as practice patterns evolve.

It is important that you read the above information carefully and have all of your questions answered before signing the consent below.

**CONSENT FOR PROCEDURE OR TREATMENT**

1. I hereby authorize Dr. _Aleopn_ to perform the following procedure or treatment: DYSPORT INJECTION
   In the following areas: ☐ FROWN LINES ☐ FOREHEAD LINES ☐ CROW'S FEET for the following price $310 17&2
   Patient Initials

2. I acknowledge that no guarantee or representation has been given by anyone as to the results that may be obtained.

3. I understand and agree that all services rendered to me are charged directly to me and that I am personally responsible for payment. If a secondary procedure is necessary, further expenditure will be required.

4. IT HAS BEEN EXPLAINED TO ME IN A WAY THAT I UNDERSTAND:
   a. THE ABOVE TREATMENT OR PROCEDURE TO BE UNDERTAKEN
   b. THERE MAY BE ALTERNATIVE PROCEDURES OR METHODS OF TREATMENT
   c. THERE ARE RISKS TO THE PROCEDURE OR TREATMENT PROPOSED

I CONSENT TO THE TREATMENT OR PROCEDURE AND THE ABOVE LISTED ITEMS (1-4). I AM SATISFIED WITH THE EXPLANATION.

Patient or Parent/Authorized to Sign for Patient _____
Date _____ Witness _____

MEDI-SPA INFORMED CONSENT – RESTYLANE® INJECTIONS: RESTYLANE®-L, RESTYLANE® LYFT, RESTYLANE® SILK

PATIENT'S NAME: _____  DOCTOR'S NAME: _____

## INSTRUCTIONS
This is an informed-consent document which has been prepared to help your doctor inform you concerning Restylane-L, Restylane Silk and Restylane Lyft ("Restylane") (Non-Animal Stabilized Hyaluronic Acid, Galderma Laboratories) tissue filler injection therapy, its risks, and alternative treatments. It is important that you read this information carefully and completely. Please initial each page, indicating that you have read the page and sign the consent for this procedure as proposed by your doctor and agreed upon by you.

## GENERAL INFORMATION
Restylane are stabilized hyaluronic acids used to smooth moderate to severe facial wrinkles and folds around the nose and mouth or shape facial contours. Restylane has been FDA approved for the cosmetic treatment of moderate to severe facial wrinkles and soft tissue depressions. Hyaluronic acid is a naturally occurring substance that is found within all mammals. It is a material that is contained in various soft tissues. Hyaluronic acid can be synthetically produced from a process of bacterial fermentation, chemically stabilized, and purified for use as an injectable soft tissue filler (non-animal, stabilized hyaluronic acid, Galderma Laboratories). The hyaluronic acid in Restylane is biocompatible and is a totally non-animal product; there is little risk of animal-based disease transmission or allergic reaction.

Restylane injections are customized for every patient, depending on his or her particular needs. These can be performed in areas involving the lower face. Restylane cannot stop the process of aging. It can however, temporarily diminish the look of wrinkles and soft tissue depressions.

Restylane injections may be performed as a singular procedure, in combination with other treatments such as Dysport, or as an adjunct to a surgical procedure.

Restylane injections may require topical anesthetic to diminish discomfort. Soft tissue fillers such as Restylane produce temporary swelling, redness, and needle marks, which resolve after a few days time.

Continuing treatments are necessary in order to maintain the effect of Restylane over time. Restylane once injected will be slowly absorbed by the body. The length of effect for Restylane injections is variable.

## RISKS OF RESTYLANE INJECTIONS
Every procedure involves a certain amount of risk and it is important that you understand these risks and the possible complications associated with them. In addition, every procedure has limitations. An individual's choice to undergo this procedure is based on the comparison of the risk to potential benefit. Although the majority of patients do not experience the following, you should discuss each of them with your physician to make sure you understand the risks, potential complications, limitations, and consequences of Restylane injections.

Problems associated with the use of tissue fillers can relate to normal occurrences following tissue filler injections, or potential complications following tissue filler injections, including Restylane. Additional advisory information should be reviewed by patients considering tissue filler treatments that involve Restylane.

## NORMAL OCCURRENCES DURING TISSUE FILLER INJECTIONS, INCLUDING RESTYLANE
**Bleeding and Bruising-** It is possible, though unusual, to have a bleeding episode from a Restylane injection or local anesthesia used during the procedure. Bruising in soft tissues may occur. Should you develop post-injection bleeding, it may require emergency treatment or surgery.

**Increased Risk of Bruising-** Aspirin, anti-inflammatory medications, platelet inhibitors, anticoagulants, steroids, Vitamin E, ginkgo biloba and other "herbs / homeopathic remedies" may contribute to a greater risk of a bleeding problem.

**Swelling-** Swelling (edema) is a normal occurrence following the injections. It decreases after a few days. If swelling is slow to resolve, medical treatment may be necessary.

**Erythema (Skin Redness)-** Erythema in the skin occurs after injections. It can be present for a few days after the procedure.

**Needle Marks-** Visible needle marks from the injections occur normally and resolve in a few days.

**Acne-Like Skin Eruptions-** Acneiform skin eruptions can occur following the injection of tissue fillers. This generally resolves within a few days.

**Skin Lumpiness-** Lumpiness can occur following the injection of Restylane. This tends to smooth out over time. In some situations, it may be possible to feel the injected tissue filler material for long periods of time.

**Visible Tissue Filler Material-** It may be possible to see any type of tissue filler material that was injected in areas where the skin is thin.

**Asymmetry-** The human face is normally asymmetrical in its appearance and anatomy. It may not be possible to achieve or maintain exact symmetry with tissue filler injections. There can be a variation from one side to the other in terms of the response to Restylane injections. This may require additional injections.

**Pain-** Discomfort associated with Restylane injections is normal and usually of short duration.

**Skin Sensitivity-** Skin rash, itching, tenderness and swelling may occur following Restylane injections. After treatment, you should minimize exposure of the treated area to excessive sun or UV lamp exposure and extreme cold weather until any initial swelling or redness has gone away. If you are considering laser treatment, chemical skin peeling or any other procedure based on a skin response after Restylane treatment, or you have recently had such treatments and the skin has not healed completely, there is a possible risk of an inflammatory reaction at the implant site.

## RISKS OF RESTYLANE INJECTIONS
**Damage to Deeper Structures-** Deeper structures such as nerves and blood vessels may be damaged during the course of injection. Injury to deeper structures may be temporary or permanent.

**Infection-** Although infection following injection of tissue fillers is unusual, bacterial, fungal, and viral infections can occur. Herpes simplex virus infections around the mouth can occur following a tissue filler treatment. This applies to both individuals with a past history of Herpes simplex virus infections and individuals with no known history of Herpes simplex virus infections in the mouth area. Specific medications must be prescribed and taken both prior to and following the treatment procedure in order to suppress an infection from this virus. Should any type of skin infection occur, additional treatment including antibiotics may be necessary.

**Skin Necrosis-** It is very unusual to experience death of skin and deeper soft tissues after Restylane injections. Skin necrosis can produce unacceptable scarring. Should this complication occur, additional treatments, or surgery may be necessary.

**Allergic Reactions and Hypersensitivity-** As with all biologic products, allergic and systemic anaphylactic reactions may occur. Restylane should not be used in patients with a history of multiple severe allergies, severe allergies manifested by a history of anaphylaxis, or allergies to gram-positive bacterial proteins. Allergic reactions may require additional treatment. Restylane should not be used in patients with known allergy to lidocaine.

Patient Initials _____

9706368

**Scarring-** Restylane should not be used in patients with known susceptibility to keloid formation or hypertrophic scarring. The safety of patients has not been studied.

**Granulomas-** Painful masses in the skin and deeper tissues after a Restylane injection are extremely rare. Should these occur, additional treatments including surgery may be necessary.

**Skin Disorders-** Restylane should not be used in areas with active inflammation or infections (e.g., cysts, pimples, rashes or hives). In rare instances, granuloma or abscess formation, localized necrosis and urticaria have been reported.

**Accidental Intra-Arterial Injection-** It is extremely rare that during the course of injection, Restylane could be accidentally injected into arterial structures and produce a blockage of blood flow. This may produce skin necrosis in facial structures or damage blood flow to the eye, resulting in loss of vision. The risk and consequences of accidental intravascular injection of Restylane is unknown and not predictable.

**Under / Over Correction-** The injection of soft tissue fillers including Restylane to correct wrinkles and soft tissue contour deficiencies may not achieve the desired outcome. The amount of correction may be inadequate or excessive. It may not be possible to control the process of injection of tissue fillers due to factors attributable to each patient's situation. If under correction occurs, you may be advised to consider additional injections of tissue filler materials.

**Migration of Restylane** - Restylane may migrate from its original injection site and produce visible fullness in adjacent tissue or other unintended effects.

**Drug and Local Anesthetic Reactions-** There is the possibility that a systemic reaction could occur from the local anesthetic when tissue filler injections are performed. Medical treatment of these reactions may be necessary.

### ADDITIONAL ADVISORIES

**Unsatisfactory Result-** Restylane injections alone may not produce an outcome that meets your expectations for improvement in wrinkles or soft tissue depressions. There is the possibility of a poor or inadequate response from Restylane injections. Additional Restylane injections may be necessary. Other treatments may be recommended in addition to Restylane treatments.

**Unknown Risks-** The long term effect of Restylane beyond one year is unknown. The possibility of additional risk factors or complications attributable to the use of Restylane as a soft tissue filler may be discovered.

**Combination of Procedures-** In some situations, Dysport injections or other types of tissue filler materials may be used in addition to Restylane in order to specifically treat areas of the face or to enhance the outcome from tissue filler therapy. The effect of other forms of external skin treatments (laser and other light therapies, microdermabrasion, dermabrasion, or chemical peels) on skin that has been treated with Restylane is unknown.

**Pregnancy and Nursing Mothers-** Animal reproduction studies have not been performed to determine if Restylane could produce fetal harm. It is not known if Restylane or its breakdown products can be excreted in human milk. It is not recommended that pregnant women or nursing mothers receive Restylane treatments.

**Drug Interactions-** It is not known if Restylane reacts with other drugs within the body.

**Long-Term Effects-** Restylane injections should not be considered as a permanent treatment for the correction of wrinkles and soft tissue depressions. Over time, the Restylane material is slowly absorbed by the body and wrinkles or soft tissue depressions will reappear. Continuing Restylane treatment (injections) is necessary in order to maintain the effect of Restylane. Subsequent alterations in face and eyelid appearance may occur as the result of aging, weight loss or gain, sun exposure, or other circumstances not related to Restylane injections. Other treatments may be necessary. Restylane injections do not arrest the aging process or produce permanent tightening of the skin or improvement in wrinkles.

### AFTERCARE

Specific aftercare instructions will be provided for you. It is important that these instructions are followed to avoid possible complications.

### HEALTH INSURANCE

Most health insurance companies exclude coverage for cosmetic procedures and treatments or any complications that might occur from the same. Health insurance companies may not pay for Restylane injections used to treat medical conditions. Please carefully review your health insurance subscriber information pamphlet.

### ADDITIONAL TREATMENT NECESSARY

There are many variable conditions in addition to risk and potential complications that may influence the long-term result of Restylane injections. Even though risks and complications occur infrequently, the risks cited are the ones that are particularly associated with Restylane injections. Other complications and risks can occur but are even more uncommon. Should complications occur, other treatments may be necessary. The practice of medicine is not an exact science. Although good results are expected, there is no guarantee or warranty expressed or implied, on the results that may be obtained.

### FINANCIAL RESPONSIBILITIES

The cost of Restylane injection may involve several charges. This includes the professional fee for the injections, follow up visits to monitor the effectiveness of the treatment, and the cost of the Restylane material itself. It is unlikely that Restylane injections to treat cosmetic problems would be covered by your health insurance. The fees charged for this procedure do not include any potential future costs for additional procedures that you elect to have or require in order to revise, optimize, or complete your outcome. Additional costs of medical treatment would be your responsibility should complications develop from Restylane injections.

### DISCLAIMER

Informed-consent documents are used to communicate information about the proposed treatment of a disease or condition along with disclosure of risks and alternative forms of treatment(s).

The informed-consent process attempts to define principles of risk disclosure that should generally meet the needs of most patients in most circumstances. However, informed-consent documents should not be considered all-inclusive in defining other methods of care and risks encountered. Your doctor may provide you with additional or different information which is based on all of the facts pertaining to your particular case and the current state of medical knowledge.

Informed-consent documents are not intended to define or serve as the standard of medical care. Standards of medical care are determined on the basis of all of the facts involved in an individual case and are subject to change as scientific knowledge and technology advance and as practice patterns evolve.

It is important that you read the above information carefully and have all of your questions answered before signing the consent below.

### CONSENT FOR PROCEDURE OR TREATMENT

1. I hereby authorize Dr. _Moren TW_ to perform one of the following treatments: RESTYLANE-L or RESTYLANE SILK or RESTYLANE LYFT INJECTION

In one or more of the following area(s): ☐ SMILE LINES ☒ MARIONNETTE LINES ☐ LIPS ☐ LIP LINES   for the following price: $ _740 715?_   _[Patient Initials]_

2. I acknowledge that no guarantee or representation has been given by anyone as to the results that may be obtained.

3. I understand and agree that all services rendered to me are charged directly to me and that I am personally responsible for payment. If a secondary procedure is necessary, further expenditure will be required.

4. IT HAS BEEN EXPLAINED TO ME IN A WAY THAT I UNDERSTAND:
   a. THE ABOVE TREATMENT OR PROCEDURE TO BE UNDERTAKEN
   b. THERE MAY BE ALTERNATIVE PROCEDURES OR METHODS OF TREATMENT
   c. THERE ARE RISKS TO THE PROCEDURE OR TREATMENT PROPOSED

I CONSENT TO THE TREATMENT AND THE ABOVE LISTED ITEMS (1-4). I AM SATISFIED WITH THE EXPLANATION.

Patient or Person Authorized to Sign for Patient _____

Date _12/16/2016_   Witness _____