UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


ELIZABETH McKENZIE,

              Plaintiff,

vs.                              No. 1:17-cv-24469

STEINER TRANSOCEAN LIMITED,

              Defendant.

_____/


1776 E. Sunrise Blvd.
Fort Lauderdale, Florida
August 13, 2018
10:19 a.m.


_____

THE DEPOSITION OF

ELIZABETH MCKENZIE


_____

Taken on Behalf of the Defendant

Pursuant to Notice of Taking Deposition

Commencing at 10:19 a.m.


**EXHIBIT**

**B**

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth  v. Steiner Transocean Limited Elizabeth McKenzie

## Page 2

1   APPEARANCES:
2
    On behalf of Plaintiff:
3
    HOFFMAN LAW FIRM
4   2881 East Oakland Park Boulevard, sUITE 307
    Ft. Lauderdale, FL 33306
5   (954)563-8111
    BY:  PAUL M. HOFFMAN, ESQ.
6
7   On behalf of Defendant:
8   McINTOSH, SAWRAN & CARTAYA, P.A.
    1776 E. Sunrise Blvd
9   P.O. Box 7990
    Ft. Lauderdale, FL 33338-7990
10  (954)765-1001
    BY:  CARMEN Y. CARTAYA, ESQ.
11
12  ALSO PRESENT:
13  JILL SINGER
14
15  REPORTED BY:
16  KELLY A. ESPOSITO
    ALPHA & OMEGA REPORTING SERVICES, INC.
17  1776 E. Sunrise Boulevard, First Floor
    Ft. Lauderdale, FL 33304
18  954.523.6422
19            * * * * *
20        STIPULATIONS
21      It is stipulated and agreed by and between
22  counsel for the respective parties that:
23      Reading and subscription of the deposition
24  by the witness are not waived.
25

## Page 3

1          I N D E X
2
    Examination                  Page
3
4   Direct   By Ms. Cartaya:       4
5   Cross    By Mr. Hoffman:       72
6   Redirect  By Ms. Cartaya:      80
7
8         DEFENSE EXHIBITS
9   No.                 Page
10  1     Notice of Taking Deposition   7
    2     Consent for Treatment      17
11  3     Rejuvenation Spa        41
          Coolsculpting Guest
12        Information and Medical
          History
13  4     Answers to Interrogatories   45
    5     Photographs          59
14  6     Photographs          67
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1   Thereupon:
2        ELIZABETH MCKENZIE
3    a witness named in the notice heretofore filed,
4   being of lawful age and having been first duly
5   sworn, testified on her oath as follows:
6        THE WITNESS:  I do.
7        DIRECT EXAMINATION
8   BY MS. CARTAYA:
9    Q.  Would you state your name and home
10  address, please?
11   A.  Elizabeth C. McKenzie, 14608 Pasaje Place,
12  Horizon City, Texas 79928.
13   Q.  And who resides with you at that address?
14   A.  My husband and my four children.
15   Q.  Could you give us the name of your
16  husband?
17   A.  Michael Edward McKenzie.
18   Q.  And what does he do for a living?
19   A.  We own a construction company, and we're
20  in the process -- we own another business, car
21  dealer -- resale car dealer.
22   Q.  And what are the names and ages of your
23  children?
24   A.  Betty Elizabeth McKenzie, she's 26; James
25  Michael McKenzie, he's 25; Hazel Elizabeth McKenzie,

## Page 5

1   she's 20; Michael Edward McKenzie, II, and he's 14.
2    Q.  Have you ever been married before?
3    A.  No.
4    Q.  This is your one and only marriage?
5    A.  Yes.
6    Q.  Are you employed?
7    A.  I own both businesses.
8    Q.  With your husband --
9    A.  Yes.
10   Q.  -- or on your own?
11   A.  With my husband.  Well, the business --
12  first business, McKenzie Development, I own with my
13  husband, and the second business I own 100 percent
14  myself.
15   Q.  Okay.  And on a day-to-day basis what do
16  you do?  What are your activities, as far as
17  work-related?
18   A.  I'm an office manager and I do all the
19  paperwork that needs to be done for the business.
20   Q.  Tell me about your education.
21   A.  I'm short about a year finishing my
22  bachelor's.
23   Q.  And what is your major?
24   A.  Business management.
25   Q.  And where did you go to school?

2  (Pages  2  to  5)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018        McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

### Page 6

1      A.  I'm attending Park University.
2      Q.  Where is that located?
3      A.  El Paso, Texas.
4      Q.  And how long have you lived at that
5  address?
6      A.  Over 20 years.
7      Q.  Okay.  In the past 10 years have you had
8  any other business ventures?
9      A.  Yes.
10     Q.  What are those?
11     A.  It was a construction company.
12     Q.  A different construction company?
13     A.  Yes.  It was under a different name.
14     Q.  What was that name?
15     A.  McKenzie Construction, Inc.
16     Q.  And now it's McKenzie Development?
17     A.  LLC.
18     Q.  LLC?
19     A.  Uh-huh.
20     Q.  Okay.  And did you receive your notice of
21  taking deposition?
22     A.  Yes.
23         MS. CARTAYA:  Okay.  Let's mark that,
24     please.
25

### Page 7

1         (Thereupon, the referred-to document was
2         marked by the court reporter for
3         Identification as Defendant's Exhibit 1.)
4         MS. CARTAYA:  Defendant's Exhibit 1 is the
5     notice of taking deposition.
6         MR. HOFFMAN:  Uh-huh.  Yes.
7  BY MS. CARTAYA:
8     Q.  Okay.  Mrs. McKenzie, did you recall
9  seeing that document?
10     A.  Yes.
11     Q.  And the document asked you to bring
12  certain documents with you, certain information, and
13  it's listed under Items 1 through 8.
14         Did you bring all of those documents
15  today?
16     A.  No.
17     Q.  Why not?
18     A.  I just received this document yesterday.
19     Q.  Okay.
20         MS. CARTAYA:  So, Paul, we don't have the
21     duces tecum records?
22         MR. HOFFMAN:  Well, we have some of them.
23         MS. CARTAYA:  What is this that you've
24     handed me?
25         MR. HOFFMAN:  I believe it's expenses on

### Page 8

1  the subject cruise and after.  I believe it's
2  medical records of what doctors she saw.  Also,
3  there's a request about "All records regarding
4  plaintiff's allergies," No. 7, and "All
5  expenses incurred as a result of the alleged
6  incident."  Photographs from the subject cruise
7  have already been produced.  I have them with
8  me, if you'd like them again.  "Seapass account
9  showing all expenses," No. 5, is in that
10  package.
11         MS. CARTAYA:  It's in here?
12         MR. HOFFMAN:  Yes.
13         "All policies of health insurance
14  providing coverage," there's none.  She has no
15  coverage.
16         "Photographs since the incident depicting
17  plaintiff's face," they've been produced.
18         And any photographs depicting her face at
19  present, you can take a picture of her today.
20         "Photographs dated one month prior to the
21  incident," we produced one.  If you want more,
22  we can get them.
23         MS. CARTAYA:  We'll go through, because I
24  don't have the dates on some of these -- or any
25  of these.

### Page 9

1         MR. HOFFMAN:  Oh.  And I gave Jill a
2  photograph of them just before they boarded the
3  ship.
4         MS. CARTAYA:  Okay.
5         MR. HOFFMAN:  And that was sent to you.
6         MS. CARTAYA:  All right.
7         MR. HOFFMAN:  So everything has been
8  provided except No. 1, which has not been
9  provided because Dr. Martinez is the PCP
10  doctor.  That's my mistake.
11         MS. CARTAYA:  Okay.  And we've already
12  said off the record that we're going to -- if I
13  need to take her deposition after I review
14  those medical records that have not yet been
15  produced, then we'll set it up by telephone and
16  the plaintiff will bear the costs.
17         MR. HOFFMAN:  Correct.
18  BY MS. CARTAYA:
19     Q.  Okay.  When did you decide to go on the
20  subject cruise?
21     A.  I don't recall the date.
22     Q.  Okay.  And the cruise was in
23  December 2016?
24     A.  Of 2016, yes.
25     Q.  Okay.  Who was with you on the cruise?

3  (Pages 6 to 9)

51b1537e-4f4b-4935-977f-7f12a0660894

Page 10

1    A. My husband and our four children.
2    Q. Okay. Anyone else from the family?
3    A. No.
4    Q. Any friends?
5    A. No.
6    Q. Just the four of you?
7    A. And --
8    Q. The four children and you two?
9    A. Yes.
10   Q. And what cabin were you assigned?
11   A. I had two cabins.
12   Q. What were those?
13   A. I don't recall off the top of my head.
14   Q. Okay. And it was a week long cruise?
15   A. No. It was three -- a short weekend
16   cruise.
17   Q. Where did you embark the ship?
18   A. Fort Lauderdale.
19   Q. All right. And where did you disembark
20   the ship?
21   A. Fort Lauderdale.
22   Q. And what was the itinerary for the ship?
23   Where did you go on the cruise?
24   A. Nassau, Castaway Key.
25   Q. What was it called?

Page 11

1    A. Castaway Key.
2    Q. No other ports?
3    A. No other ports.
4    Q. Okay. Now, at some point in time you
5    decided to go to the spa.
6       What led you to go to the spa?
7    A. We had arrived early to our cruise ship
8    and I had extra time before the emergency drill and,
9    therefore, I decided to call the spa and get some
10   services done there.
11   Q. Okay. What time was it?
12   A. Before the emergency drill.
13   Q. Okay. I understand that, but
14   approximately what time was it when you called the
15   spa?
16   A. Approximately 2:00, 2:30.
17   Q. Okay. And you actually went over to the
18   spa?
19   A. Yes.
20   Q. Okay. Who did you meet with?
21   A. Gary.
22   Q. Do you have a last name for Gary?
23   A. No.
24   Q. And to your understanding who was Gary?
25   A. Not at the time.

Page 12

1    Q. I'm sorry?
2    A. I didn't understand who he was at the
3    time.
4       Q. At some point in time later did you learn
5    who he was?
6    A. Yes.
7    Q. And who was Gary?
8    A. A manager for the spa.
9    Q. You spoke with Gary. And what did you
10   speak about?
11   A. We spoke over the phone when I set my
12   appointment.
13   Q. And what did you make an appointment for?
14   A. A pedicure and a back massage.
15   Q. Okay. And what time were these
16   appointments for?
17   A. The pedicure was supposed to be done
18   before the drill and the massage was supposed to be
19   done after the drill.
20   Q. Okay. So when you first arrived at the
21   spa, who did you speak with?
22   A. Gary.
23   Q. And what did you discuss with Gary at that
24   time?
25   A. My pedicure appointment and my back

Page 13

1    massage appointment.
2    Q. Okay. Did you speak with anyone else at
3    that point in time?
4    A. Yes.
5    Q. Who was that?
6    A. The spa doctor, plastic surgeon.
7    Q. What was that person's name?
8    A. I don't recall.
9    Q. Okay. And what did you discuss?
10   A. I was standing in line to get my pedicure
11   done and she approached me with a pamphlet and said
12   that I could benefit from a double chin treatment;
13   if I was interested in doing a consultation.
14   Q. With her?
15   A. With her.
16   Q. And what was your response?
17   A. I looked at her pamphlet and I said, "Yes,
18   I'd be interested, but I have an appointment with a
19   pedicure getting done," because I was in line, and
20   she says, "I can rearrange it and you can come see
21   me right now."
22   Q. Did you do that?
23   A. Yes.
24   Q. Okay. And where did you go to see this
25   doctor?

4 (Pages 10 to 13)

51b1537e-4f4b-4935-977f-7f12a0660894

Page 14

1    A.  In one of their offices --
2    Q.  Okay.
3    A.  -- or rooms.
4    Q.  And what did you discuss?
5    A.  She discussed the CoolSculpting for the
6  double chin, and some fillers, some injections for
7  my forehead.
8    Q.  Okay.  Did you make an appointment for
9  these treatments?
10   A.  At that time?
11   Q.  (Nod in the positive.)
12   A.  Yes.
13   Q.  Okay.  And when were your appointments
14  set?
15   A.  She said that I could do them after the
16  drill and she would rearrange my back massage.  So
17  she canceled my massage and she scheduled those
18  after the drill.
19   Q.  Okay.  Did you have the pedicure?
20   A.  Yes.
21   Q.  When did you have the pedicure?
22   A.  Before the drill.
23   Q.  Okay.  Any complaints about the pedicure?
24   A.  No.
25   Q.  All right.  So then you went to the drill,

Page 15

1  correct?
2    A.  Correct.
3    Q.  And you came back to the spa?
4    A.  Yes.
5    Q.  All right.  Where were your children and
6  your husband at that time?
7    A.  I'm not entirely sure.
8    Q.  Did you discuss with your husband the
9  treatments you had planned at the spa?
10   A.  Not at the time.  I just said, you know --
11  can you rephrase that question, please?
12   Q.  Sure.
13       You went to the spa.  You made these
14  appointments.  You went to the drill.
15   A.  Uh-huh.
16   Q.  You went back to the spa?
17   A.  Yes.
18   Q.  During that period of time, did you
19  discuss with your husband the planned treatments?
20   A.  I recall I discussed it.  I just don't
21  remember when.
22   Q.  Okay.  The pamphlet that you're
23  referencing, do you have a copy of it?
24   A.  I do not have it with me.
25   Q.  But do you have a copy of the pamphlet?

Page 16

1  Did you keep a copy?
2    A.  I might have kept it.  I might have kept a
3  copy.
4       MS. CARTAYA:  Paul, if she has it, you'll
5  provide it?
6       MR. HOFFMAN:  Absolutely.
7  BY MS. CARTAYA:
8    Q.  Did you read the pamphlet?
9    A.  Yes.
10   Q.  What did the pamphlet inform you about?
11   A.  Different services of the spa, pedicures,
12  different massages.
13   Q.  Relative to the CoolSculpting, what did it
14  inform you about?
15   A.  Just that it was a fat burning type
16  product or system.
17   Q.  Okay.  And relative to the filler
18  injections, what information did the pamphlet
19  provide you?
20   A.  I don't recall reading that on the
21  pamphlet.  That was conversation I had with the
22  doctor.
23   Q.  And let's go to that conversation.
24       How long was the conversation with the
25  doctor?

Page 17

1    A.  I don't remember.
2    Q.  What did you discuss?
3    A.  We discussed the CoolSculpting, the
4  injections on the forehead, and the fillers.
5    Q.  Did you discuss with her the risks and
6  benefits of the procedure?
7    A.  Yes.
8    Q.  Okay.  What did she tell you about the
9  risks of the procedure -- of both procedures?
10   A.  That there was no risk.
11   Q.  She told you there was no risk?
12   A.  Uh-huh.
13       MR. HOFFMAN:  You have to say yes or no.
14       THE WITNESS:  Yes.
15  BY MS. CARTAYA:
16   Q.  What else did you discuss about the
17  procedures?
18   A.  The time allotted to do the procedures.
19   Q.  Okay.  What else?
20   A.  That's all I recall at this moment.
21       MS. CARTAYA:  Let's have that marked as
22  Defendant's 2, please
23       (Thereupon, the referred-to document was
24       marked by the court reporter for
25       Identification as Defendant's Exhibit 2.)

5  (Pages 14 to 17)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018    McKenzie, Elizabeth  v. Steiner Transocean Limited Elizabeth McKenzie

Page 18

1    MS. CARTAYA: Paul.
2    MR. HOFFMAN: Okay. Well, you know, I
3  sent you an e-mail requesting that I be given
4  any documents that were gonna be used at the
5  deposition so I could review them with my
6  client beforehand.
7    MS. CARTAYA: That document I received
8  from you. You produced it. So I figured you'd
9  have it.
10   MR. HOFFMAN: I don't have it.
11   MS. CARTAYA: We can take a minute and you
12 can discuss it with your client. We can take a
13 break if you want to do that.
14   MR. HOFFMAN: Well, no, it's okay. All
15 right. Let me -- I don't believe this is mine.
16 BY MS. CARTAYA:
17   Q.  Mrs. McKenzie, I'm going to give you
18 what's been marked as Defendant's Exhibit 2 and ask
19 you if you've ever seen that document before?
20   MR. HOFFMAN: Can we do this another way?
21   Can you identify the -- the signature at
22 the bottom of the page.
23   MS. CARTAYA: That's what I'm going to do.
24 BY MS. CARTAYA:
25   Q.  I've handed you the consent for treatment.

Page 19

1    Is that your initials at the bottom of the
2  page?
3    A.  It appears to be.
4    Q.  If you can turn the pages, please, and
5  identify your signatures.
6    Is that your signature at the bottom of
7  that page?
8    A.  It appears to be.
9    Q.  Okay.  And turning to page 3, is that your
10 signature at the bottom of that page?
11   A.  It appears to be.
12   Q.  And the same question as to page 4, is
13 that your signature at the bottom of that page?
14   A.  It appears to be.
15   Q.  Okay.  Mrs. McKenzie, did you read that
16 document before you placed your signature at the
17 bottom of each pages?
18   A.  No.
19   Q.  Why not?
20   A.  The doctor said, "There's really no side
21 effects.  This is just customary."
22   Q.  Let me represent to you that that document
23 describes in detail the procedures and the risks and
24 benefits, and you proceeded to have the procedures
25 without fully reading that document and

Page 20

1  understanding what it said?
2    MR. HOFFMAN: Form.
3    THE WITNESS: I was basing my -- my --
4    MR. HOFFMAN: First you have to answer her
5  question, and then, you can explain it.
6    THE WITNESS: Can you repeat your
7  question?
8    MS. CARTAYA: Can you read it back?
9    (Whereupon, the requested testimony was
10 read back by the court reporter.)
11   MR. HOFFMAN: Form.
12   THE WITNESS: Yes.
13 BY MS. CARTAYA:
14   Q.  Okay.  Why?  Why did you do that?
15   A.  Because I felt rushed from the doctor.
16   Q.  You felt what?  I'm sorry?
17   A.  Rushed.  She explained it briefly, and she
18 said, "This is just customary, and there's
19 usually -- you know, you're just going to feel some
20 redness or some discomfort from the cold sensation."
21   Q.  Why did you feel rushed by the doctor?
22   A.  I felt rushed throughout the whole process
23 with her, just from the very beginning.  When I was
24 standing in line, she changed my appointment.  When
25 I was getting my pedicure, I had not had any of

Page 21

1  these services and she billed me for them.
2    Q.  Can you explain what you mean by that,
3  that she billed you before the procedures?
4    A.  Yes.
5    Q.  Tell me about that, please.
6    A.  I was sitting in the pedicure chair when
7  she came over and she had me sign a receipt of all
8  the services without being performed.
9    Q.  Okay.  And how much was the total?
10   A.  I don't recall.
11   Q.  All right.
12   A.  While I was sitting in her office chair,
13 she was promoting some skin care products, and I
14 said, "I might look at it later."  She brought
15 another lady in to bring the products to me.  She
16 was just really aggressive and very rushy.
17   Q.  Who was that, the doctor?
18   A.  The doctor.
19   Q.  Whose name you don't recall, right?
20   A.  Correct.
21   Q.  Now, did you discuss the actual procedure,
22 what would be entailed, as far as the CoolSculpting,
23 and then, the frown lines?
24   A.  Yes.
25   Q.  What do you recall she said?

6 (Pages 18 to 21)

51b1537e-4f4b-4935-977f-7f12a0660894

Page 22

1     A.  She said that it was a type of vacuum
2   system that was going to pressurize and feel very
3   cold, cold sensation.
4     Q.  Okay.  And what about the frown lines?
5     A.  That it was just going to be some
6   injections, both the filler and the frown lines.
7     Q.  Did you discuss what products were going
8   to be used for these procedures?
9     A.  Yes.  She said they were all natural, that
10  they were not -- that they don't use Botox and that
11  her products were all natural.  That's what she told
12  me.
13    Q.  All right.  Did you discuss any allergies
14  to products?
15    A.  Yes.
16    Q.  And what did you discuss?
17    A.  I told her that I'm allergic to the caine
18  family, lanocaine [sic], benzocaine.  I wrote it in
19  my documents, and I told her verbally before
20  applying the cream that I was allergic to the caine
21  family.
22    Q.  Okay.  How did you learn that you were
23  allergic to the caine family?
24    A.  I learned it when I had my first child 26
25  years ago.

Page 23

1     Q.  What reaction did you have to the caine
2   family?
3     A.  The -- a doctor applied a type of cream
4   and I had a rash reaction.  And then, I had my
5   second child with the same doctor, and he applied
6   the cream, and I had the same reaction.  So then I
7   told him that I had the same reaction with the
8   cream, and he told me, "You're probably allergic to
9   the caine family.  Stay away from the caine family."
10    Q.  He told you you were probably allergic,
11  correct?
12    A.  He said those were the main ingredients in
13  the cream so that those were -- I was probably
14  allergic to it.
15    Q.  Did you ever consult a dermatologist about
16  this?
17    A.  Yes.
18    Q.  And when was that?
19    A.  Shortly after the incident I had to see a
20  dermatologist.
21    Q.  Before the incident.  You said 26 years
22  ago you had an allergic reaction.
23    A.  Yes.
24    Q.  From that time to before the cruise --
25    A.  Yes.

Page 24

1     Q.  -- did you consult with any dermatologist
2   about a reaction to the caine family?
3     A.  Yes.
4     Q.  Who did you consult with?
5     A.  A Dr. Simpson, I believe, is her name,
6   dermatologist.
7         MR. HOFFMAN:  Spell it, please, for the
8   court reporter.
9         THE WITNESS:  S-I-M-P-S-O-N.
10  BY MS. CARTAYA:
11    Q.  First name?
12    A.  I don't recall.
13    Q.  Where was this doctor located?
14    A.  El Paso.
15    Q.  And when did you consult with this
16  dermatologist?
17    A.  Approximately 25 years ago, 26 years ago.
18    Q.  Why did you consult with that
19  dermatologist?
20    A.  I still had the rash and I needed relief.
21  So I went to a dermatologist.
22    Q.  And what did that doctor tell you?
23    A.  That -- the same thing, that I was
24  allergic to the caine family, because I gave her the
25  same creams that I was applying or had been applied

Page 25

1   to me, and she says, "Stay away from anything that
2   has caine."
3     Q.  Did she confirm that you had an allergic
4   reaction or an allergy, I should say, to the caine
5   products?
6     A.  I'm not sure.
7         MS. CARTAYA:  Yes, we would like those
8   records, Paul --
9         MR. HOFFMAN:  Absolutely.  Absolutely.
10        MS. CARTAYA:  -- if you can obtain them.
11  BY MS. CARTAYA:
12    Q.  When you told the doctor on the ship that
13  you were allergic to the caine family, what was the
14  response, if any?
15    A.  When I told her, she was about to apply a
16  lotion, and I said, "What is it?"
17        And she said, "Oh, it's going to numb your
18  face."
19        And I said -- I reminded her.  I said,
20  "I'm allergic to the caine family, anything with
21  lanocaine, benzocaine."
22        And she turned the cream over and she read
23  out the ingredients, and there was a lot of caines
24  in there.  And I said, "Don't apply it."  I said,
25  "I'm allergic to it.  I don't want it."

7 (Pages 22 to 25)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018        McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

Page 26

1      And she turned around and she said,
2  "You're not allergic to the caine family. You're
3  allergic to the preservatives. We use a different
4  product than the States do. Our products are all
5  natural." And she rubbed a little dab, and she put
6  it on my skin. And she waited about a minute, and
7  she says, "See, you're not allergic to it. It's the
8  preservatives."
9      And she applied a thick lather over my
10 face.
11     Q. As you sit here today -- wait. Let me
12 strike that.
13     When was the test applied?
14     A. Before the injections.
15     Q. How long before the injections?
16     A. Right before. Couple of minutes.
17     Q. Not hours before?
18     A. No.
19     Q. You don't recall having the test applied
20 and leaving and coming back?
21     A. No.
22     Q. And the test was -- result was -- what
23 happened with the test on the skin?
24     A. Within one minute -- there was no sign
25 within one minute, but later that morning, when I

Page 27

1  woke up, I had a rash.
2      Q. On your arm?
3      A. On my arm.
4      Q. Okay. And so when did you have the
5  treatment, the CoolSculpting and the injections?
6      A. On December 16th.
7      Q. In relation to the test on the arm, when
8  did you have the treatment?
9      A. Right before the injections.
10     Q. Okay. So tell me what happened first with
11 the CoolSculpting.
12     A. She applied this machine on my -- under my
13 chin, and it was like a suction-type feeling, and it
14 was really cold.
15     Q. Did she apply any cream before she applied
16 the machine?
17     A. I think it was a type of gel or -- I'm not
18 sure.
19     Q. Okay. And then tell me about the
20 injections.
21     A. She applied some injections for my frown
22 line and some fillers.
23     Q. Did she apply any cream before the
24 injections?
25     A. Yes.

Page 28

1      Q. And what was that?
2      A. That lanocaine cream.
3      Q. Okay. Did you have an immediate reaction?
4      A. I was so numb and I didn't feel anything.
5  I didn't realize the swelling until the next
6  morning.
7      Q. Okay. How long did the procedure for the
8  CoolSculpting take?
9      A. Approximately two to three hours.
10     Q. And what about the injections, how long
11 did those take?
12     A. Seconds. Couple of minutes.
13     Q. Okay. And then, what happened after the
14 treatments? Where did you go? What happened?
15     A. After the initial treatment, I went and
16 had dinner with my family. She wanted to keep me
17 there, and I said, "No. I already have my dinner
18 scheduled with my family." And so I went and had
19 dinner with my family.
20     Q. And why did she want to keep you there?
21     A. She wanted to finish the procedure on the
22 inner thighs with the cool sculpt.
23     Q. And did you have that procedure?
24     A. Yes.
25     Q. When?

Page 29

1      A. The next morning.
2      Q. Okay. So you went to dinner, went to
3  sleep, and came back the next morning for
4  treatments?
5      A. Yes.
6      Q. And what were those treatments?
7      A. Cool sculpt on the inner thighs.
8      Q. How long did that procedure take?
9      A. Approximately two hours.
10     Q. Did you have any reactions from that
11 procedure?
12     A. No.
13     Q. So when did you first notice a reaction to
14 whatever product they used?
15     A. That following morning.
16     Q. And what was that initial reaction?
17     A. I started swelling up and I started
18 getting a little bit red. So I went back at six
19 o'clock in the morning and I -- that was the first
20 thing I said to her, "Look at my face. It's
21 starting to swell up."
22     And she said, "Oh, that's very normal.
23 You're going to feel swelling for the next couple of
24 days."
25     And I said, "Well, I have excursions

8 (Pages 26 to 29)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

Page 30

1  planned to go swimming in the ocean with the
2  dolphins."
3        And she said, "It's not a problem.  You
4  can go ahead and do your activities."
5        Q.  Did she tell you to stay out of the sun?
6        A.  No.
7        Q.  Did you stay out of the sun?
8        A.  No.
9        Q.  As a result of being under the sun, did
10 the swelling and the condition of the face worsen?
11       A.  Yes.
12       Q.  Can you describe for me how much it
13 worsened or how it worsened?
14       A.  Well, I went to my excursion and I swam
15 with the dolphins, and it started to irritate, and
16 it it started to get raw and red, and it got to the
17 point where I couldn't handle the pain anymore.
18       Q.  What did you do?
19       A.  We were stuck on an island.  So I had to
20 wait until four o'clock for our ship to come back
21 and pick us up.  So I went and I covered my face
22 with a towel and went under a shade tree -- palm
23 tree.
24       Q.  When you went back to the ship, did you go
25 back to the spa?

Page 31

1        A.  Yes.
2        Q.  And tell me who you spoke with at that
3  time.
4        A.  I spoke to Gary, and I told Gary --
5        MR. HOFFMAN:  Do you want to take a break?
6        MS. CARTAYA:  Yeah, we can take a break.
7        (Whereupon, a break was taken from 10:50
8        to 10:58 a.m.)
9  BY MS. CARTAYA:
10       Q.  Mrs. McKenzie, you told me that you went
11 back to the spa and you spoke with Gary?
12       A.  Correct.
13       Q.  What did you tell Gary?
14       A.  I told Gary, "Can I speak to you in
15 private," and he said, "Sure."  We went into a room
16 and I said, "Look at my face."
17        It was red and raw, hot, and I explained
18 to him that I was allergic to the caine family, that
19 I had put it in writing, and I had told the doctor.
20        And he says, "Do you mind if I bring my
21 skin specialist to look at you?"
22        I said, "Yes.  Bring her."
23        And she looked at me and she said,
24 "There's nothing I can do for her.  Just put
25 icepacks -- but not too cold, because they might

Page 32

1  burn my skin."
2        And he said, "I need to ask you some
3  questions."
4        He brought up a form, and he was asking me
5  these questions, because I have to document this
6  incident.  So he was asking me questions, and he was
7  filling it out, and I said, "Can I have a copy of
8  it?"
9        And he says, "No, I can't give it to you."
10       I said, "I'd like to have a copy."
11       He said, "It's our policy not to."  He
12 said, "Do you need emergency care," and I said,
13 "Yes."
14       And the skin specialist took me to the
15 emergency room, and he advised her to make sure to
16 tell them that they would pick up the tab.  And she
17 took me down to the emergency room and she said, you
18 know, "Just charge the spa for the services."
19       And they said, "We can't do that, because
20 we have to charge her individually."
21       And I said, "Fine," and went to the
22 emergency room.
23       Q.  What was the name of the skin specialist?
24       A.  I don't recall.
25       Q.  Okay.  So you went to the ship's

Page 33

1  infirmary, the ship's doctor?
2        A.  Emergency room.
3        Q.  What did they say?
4        A.  I saw --
5        Q.  First of all, who did you see?
6        A.  I believe his name was Dr. Soto.
7        Q.  Okay.
8        A.  And he took me into a small room, and I
9  explained to him that I'm allergic to this cream and
10 it was applied to me and I'm getting a reaction, and
11 he says, "What are your symptoms?  What do you get
12 when you get a reaction?"
13        And then, he set me into one of the beds
14 and he injected me with some type of medication and
15 gave me some medicine for pain.  That was my initial
16 visit to the emergency room.
17       Q.  And when was that?
18       A.  That was on December 17th.
19       Q.  What time?
20       A.  Approximately 4:30, 5:00.
21       Q.  In the afternoon?
22       A.  Yes.
23       Q.  So you said you had gone to the ship's --
24 to the spa at -- first thing in the morning?
25       A.  Yes.

9 (Pages 30 to 33)

51b1537e-4f4b-4935-977f-7f12a0660894

Page 34

1    Q.  And then, what happened between
2  six o'clock in the morning and six o'clock at night?
3    A.  Between six o'clock in the morning, I had
4  the procedure for the CoolSculpting on the inner
5  thighs.  And I was there a couple of hours.
6    Q.  Right.
7    A.  And then, we went on our excursion.  We
8  had to meet at approximately, I don't know,
9  nine o'clock in the morning for our excursion.  And
10 they took us on a boat ride to Blue Lagoon.  And I
11 spent the entire day there.  And then, we came back
12 and went to the spa.
13   Q.  Okay.  So it was about 5:30 in the morning
14 when you went to the spa?
15   A.  Approximately.
16   Q.  And from there to the ship's hospital?
17   A.  Right after.
18   Q.  Okay.  How long were you in the ship's
19 hospital?
20   A.  I don't recall.
21   Q.  An hour?  More than an hour?
22   A.  I'm not sure.
23   Q.  Can you estimate?
24   A.  I'm not sure.
25   Q.  So what injection did he give you?  What

Page 35

1  was the medication?
2    A.  It was a type of medication to counter
3  react the allergies.
4    Q.  All right.  And what prescription
5  medication did he give you?
6    A.  I don't recall.
7    Q.  You said there were pain pills?
8    A.  They were pills that made me sleepy, so I
9  could fall asleep, so I wouldn't feel the pain.
10   Q.  Okay.  And what happened next after you
11 went to the ship's hospital?
12   A.  Went back to my room and was just in
13 agonizing pain.  I took my medication and I fell
14 asleep.
15   Q.  Okay.  And the following day what
16 occurred?
17   A.  It got worse.  My face was really swollen.
18 I was in a lot of pain.
19   Q.  Did you go back to the ship's hospital?
20   A.  Yes.
21   Q.  And what did you say to the doctor that
22 time?
23   A.  He just looked at me, and they put an
24 I.V., and they were really concerned, because it
25 could have blocked my airway.  So they left an I.V.

Page 36

1  just in case, and they just monitored me there for a
2  while.
3    Q.  And how long were you there?
4    A.  I don't recall.
5    Q.  Did anyone go with you?
6    A.  My husband.
7    Q.  Did any of your children go with you?
8    A.  At the emergency room?
9    Q.  Yes.
10   A.  I don't remember.  I don't believe so.
11   Q.  Then what happened next after you left the
12 emergency room?
13   A.  I went back to my cabin and just took the
14 medication to fall asleep.
15   Q.  Okay.  And this was Day 3 of the cruise?
16   A.  Yes.
17   Q.  All right.  Did you participate in any
18 other activities that day?
19   A.  No.
20   Q.  All right.  And then, the fourth day what
21 happened?
22   A.  I had to go back to the emergency room
23 and -- just so that they could see that the swelling
24 was starting to go down.
25   Q.  Okay.  Did you disembark the fourth day?

Page 37

1    A.  We disembarked on Monday.
2    Q.  Okay.  Was that the fourth day?
3    A.  I believe so.
4    Q.  When you disembarked, did you go to any
5  physician in Fort Lauderdale?
6    A.  I went to the emergency room.
7    Q.  Which emergency room?
8    A.  In the ship right before I disembarked,
9  they removed the catheter and they prescribed some
10 medication, and they said, "This should hold you
11 over until you get back to Texas." and I went --
12 they took me to the pharmacist there at the island.
13 I believe it's Merritt Island to the pharmacy.
14   Q.  What island?
15   A.  Merritt Island, I believe.  I'm not sure
16 how it's pronounced.
17   Q.  Merritt Island is on the -- it's not in
18 Fort Lauderdale.
19      Did you disembark in Fort Lauderdale?
20   A.  I'm not sure what exactly the
21 disembarkment ship [sic] is.
22   Q.  Did you disembark in Cape Canaveral?
23   A.  That's probably what it is.
24   Q.  So you went to the pharmacy to get the
25 prescriptions filled in --

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018          McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

---

Page 38

1     A.  Merritt Island.
2     Q.  All right.  And what were those
3  prescriptions?
4     A.  It was an ointment to counter react the
5  rash that I had.
6     Q.  Do you remember what it was?
7     A.  It's a long name.  Tri- -- I don't recall
8  the exact name.
9     Q.  So my question -- original question was,
10  did you go to any doctor or emergency room in --
11  when you disembarked?
12     A.  No.
13     Q.  Okay.  Did you go back to Texas
14  immediately or did you stay in Florida for a while?
15     A.  I stayed in Florida.
16     Q.  Okay.  Where did you stay in Florida?
17     A.  Saratoga Springs Resort.
18     Q.  And where is is that?
19     A.  Disney World.
20     Q.  Okay.  How long were you there?
21     A.  Couple of days.
22     Q.  And during those days, what activities did
23  you engage in?
24     A.  None.
25     Q.  Okay.  You stayed in your room?

---

Page 39

1     A.  Yes.
2     Q.  And then, when did you ultimately go back
3  to Texas?
4     A.  I believe it was Wednesday.
5     Q.  All right.  And did you fly back?
6     A.  Yes.
7     Q.  And when you returned to Texas, did you go
8  see a physician or go to an emergency room?
9     A.  Yes.
10     Q.  Okay.  Where did you go?
11     A.  I went to Karen Herman, dermatologist.
12     Q.  How did you know Karen Herman?
13     A.  I just looked it up in the phone book.  I
14  was trying to find any doctor that could see me at
15  that moment.
16     Q.  And when you first see Karen Herman?
17     A.  On the following day after I arrived.
18     Q.  All right.  And what did you tell her?
19     A.  I asked her over the phone if she could
20  see me right away, and she said, "If you can make it
21  quickly, because I have a flight to leave to."
22       And I was across town.  So I went to her
23  office, and she looked at me and she said, "I can't
24  help you.  My flight is leaving.  But I can have my
25  dad look at you."  Her dad was a dermatologist.  "And

---

Page 40

1  I will have him look at you first thing in the
2  morning."
3       So they made an appointment for me for the
4  following morning.
5     Q.  And that's when you went to see Dr. Peter
6  Herman?
7     A.  Correct.
8     Q.  And what did you tell him?
9     A.  I told him that I'm allergic to the caine
10  family, and what happened to me on the cruise ship,
11  and he saw my skin.
12     Q.  And what did he say?
13     A.  He prescribed some medications.  He said,
14  "What are you taking?"
15       I showed him everything from the cruise
16  ship that I was taking.  And he said, "Don't take
17  any of that," and he gave me his medications.
18     Q.  And what did he prescribe?
19     A.  I don't recall at this moment.
20     Q.  Were they creams or --
21     A.  Both creams, an injection, and some
22  medication, like pills.
23     Q.  For what?  What were the pills for?
24     A.  The pills were for -- they would make me
25  sleepy.  He said, "If you can't handle the pain,

---

Page 41

1  take this and it'll put you to sleep."
2     Q.  What did he say you had?  What condition
3  did he explain to you that you were having?
4     A.  I'm sure he used a terminology, but I
5  don't recall the exact terminology that he used on
6  my skin.  He said, "It's a reaction to" --
7     Q.  Did he say what it was?  A reaction to
8  what substance?
9     A.  He didn't say.  I told him I was allergic
10  to the caine family.
11     Q.  Okay.  Did he say it could be a reaction
12  to the caine family or something else?
13     A.  No.
14       MS. CARTAYA:  Okay.  Let's have this
15  marked as Defendant's 3.
16       (Thereupon, the referred-to document was
17       marked by the court reporter for
18       Identification as Defendant's Exhibit 3.)
19       MS. CARTAYA:  Paul, are these the
20  medications in here?
21       MR. HOFFMAN:  I don't know.
22       MS. CARTAYA:  This is stuff from
23  Walgreens.
24       MR. HOFFMAN:  It may be stuff she's taking
25  now.  I'd have to look at the date.

11 (Pages 38 to 41)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

---

Page 42

1  BY MS. CARTAYA:
2    Q.  Did you see Peter Herman just that one
3  time?
4    A.  No.
5    Q.  How many more times did you see him?
6    A.  I'm still seeing him now.
7    Q.  Why are you still seeing him now?
8    A.  He's monitoring my face. I still have
9  discoloration on my chin. So I'm still getting
10 treated.
11   Q.  Okay. And how often do you see
12 Dr. Herman?
13   A.  Approximately every two to three months.
14   Q.  And what is he personally doing for you?
15   A.  He's prescribing medication.
16   Q.  Prescribing what?
17   A.  A light cream for the discoloration,
18 Rhofade for the redness, and at this moment
19 everything else is over-the-counter.
20     MS. CARTAYA: Okay. The only thing I have
21 for Peter Herman is these three little pieces
22 of paper.
23     MR. HOFFMAN: You're kidding? You don't
24 have all the records?
25     MS. CARTAYA: So if she's still seeing

---

Page 43

1  him, there must be a ton of records.
2     MR. HOFFMAN: Off the record.
3     (Whereupon, an off-the-record discussion
4     was had.)
5  BY MS. CARTAYA:
6    Q.  Your counsel has just given me records
7  from Dr. Peter Herman that appear to go through
8  August 2017.
9     Have you seen him since August 2017?
10   A.  Yes.
11   Q.  And how often have you seen him since
12 August 2017?
13   A.  Every two to three months.
14   Q.  So there should be records after
15 August 2017?
16   A.  Yes.
17     MS. CARTAYA: All right. Let me have
18 these copied real quick.
19     MR. HOFFMAN: Since you're going on an
20 office errand, why don't you ask Jill to
21 prepare a HIPAA compliant authorization for the
22 plaintiff to sign now.
23     (Whereupon, a break was taken from 11:14
24     to 11:15 a.m..)
25 BY MS. CARTAYA:

---

Page 44

1    Q.  Let me show you what we've marked as
2  Defendant's Exhibit No. 3. Look at that document
3  and tell me if you've ever seen it before.
4    A.  Yes.
5    Q.  Is that your signature at the bottom of
6  that page?
7    A.  Yes.
8    Q.  Did you fill out that form?
9    A.  Yes.
10   Q.  Okay. And you placed yes and no responses
11 to the questions on the left-hand side, correct?
12   A.  Yes.
13   Q.  Okay. Is there anywhere on that paper
14 that says you're allergic to the caine family?
15   A.  There is no question asked about
16 allergies, no.
17   Q.  Okay. You said you had written it down.
18     Where do you believe you wrote it down
19 that you were allergic to the caine family?
20   A.  They had given me some forms to fill out,
21 and I remember putting it there that I was allergic
22 to them.
23   Q.  Okay. In addition --
24   A.  They never gave me copies of anything that
25 I filled out or signed.

---

Page 45

1    Q.  Okay. Well, we have the consent, which we
2  marked as Exhibit 2, and this is the -- called
3  Rejuvenation Spa Coolsculpting Guest Information
4  Form.
5     Do you recall writing on any other
6  document or signing any other document?
7    A.  I remember handwriting that I was allergic
8  to the caine family.
9    Q.  Okay. And on what document was that
10 written?
11   A.  I don't know. I don't have any copies of
12 any documents.
13     MS. CARTAYA: This is the next item.
14     (Thereupon, the referred-to document was
15     marked by the court reporter for
16     Identification as Defendant's Exhibit 4.)
17 BY MS. CARTAYA:
18   Q.  Before we go to the answers to
19 interrogatories, you said you had pain the day after
20 about your face, the day after the treatment,
21 correct?
22   A.  After the application of the lotion, yes.
23   Q.  How long did you have pain? For what
24 period of time did that pain on your face persist?
25   A.  I still have discomfort until now.

---

Alpha & Omega Reporting Services, Inc.
(954) 523-6422

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

Page 46

1     Q.  When you -- can you describe the
2  discomfort?
3     A.  It feels irritated.  It feels hot.
4     Q.  And what products are you using presently?
5     A.  I'm using the lightning cream the doctor
6  prescribed and an over-the-counter supplement to
7  help with the sun sensitivity and the Rhofade for
8  redness.
9     Q.  Do you know what the product that helps
10  with the sun sensitivity is called?
11     A.  Heliocare .
12     Q.  And did the doctor suggest you use that
13  product?
14     A.  Yes.
15     Q.  But it is over-the-counter?
16     A.  Yes.
17     Q.  And what prescription medications are you
18  using presently?
19     A.  The Rhofade, and I have the lotions that
20  he prescribed in case I do have a flare-up.  So I
21  still have those, but I don't use them unless I have
22  a flare-up.
23     Q.  Does this condition limit you in any way?
24     A.  Yes.
25     Q.  How?

Page 47

1     A.  It's very sensitive to heat and sunlight.
2  So I try to avoid outdoor activities or hot
3  environments.
4     Q.  Okay.  Anything else?
5     A.  It limits anything that would create a
6  heat sensation in my body.
7     Q.  Are you able to cook?
8     A.  Yes, I can cook.
9     Q.  Your activities of daily living, any
10  of these affected --
11     A.  Yes.
12     Q.  -- by the condition?
13     A.  Yes.
14     Q.  Okay.  What -- how or what?
15     A.  I'm not able to attend my son's baseball
16  games as much as I would love to.  Just normal
17  activities.  I have to cover myself with an umbrella
18  or --
19     (Knock at the door.  At which time Ms.
20  Singer entered the deposition.)
21     MS. CARTAYA:  Yes.
22     Wait a minute.
23     Jill, is this what he gave me?
24     MS. SINGER:  Yes.  I scanned it in our
25  system.

Page 48

1     MS. CARTAYA:  Thank you.  I said, "Do we
2  have the other records?"
3     MS. SINGER:  This was it.
4     MS. CARTAYA:  Okay.
5     (Ms. Singer exited the deposition.)
6     THE WITNESS:  I take cold showers and
7  avoid very spicy foods.  Outdoor activities are
8  limited.  Yes, my life has changed.
9  BY MS. CARTAYA:
10     Q.  Are your activities with your children
11  affected other than the baseball games?
12     A.  Yes.
13     Q.  And how is that?
14     A.  We're just an active family, and we're
15  limited to outdoor activities that we could enjoy
16  together, like going to the hot springs or just
17  being outdoors as a family.
18     Q.  Okay.  Are your activities with your
19  husband limited in any way?
20     A.  Yes.
21     Q.  How is that?
22     A.  The same.  You just can't go and enjoy
23  different activities, explore, and things that we
24  used to do together.
25     Q.  Has your employment been affected?

Page 49

1     A.  Yes.
2     Q.  How?
3     A.  I'm not able to -- since we own a
4  construction company, I'm not able to go out to the
5  job sites like I used to.  So I'm limited to mostly
6  indoor activities.
7     Q.  Did you actually go out to job sites
8  before?
9     A.  Yes.
10     Q.  For what purpose?
11     A.  Supervise, give my opinion, anything that
12  they needed my input on.
13     Q.  Okay.  Are you claiming lost wages?
14     A.  No.
15     Q.  All right.  I'm going to hand you what
16  we've marked as Defendant's 4, which is your answers
17  to interrogatories.
18     MR. HOFFMAN:  Give me these.  These are
19  what I gave you yesterday, your notes.
20     THE WITNESS:  Yes, my notes.
21  BY MS. CARTAYA:
22     Q.  Let me ask you to look at that document
23  and ask you if those are your answers to
24  interrogatories and if you signed that.  You can go
25  through it.

13 (Pages 46 to 49)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth   v. Steiner Transocean Limited   Elizabeth McKenzie

Page 50

1    A. They're my answers.
2    Q. Is there a signature page attached?
3    A. No.
4    Q. Okay. I don't know where the jurat is.
5    MS. CARTAYA: Do we have a signed jurat?
6    MR. HOFFMAN: No.
7    MS. CARTAYA: Oh, that's the reason.
8    BY MS. CARTAYA:
9    Q. Your counsel told me there are certain
10   answers that are in error?
11   A. Correct.
12   Q. Could you go through and tell me, please.
13   MR. HOFFMAN: You want the ones that you
14   marked on?
15   THE WITNESS: Yes, please.
16   BY MS. CARTAYA:
17   Q. If I can have this back, I can follow
18   along with you. May I do that?
19   MR. HOFFMAN: Of course.
20   THE WITNESS: Item No. 4.
21   BY MS. CARTAYA:
22   Q. Yes.
23   A. The question was asked, "When were your
24   eyes or ears last examined and what is the name and
25   address of the examiner?"

Page 51

1    My eyes were last examined on
2    January 29th, 2018 by the Department of
3    Transportation, Texas Department of Transportation.
4    My ears were last examined on June 13th of 2018 by
5    Dr. Goldman at 100 East Schuster Avenue, El Paso,
6    Texas 79902.
7    Q. Any other questions that you believe are
8    answered in error?
9    A. Yes. Item No. 8 --
10   Q. Yes.
11   A. -- should include the inner thighs of the
12   coolsculpting.
13   Q. Okay.
14   A. Item No. 11, the loss of ability to use
15   the infrared sauna, which I installed in my home.
16   Q. Let's stop there. What is an infrared
17   sauna?
18   A. It's a sauna -- a heat sauna that you go
19   in and you start sweating.
20   Q. Okay. And for what purposes did you have
21   that installed in your home?
22   A. I thought it would be a good way to detox
23   my body.
24   Q. Okay. And your lawyer has given me a
25   photo of the -- is that the interior of the sauna?

Page 52

1    A. Yes. The sauna room.
2    Q. And where is it physically located in your
3    home?
4    A. It's located near my labortory. That's
5    what I refer to that room as, but it's a creative
6    room.
7    Q. It's in the back of the house?
8    A. In the rear [sic] front of the house.
9    It's just -- it's on the right end of the house. My
10   house has different wings.
11   Q. Okay. How large is your house in square
12   footage?
13   A. Approximately 3,500 square feet.
14   Q. And how big is this room?
15   A. It's approximately a 10-by-8.
16   Q. Okay. All right. Go ahead. You were
17   telling me the changes.
18   A. So on Item No. 11, loss of liability. It
19   only includes the infrared sauna that I purchased.
20   It doesn't include the actual room that I built for
21   that sauna.
22   Q. And is there anything else in the room
23   other than the sauna?
24   A. No. That's it.
25   Q. What was the cost of building that room?

Page 53

1    A. Approximately $5,000.
2    Q. Anything else?
3    A. The vacation expenses. I'm not sure if
4    that includes my flight. So I don't know that this
5    number is accurate.
6    Q. Okay.
7    A. Number 12, we are not including loss of
8    wages or loss of income.
9    Q. Okay.
10   A. Number 14, there's a word error. Instead
11   of south, it should be "sought treatment."
12   Q. Oh, sought treatment, S-O-U-G-H-T. Okay.
13   A. Item No. 15.
14   Q. Uh-huh.
15   A. Under Dr. Sadri O. Sozer, I did not have a
16   smart lipo. I had some fat injections.
17   Q. Okay. When was that?
18   A. The dates are on the documents.
19   Q. Okay.
20   A. And I saw a -- an additional doctor in
21   Vancouver, Canada this year in June.
22   Q. That is -- who is that, Dr. Brandt Miles?
23   A. Miles.
24   Q. And why did you see this doctor in
25   Vancouver?

14 (Pages 50 to 53)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018         McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

---

Page 54

1    A.  I had an ear infection, earache.
2    Q.  And you were traveling on vacation?
3    A.  Yes.
4    Q.  And when was that?
5    A.  The first week of June.
6    Q.  Of this year, 2018?
7    A.  Yes.
8    Q.  The cruise was in 2016.  December 2016.
9        Did you take any vacations in 2017?
10   A.  We went to California for my husband's
11   family reunion.
12   Q.  Okay.  And then, you went to Vancouver in
13   June of this year?
14   A.  Yes.
15   Q.  How long were you there?
16   A.  Approximately 12 days.
17   Q.  Vacation?
18   A.  Yes.
19   Q.  Did you go on any of the cruises?
20   A.  Yes.
21   Q.  Okay.  Which cruise did you go on?
22   A.  Disney Wonder to Alaska.
23   Q.  Out of Vancouver?
24   A.  Out of Vancouver.
25   Q.  And back into Vancouver?

---

Page 55

1    A.  Yes.
2    Q.  All right.  Anything else on this?
3    A.  Number 16.
4    Q.  Let's stay on No. 15 for a minute.
5        Who is is Dr. Melanie Carreon?
6    A.  She did a smart lipo.  That should have
7    been on --
8    Q.  Okay.  2016?  April 2016?
9    A.  Approximately.
10   Q.  Okay.
11   A.  Item No. 16 --
12   Q.  Yes.
13   A.  -- we'd like to include a spa skin
14   specialist.
15   Q.  And you don't know the name?
16   A.  No.  And a Disney Dream manager, Alex.
17   Q.  Last name?
18   A.  They don't have last names on their tags.
19   Q.  Okay.
20   A.  And Saratoga Springs Resort Spa.  The
21   manager there was Jeff Wilson.
22   Q.  For what purpose did you go to the spa at
23   Saratoga Springs?
24   A.  I didn't go to the spa.  It was a resort,
25   the hotel where we stayed at.

---

Page 56

1    Q.  You said spa manager from the Saratoga
2    Springs?
3    A.  No.  Saratoga Springs Resort and Spa.
4    That's the name of the hotel.
5    Q.  All right.
6    A.  And the manager there is Jeff Wilson.  And
7    he brought icepacks for my face.  So he got to see
8    my condition at the time that I was there.
9    Q.  Okay.  Understood.
10   A.  And Item No. 21.
11   Q.  Let me go to 18.  Have you given to your
12   lawyer and do you know if your lawyer has given to
13   me the Disney spa personnel photographs before and
14   after?
15   A.  Yes.
16   Q.  We do have those?
17   A.  Yes.
18   Q.  Okay.  Thank you.
19       Go ahead.  Number 21.
20   A.  I don't have those pictures.  The spa has
21   those pictures.
22   Q.  Okay.
23   A.  So on No. 18, the doctor took the
24   pictures --
25   Q.  Okay.

---

Page 57

1    A.  -- and I do not have a copy of those
2    pictures.
3    A.  Item 21, under "Plaintiff against
4    subcontractor," I do not know the exact date.  So
5    I'm not sure if that's 2008.  And on 4/10, it's
6    approximately that year.  It could be off a year.
7    Q.  What injuries did you suffer in that car
8    accident?
9    A.  Just soreness.
10   Q.  Did you file a lawsuit?
11   A.  I believe the insurance filed a lawsuit.
12   Q.  Did you recover monies in that lawsuit?
13   A.  I believe we did.
14   Q.  Do you know how much?
15   A.  No.
16   Q.  Okay.
17   A.  And that is it.
18   Q.  Now, you also do work in New Mexico it
19   looks like?
20   A.  No.
21   Q.  In 2006, you had "Plaintiff in a real
22   estate contract dispute" in Grant County, New
23   Mexico.
24   A.  It was a personal property that I
25   purchased.

---

15 (Pages 54 to 57)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018        McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

Page 58

1    Q. In New Mexico?
2    A. Yes.
3    Q. All right. That's it as far as the
4  changes?
5    A. Yes.
6    Q. Okay. Who is Robert Feinstein?
7        MR. HOFFMAN: I object and instruct her
8    not to answer.
9        MS. CARTAYA: Who is he? I just want to
10   know.
11       MR. HOFFMAN: He's an answer to your
12   question, what medical doctor has said that
13   your people fell below the prevailing
14   professional standard of care.
15  BY MS. CARTAYA:
16   Q. I wanted to know if you know who
17  Dr. Robert Feinstein is. You can just answer yes or
18  no.
19   A. No.
20   Q. Who did you say your primary care
21  physician is?
22   A. Dr. Martinez.
23   Q. Martinez.
24     And where is that person located?
25   A. El Paso, Texas.

Page 59

1    Q. And when's the last time you saw that
2  doctor?
3    A. Approximately January of 2018.
4    Q. Okay. Have you seen him since?
5    A. No.
6    Q. And for what purpose?
7    A. An ear infection.
8        MS. CARTAYA: Okay. Let's have these
9    marked as a composite exhibit, please.
10       (Thereupon, the referred-to document was
11       marked by the court reporter for
12       Identification as Defendant's Exhibit 5.)
13  BY MS. CARTAYA:
14   Q. Okay. These are the photos you provided,
15  I believe.
16     Mrs. McKenzie, I've handed you what has
17  been marked as Exhibit 5, and it's a set of
18  photographs we received from your lawyer. I'd like
19  you to identify those for me.
20     That first photograph, when was that
21  taken?
22   A. Prior to the vacation.
23   Q. Okay. But how long prior to the vacation?
24  What's the date?
25   A. I'm not sure.

Page 60

1    Q. Can you estimate when it was? A week? A
2  month?
3    A. I cannot estimate.
4    Q. And the second photograph, can you tell me
5  what that depicts and when it was taken?
6    A. This was Saturday morning, December 17th.
7    Q. All right. And for what purpose did you
8  take that photograph?
9    A. I just felt concerned that I was getting a
10  reaction to my skin.
11   Q. Were you -- at that point in time were you
12  considering a claim against someone or some entity?
13   A. No.
14   Q. Before you hired your lawyer, when did you
15  first consider that you wanted to pursue a claim for
16  the injuries you allege to your face?
17   A. After I got home.
18   Q. Did you talk to anyone that suggested that
19  you should pursue a claim?
20   A. No.
21   Q. How did you know that you needed to file a
22  claim in Florida?
23   A. By trial and error.
24   Q. What does that mean?
25   A. I tried to contact an attorney at my -- at

Page 61

1  my home town, and they said, "No, we don't take
2  those cases." Eventually, I got to somebody that
3  said, "You can't do it here. You have to do it in
4  that state," and they kind of guided me through that
5  I needed to have somebody from here and it was a
6  specialized attorney for marine [sic] time or
7  something along those lines.
8    Q. Did someone refer you to Mr. Hoffman?
9    A. Yes.
10   Q. Okay. Who was that?
11   A. I don't recall the attorney's name.
12   Q. It was a lawyer that you consulted with in
13  Texas?
14   A. No. Here in Florida.
15   Q. Here in Florida.
16     What lawyer was that, before you hired
17  Mr. Hoffman, that you consulted with?
18   A. I called this law firm, and I don't
19  remember the exact name.
20   Q. They were in Florida?
21   A. Yes.
22   Q. Okay. And they referred you to
23  Mr. Hoffman?
24   A. Yes.
25   Q. Do you know the date that that happened?

                                16 (Pages 58 to 61)

51b1537e-4f4b-4935-977f-7f12a0660894

Page 62

1      A.  I don't recall the date.
2      Q.  Okay.  If you could continue through the
3   photographs and tell me when they were taken,
4   please.
5          The photograph of you and your husband?
6      A.  Yes.  Saturday, December 17th.
7      Q.  All right.  And were those taken as part
8   of the vacation or for some other purpose?
9      A.  Vacation.
10     Q.  Okay.
11     A.  My kids took that picture, and I took the
12  second picture.
13     Q.  And proceeding through, Pictures 3 and 4,
14  when were those taken?
15     A.  Saturday afternoon, December 17th.
16     Q.  For what purpose?
17     A.  Just to monitor the progress of my face
18  and how it was just worsening.
19     Q.  Were you considering that you needed the
20  photographs to pursue a claim at that time?
21     A.  I needed to document the progresses.  I
22  was feeling really ill.
23     Q.  Okay.  And the next photographs?
24     A.  Saturday evening, December 17th.
25     Q.  And No. 5?

Page 63

1      A.  Saturday late evening, December 17th.
2      Q.  And who took these photographs?
3      A.  My kids or myself.  I don't recall.
4      Q.  And No. 6?
5      A.  Saturday late evening, December 17th.
6      Q.  Again, for what purpose were these
7   Pictures 5 and 6 taken?
8      A.  They were -- my condition was just
9   worsening.
10     Q.  Okay.  And Photograph No. 7 and 8?
11     A.  Saturday late evening, December 17th.
12     Q.  And No. 8?
13     A.  Sunday morning, December 18th.
14     Q.  And you continue to take these photographs
15  for what purpose?
16     A.  Because my face just got really big and it
17  was just worsening.
18     Q.  Okay.  And No. 9?
19     A.  Monday morning, December 19th.
20     Q.  All right.  Okay.  And the other
21  photographs, No. 10?
22     A.  That was at the Disney Saratoga Springs
23  Resort and Spa Hotel.
24     Q.  And what does that No. 10 depict?
25     A.  That depicts that my skin was oozing blood

Page 64

1   and liquid and I was staining all the pillows.
2      Q.  And the lower photograph?
3      A.  That was the arm where they had done the
4   test.
5      Q.  Okay.  Photographs 11 and 12?
6      A.  Tuesday, December 20th.  I was at the
7   Disney Saratoga Springs Resort and Spa.
8      Q.  Okay.
9      A.  Number 12, the Disney Saratoga Springs
10  Resort and Spa.
11     Q.  And what does the bottom photograph
12  depict?
13     A.  This is a box of icepacks that the manager
14  brought to me.
15     Q.  Why did you take photographs of a box of
16  icepacks?
17     A.  I was just recording everything that was
18  happening to me.
19     Q.  Okay.  For the purpose of a claim?
20     A.  Possibly.
21     Q.  So you were already thinking about a claim
22  at this point in time?
23     A.  Not necessarily.  I was just recording
24  just in the event that my condition would just
25  worsen.

Page 65

1      Q.  Okay.  Next, 13 and 14?
2      A.  Wednesday, December 21st.
3      Q.  And 15?
4      A.  Friday, December 23rd.
5      Q.  And your condition is improving?
6      A.  Yes.  The swelling started coming down.
7      Q.  Okay.  Next photographs?
8      A.  This was Saturday, December 24th,
9   Christmas Eve.
10     Q.  Okay.  And all of these photographs,
11  No. 16, is Saturday, Christmas Eve?
12     A.  No.  This is part of the Friday.
13     Q.  Okay.  Number 17?
14     A.  Disney Dream Cruise, December 2016.
15     Q.  What does that photograph depict?
16     A.  That's my son.
17     Q.  And --
18     A.  He's just concerned and he didn't really
19  enjoy his trip.
20     Q.  How old is your son?
21     A.  At the time, he was 12, I believe.
22     Q.  And the last photograph on the opposite
23  page?
24     A.  This was at the cruise ship.
25     Q.  On what day?

17 (Pages 62 to 65)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018        McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

Page 66

1     A.  I'm not sure.  I wasn't present.
2     Q.  You were not present?
3     A.  No.
4     Q.  Okay.  Those are your family without you
5  there?
6     A.  Yes.
7     Q.  All right.  Now, this photograph that your
8  lawyer handed me, what is the date of that
9  photograph?
10     A.  That was 2016.
11     Q.  What date?
12     A.  I believe approximately May or June of
13  2016.
14     Q.  Okay.  And who's shown in that picture?
15     A.  My daughter Hazel and my husband Michael.
16     Q.  Okay.  When -- what was the date?  I'm
17  sorry.
18     A.  It was approximately May or June, 2016.
19     Q.  All right.  Do you have other photographs
20  from the cruise that are not included in here?
21     A.  Yes.
22     Q.  Okay.  And you have those at home?
23     A.  We've submitted them to --
24     Q.  You don't have them off the top of your
25  head?  You submitted them to your lawyer you think?

Page 67

1     A.  Yes.  Through e-mail.
2     MS. CARTAYA:  Paul, when you find them,
3  can you get them to me?
4     MR. HOFFMAN:  Absolutely.  I'm going to
5  look for them right now.
6     MS. CARTAYA:  I'm going to take a quick
7  break and find something.
8     (Whereupon, a break was taken from 11:42
9  to 11:50 a.m.)
10     MS. CARTAYA:  Mark these, please.
11     (Thereupon, the referred-to document was
12  marked by the court reporter for
13  Identification as Defendant's Exhibit 6.)
14  BY MS. CARTAYA:
15     Q.  Mrs. McKenzie, I'm handing you a set of 12
16  photographs, and I'd like to ask you, are these
17  the photographs that you were referring to that were
18  taken at the spa?
19     A.  Yes.
20     Q.  Do you know what day they were taken?
21     A.  December 16th.
22     Q.  The day of the treatment?
23     A.  The day of the treatment.
24     Q.  Okay.
25     A.  And after.  She took before and after

Page 68

1  pictures.
2     Q.  Okay.  Can you tell me which ones are
3  before and which ones are after now?
4     A.  I'm not sure how she separated these.
5     Q.  And who took the photographs?
6     A.  The spa doctor.
7     Q.  Okay.  And for what purpose?  Just to have
8  before and after pictures?
9     A.  Yes, ma'am.
10     Q.  If you can tell which are before and which
11  are after that would be helpful.
12     A.  I cannot.
13     Q.  Okay.  But they were all taken on one day,
14  the 16th?
15     A.  The 16th, and she might have taken some on
16  the 17th.
17     Q.  Can you tell which ones are on the 16th
18  and which ones are on the 17th?
19     A.  No.  The inner thigh, she might have taken
20  those on the 17th.
21     Q.  I don't have those.
22     A.  Okay.  So --
23     Q.  But these -- the face ones were all taken
24  on the 16th before and after?
25     A.  The 16th.

Page 69

1     Q.  This was after the CoolSculpting and the
2  injections were both done?
3     A.  Yes.
4     Q.  All right.  Have you discussed this case
5  with anyone other than your lawyer?
6     A.  Just my husband.
7     Q.  Okay.  Other than your husband?
8     A.  No.
9     Q.  Any friends or family?
10     A.  No.
11     Q.  All right.  Your older children, what do
12  they know about this claim?
13     A.  They just know that I suffered these
14  injuries and that I have appointments coming here.
15     Q.  Okay.  Do you expect that they will be
16  witnesses testifying in this case?
17     A.  I'm not sure.
18     Q.  Okay.  Other than the doctors that you
19  have told us about, have you seen any other doctors
20  as a result of this condition about your face?
21     A.  No.
22     Q.  And you said you're continuing to treat
23  with --
24     A.  Dr. Peter Herman.
25     Q.  Dr. Peter Herman.

18 (Pages 66 to 69)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018          McKenzie, Elizabeth   v. Steiner Transocean Limited   Elizabeth McKenzie

Page 70

1        MS. CARTAYA:  And we'll get his records
2    and provide them to you.
3        MR. HOFFMAN:  Okay.
4    BY MS. CARTAYA:
5        Q.  What diagnosis has he given you to date?
6        A.  That this could be a long-term permanent
7    sensitivity to heat and sun.
8        Q.  Long-term.  Have you asked him what does
9    he mean by long-term?
10       A.  Permanent.
11       Q.  Okay.  Has he told you if there's anything
12   that can be done to improve your condition other
13   than what has been done to date?
14       A.  Stay out of the sun, avoid heat
15   conditions, take those supplements that he's
16   prescribed, the Heliocare for the sun sensitivity,
17   provide sunscreen, just things to avoid sun
18   sensitivity and heat environments.
19       Q.  Okay.  Has he prescribed any medication
20   that you take orally?
21       A.  Rhofade for the redness.  That's what I'm
22   taking currently.
23       Q.  Are you taking any vitamins?
24       A.  I take over-the-counter vitamins.
25       Q.  Are you on any other type of medication?

Page 71

1        A.  Yes.
2        Q.  What is that?
3        A.  I'm on amoxicillin right now and some ear
4    drops and ointment for my ear.
5        Q.  Have you ever suffered from blood
6    pressure, hypertension?
7        A.  During my last pregnancy I suffered
8    preeclampsia, but it was only during the pregnancy.
9        Q.  So you are not taking any other
10   medication?
11       A.  No.
12       Q.  Do you have plans to see any other
13   physicians related to this condition?
14       A.  Not at this time.
15       Q.  Before you hired Mr. Hoffman -- before you
16   talked to any lawyers, what type of claim did you
17   think you had?
18       A.  I don't know.
19       Q.  Okay.  Before you talked to any lawyers,
20   did you have in mind a value of a claim?
21       A.  No, I do not have a value.
22       Q.  How long are you in town?
23       A.  My flight leaves tomorrow morning.
24       Q.  Okay.  And your daughter is here simply
25   just to accompany you?

Page 72

1        A.  Yes.
2        Q.  Well, I hope you get to do something fun
3    while you're here.
4        A.  She wants to see an art museum or
5    something.
6        MS. CARTAYA:  I think that's all the
7    questions I have.
8        MR. HOFFMAN:  Okay.  I have a couple.
9        MS. CARTAYA:  Want me to give you all of
10   these over here, Paul?
11       MR. HOFFMAN:  Yeah.
12             CROSS-EXAMINATION
13   BY MR. HOFFMAN:
14       Q.  In addition to Exhibit 3, the Rejuvenation
15   Spa CoolSculpting Guest Information and Medical
16   History form, and in addition to Exhibit 2, the
17   CoolSculpting Procedure Consent Form, did you sign
18   any other documents or fill out any other documents
19   in the spa?
20       A.  I remember signing some forms where I
21   specifically said I was allergic to the caine
22   family.
23       Q.  You said you -- and did you get a copy of
24   that form?
25       A.  I did not.

Page 73

1        Q.  Did you get a copy of Exhibit 2, the
2    CoolSculpting Procedure Consent Form?
3        A.  No, I did not.
4        Q.  Did you get a copy of Exhibit 3, the
5    Rejuvenation Spa CoolSculpting Guest Information and
6    Medical History form?
7        A.  I did not.
8        Q.  And you did not provide these forms to me,
9    correct?
10       A.  Correct.
11       Q.  You don't have them in your possession?
12       A.  I do not.
13       Q.  Did you request copies of these when you
14   were on the ship?
15       A.  Yes.
16       Q.  And you were told what?
17       A.  No, that I could not have copies.
18       Q.  Exhibit 3 -- I'm not going to read this
19   again.  It's impossible.  Rejuvenation Spa
20   CoolSculpting Guest Information and Medical History.
21   You notice -- I'm going to call your attention to
22   the bottom of it.  It says, "Liability Release
23   Acknowledgment and Waiver."
24       Do you see what I'm talking about here?
25       A.  Yes.

                              19 (Pages 70 to 73)

51b1537e-4f4b-4935-977f-7f12a0660894

8/13/2018      McKenzie, Elizabeth  v. Steiner Transocean Limited Elizabeth McKenzie

Page 74

1      Q.   Okay.  Did you understand that you were
2  releasing the spa, Steiner Transocean -- did you
3  understand you were releasing them from any claims
4  that you might have against them at the time that
5  you signed this form?
6          MS. CARTAYA:  Objection.
7  BY MR. HOFFMAN:
8      Q.   Let me ask it another way.
9          You didn't understand at the time you
10 signed this form that you were releasing them from
11 any claims; is that right?
12         MS. CARTAYA:  Objection.
13         THE WITNESS:  That's correct.
14 BY MR. HOFFMAN:
15     Q.   And this form was not explained to you on
16 the ship, was it?
17     A.   No.
18     Q.   And you were just handed this form and
19 asked to check the boxes and sign it, correct?
20         MS. CARTAYA:  Objection.
21         THE WITNESS:  Correct.
22 BY MR. HOFFMAN:
23     Q.   And you were handed this consent procedure
24 form and you were told to sign it and date it,
25 correct?

Page 75

1      A.   Correct.
2          MS. CARTAYA:  Objection.
3  BY MR. HOFFMAN:
4      Q.   And you specifically told the doctor in
5  the spa that you were allergic to the caine family,
6  correct?
7      A.   I did.
8      Q.   And you did that both orally and in
9  writing?
10     A.   Yes.
11     Q.   Ms. Cartaya asked you if you can still
12 cook.
13         Do you still bake?
14     A.   No.
15     Q.   You have your daughter do the baking now?
16     A.   Yes.
17     Q.   Okay.  And why is that?
18     A.   It's just too hot.
19     Q.   And did you bake before this incident with
20 the spa and the cream and all that?
21     A.   Yes.
22     Q.   Are there other activities, things that
23 you do, hobbies, et cetera, that you have -- that
24 have been affected by this?
25     A.   Yes.

Page 76

1      Q.   And like what for example?
2      A.   Taking hot showers.
3          (Knock at the door.)
4          MS. CARTAYA:  Yes?
5          MS. SINGER:  Sorry.  Tammy from your
6  office told me to print these for you guys.
7          MR. HOFFMAN:  Are these additional?
8          MS. SINGER:  We have those in our file.
9          MS. CARTAYA:  Wait.  Off the record.
10         (Whereupon, an off-the-record discussion
11         was had.)
12 BY MR. HOFFMAN:
13     Q.   Has this incident, the condition of your
14 face, now affected your painting or sculpting
15 hobbies?
16     A.   Yes.
17     Q.   In what way?
18     A.   I'm -- I can't go outdoors.  So my
19 sculpting projects have come to a halt.
20     Q.   And what kinds of sculpting did you used
21 to do?
22     A.   Mostly a variety, canvas, but my projects
23 are very messy, so I have to do them outside.
24     Q.   And so you don't sculpt anymore?
25     A.   No, I don't sculpt anymore.

Page 77

1      Q.   And if I asked you to send me pictures of
2  things you had sculpted in the past, could you do
3  that?
4      A.   Yes.
5      Q.   You own a vacation home or cabin in New
6  Mexico?
7      A.   Yes.
8      Q.   Where is that located?
9      A.   Lake Roberts, New Mexico.
10     Q.   How long have you owned it?
11     A.   Since 2002.
12     Q.   Okay.  Have you -- has your -- what's
13 happened to you, has the sensitivity to heat and the
14 sunlight affected your ability to go down and use
15 the cabin?
16     A.   Yes.
17     Q.   Or up, I guess.
18         How has it affected you in doing that?
19     A.   We just don't visit it as often just
20 because it's hot or the hot springs.  You know, we
21 can't use those anymore.  We used to do that.  So we
22 don't get to use it as often as we used to.
23     Q.   Did you used to go hiking as a hobby?
24     A.   Yes.
25     Q.   And do you do that now?

20  (Pages 74 to 77)

51b1537e-4f4b-4935-977f-7f12a0660894

Page 78

1    A. No.
2    Q. Why is that?
3    A. Just the heat elements outdoors.
4    Q. And spicy foods, do you still eat spicy
5  foods?
6    A. Very mild.
7    Q. Okay. And what -- and what's the
8  significance of Hatch, New Mexico, in terms of your
9  life?
10   A. We used to have a family tradition where
11 we would go to Hatch, New Mexico, and we would pick
12 the peppers from the fields, and then, we would
13 collect like a huge sack, take them home, and pickle
14 them. And this was around August, September. And
15 then, we would gift them for Christmas. And so, we
16 don't get to pick them anymore. We just buy the
17 sack. So it's affected those activities too.
18   Q. Why can't you go pick them anymore?
19   A. Because it's outdoors, it's the heat,
20 it's -- New Mexico is hot.
21   Q. When you go outside, how do you protect
22 yourself from the sun?
23   A. I use an umbrella or a hat.
24   Q. And did you bring the umbrella with you
25 today?

Page 79

1    A. Yes.
2    Q. Is that it over there?
3    A. No.
4    Q. That's not it?
5    A. No.
6    Q. But you have the umbrella?
7    A. Yes.
8    Q. You brought it on the trip with you here?
9    A. Yes.
10   Q. Did you have any plans to buy a
11 motorcycle?
12   A. Yes.
13   Q. And are you still going to buy the
14 motorcycle?
15   A. No.
16   Q. Why can't you get the motorcycle?
17   A. Because we can't enjoy it. You're exposed
18 to the elements, so I'm not going to do that.
19   Q. Who is Dr. Kovich?
20   A. Kovich is a doctor I saw in Vancouver
21 Canada for ear pain.
22   Q. That's another one besides Brandt Miles?
23   A. Dr. Kovich is --
24   Q. Don't look at my notes. It's not good
25 procedure.

Page 80

1    A. Kovich is -- I was just trying to see how
2  it was spelled. Kovich is an ENT, ear, nose, and
3  throat doctor, and I saw him recently, which I'm
4  taking the amoxicillin and the ear drops for an ear
5  infection.
6    Q. Okay.
7    A. And he's located in El Paso, Texas.
8    Q. Do you have his address for Ms. Cartaya?
9    A. He's on George Dieter Street in El Paso.
10   MS. CARTAYA: Did we get a first name?
11   THE WITNESS: No. Dr. Kovich.
12   MR. HOFFMAN: Okay. That's all I have.
13           REDIRECT EXAMINATION
14 BY MS. CARTAYA:
15   Q. Let me do a couple of follow-ups.
16     I heard you said you used to do sculpting,
17 correct?
18   A. Yes.
19   Q. Then I heard you say that you used canvas.
20 So I'm trying to figure out was it painting or was
21 it sculpting?
22   A. Both.
23   Q. Did you ever sell your work?
24   A. No.
25   Q. This was just for your recreation?

Page 81

1    A. Yes.
2    Q. Do you have the paintings and the
3  sculptings at your home?
4    A. Yes.
5    Q. Okay. So he can get pictures of the type
6  of work you used to do?
7    A. Yes.
8    Q. Okay. Remind me again, please, what date
9  this picture was taken?
10   A. I don't recall.
11   Q. How many years before? You have no idea?
12   A. I don't recall the date.
13   MS. CARTAYA: Okay. Let me -- if you
14 don't mind, can I take a picture of her now to
15 depict what she was talking about?
16   MR. HOFFMAN: Of course.
17   MS. CARTAYA: Hold on.
18   (Whereupon, a break was taken from 12:09
19 to 12:10 p.m.)
20   MR. HOFFMAN: Do you have photographs of
21 yourself from 2015, 2014, 2013, 2012?
22   THE WITNESS: Yes.
23   MS. CARTAYA: Okay. I'm going to ask you
24 to send me -- do you want all the pictures or a
25 sample?

21  (Pages 78 to 81)



### Page 82

1   MS. CARTAYA:  No.  Just samples of
2   photographs.  One for each year is fine.
3       MR. HOFFMAN:  Can you do that, please?
4       THE WITNESS:  Yes.
5       MS. CARTAYA:  That would be very helpful.
6       MR. HOFFMAN:  You can send them to me and
7   I'll send them to Carmen.
8       MS. CARTAYA:  Let me just take the
9   picture.
10  BY MS. CARTAYA:
11      Q.  What makeup do you use?
12      A.  Rimmel.
13      Q.  Is that specialty for skin conditions?
14      A.  No.  It's over-the-counter.
15      Q.  Let me just take a photograph.
16      MS. CARTAYA:  Thank you.  I think that's
17  all we have.
18      Read or waive?
19      MR. HOFFMAN:  We'll read.
20      Are you ordering?
21      MS. CARTAYA:  Yes.
22      MR. HOFFMAN:  I'll take a copy.
23      THE COURT REPORTER:  How do you like it?
24      MR. HOFFMAN:  Copy, E-Tran, and I want the
25  exhibits.

### Page 83

1       THE COURT REPORTER:  Colored or black and
2   white?
3       MR. HOFFMAN:  Colored.
4       (Deposition concluded at 12:12 p.m.)

---

**CERTIFICATE OF OATH**

STATE OF FLORIDA  )

COUNTY OF BROWARD  )

I, the undersigned authority, certify that
ELIZABETH McKENZIE personally appeared before me and
was duly sworn.
    WITNESS my hand and official seal this
22nd day of August, 2018.

_____
KELLY A. ESPOSITO
Notary Public, State of Florida
My Commission No. FF148137
Expires: 9/3/2018

+ + + + + + + + + + + + + + + +
**CERTIFICATE**
STATE OF FLORIDA  )
COUNTY OF BROWARD  )
    I, KELLY A. ESPOSITO, do hereby certify
that I was authorized to and did stenographically
report the foregoing deposition of ELIZABETH
McKENZIE; that a review of the transcript was
requested; and that the transcript is a true record
of my stenographic notes.
    I FURTHER CERTIFY that I am not a
relative, employee, attorney, or counsel of any of
the parties, nor am I a relative or employee of any
of the parties' attorney or counsel connected with
the action, nor am I financially interested in the
action.
    Dated this 22nd day of August, 2018.

_____
KELLY A. ESPOSITO

---

ALPHA & OMEGA REPORTING SERVICES, INC.
1776 EAST SUNRISE BOULEVARD, FIRST FLOOR
FORT LAUDERDALE, FLORIDA 33304
954.523.6422

Paul Hoffman, Esq.
2881 E. Oakland Park Blvd., Suite 307
Ft. Lauderdale, Florida 33306

Re: Elizabeth McKenzie v. Steiner Transocean Limited

Case No. 1:17-cv-24469

Mr. Hoffman:
    Enclosed please find your copy of the
deposition of Elizabeth McKenzie, which was taken on
August 13, 2018, in the above-entitled case.  Also
attached are forms of Affidavit and an Errata Sheet
to be completed by the deponent when reading your
copy of the deposition.  These forms are
self-explanatory.
    After the deponent has completed these
forms, please return them to me at the above address
for inclusion in the original transcript.
    Thank you for your cooperation,

_____
Kelly A. Esposito

22 (Pages 82 to 85)

51b1537e-4f4b-4935-977f-7f12a0660894

```
 1          ERRATA SHEET
 2    ELIZABETH McKENZIE V. STEINER TRANSOCEAN LIMITED
      Deponent:  Elizabeth McKenzie
 3    Date of :  August 13, 2018
      Case No.:  1:17-cv-24469
 4
      Page _____ Line _____
 5    Now Reads:_____
      Should Read: _____
 6    Reason for Change: _____
 7    Page _____ Line _____
      Now Reads:_____
 8    Should Read: _____
      Reason for Change: _____
 9
      Page _____ Line _____
10    Now Reads:_____
      Should Read: _____
11    Reason for Change: _____
12    Page _____ Line _____
      Now Reads:_____
13    Should Read: _____
      Reason for Change: _____
14
      Page _____ Line _____
15    Now Reads:_____
      Should Read: _____
16    Reason for Change: _____
17    Page _____ Line _____
      Now Reads:_____
18    Should Read: _____
      Reason for Change: _____
19
      Page _____ Line _____
20    Now Reads:_____
      Should Read: _____
21    Reason for Change: _____
22        Under penalties of perjury, I declare that I
      have read the foregoing transcript, and together
23    with any changes made above the facts stated herin
      are true.
24
25    Date:_____ Signature:_____
```

Alpha & Omega Reporting Services, Inc.
(954) 523-6422

51b1537e-4f4b-4935-977f-7f12a0660894

## A

**a.m** 1:12,21 31:8
 43:24 67:9
**ability** 51:14
 77:14
**able** 47:7,15
 49:3,4
**above-entitled**
 85:12
**Absolutely** 16:6
 25:9,9 67:4
**accident** 57:8
**accompany**
 71:25
**account** 8:8
**accurate** 53:5
**Acknowledgm...**
 73:23
**action** 84:20,20
**active** 48:14
**activities** 5:16
 30:4 36:18
 38:22 47:2,9
 47:17 48:7,10
 48:15,18,23
 49:6 75:22
 78:17
**actual** 21:21
 52:20
**addition** 44:23
 72:14,16
**additional** 53:20
 76:7
**address** 4:10,13
 6:5 50:25 80:8
 85:15
**advised** 32:15
**Affidavit** 85:12
**afternoon** 33:21
 62:15
**age** 4:4
**ages** 4:22
**aggressive** 21:16
**ago** 22:25 23:22
 24:17,17
**agonizing** 35:13

**agreed** 2:21
**ahead** 30:4
 52:16 56:19
**airway** 35:25
**Alaska** 54:22
**Alex** 55:16
**allege** 60:16
**alleged** 8:5
**allergic** 22:17,20
 22:23 23:8,10
 23:14,22 24:24
 25:3,13,20,25
 26:2,3,7 31:18
 33:9 40:9 41:9
 44:14,19,21
 45:7 72:21
 75:5
**allergies** 8:4
 22:13 35:3
 44:16
**allergy** 25:4
**allotted** 17:18
**ALPHA** 2:16
 85:1
**amoxicillin** 71:3
 80:4
**answer** 20:4
 58:8,11,17
**answered** 51:8
**answers** 3:13
 45:18 49:16,23
 50:1,10
**anymore** 30:17
 76:24,25 77:21
 78:16,18
**appear** 43:7
**APPEARAN...**
 2:1
**appeared** 84:5
**appears** 19:3,8
 19:11,14
**application**
 45:22
**applied** 23:3,5
 24:25 26:9,13
 26:19 27:12,15

 27:21 33:10
**apply** 25:15,24
 27:15,23
**applying** 22:20
 24:25
**appointment**
 12:12,13,25
 13:1,18 14:8
 20:24 40:3
**appointments**
 12:16 14:13
 15:14 69:14
**approached**
 13:11
**approximately**
 11:14,16 24:17
 28:9 29:9
 33:20 34:8,15
 42:13 52:13,15
 53:1 54:16
 55:9 57:6 59:3
 66:12,18
**April** 55:8
**arm** 27:2,3,7
 64:3
**arrived** 11:7
 12:20 39:17
**art** 72:4
**asked** 7:11 39:19
 44:15 50:23
 70:8 74:19
 75:11 77:1
**asking** 32:4,6
**asleep** 35:9,14
 36:14
**assigned** 10:10
**attached** 50:2
 85:12
**attend** 47:15
**attending** 6:1
**attention** 73:21
**attorney** 60:25
 61:6 84:18,19
**attorney's** 61:11
**August** 1:11
 43:8,9,12,15

 78:14 84:6,21
 85:12 86:3
**authority** 84:4
**authorization**
 43:21
**authorized**
 84:15
**Avenue** 51:5
**avoid** 47:2 48:7
 70:14,17

## B

**bachelor's** 5:22
**back** 12:14,25
 14:16 15:3,16
 20:8,10 26:20
 29:3,18 30:20
 30:24,25 31:11
 34:11 35:12,19
 36:13,22 37:11
 38:13 39:2,5
 50:17 52:7
 54:25
**bake** 75:13,19
**baking** 75:15
**baseball** 47:15
 48:11
**basing** 20:3
**basis** 5:15
**bear** 9:16
**beds** 33:13
**beginning** 20:23
**behalf** 1:19 2:2,7
**believe** 7:25 8:1
 18:15 24:5
 33:6 36:10
 37:3,13,15
 39:4 44:18
 51:7 57:11,13
 59:15 65:21
 66:12
**benefit** 13:12
**benefits** 17:6
 19:24
**benzocaine**
 22:18 25:21

**Betty** 4:24
**big** 52:14 63:16
**billed** 21:1,3
**bit** 29:18
**black** 83:1
**blocked** 35:25
**blood** 63:25 71:5
**Blue** 34:10
**Blvd** 1:10 2:8
 85:4
**boarded** 9:2
**boat** 34:10
**body** 47:6 51:23
**book** 39:13
**Botox** 22:10
**bottom** 18:22
 19:1,6,10,13
 19:17 44:5
 64:11 73:22
**Boulevard** 2:4
 2:17 85:1
**box** 2:9 64:13,15
**boxes** 74:19
**Brandt** 53:22
 79:22
**break** 18:13
 31:5,6,7 43:23
 67:7,8 81:18
**briefly** 20:17
**bring** 7:11,14
 21:15 31:20,22
 78:24
**brought** 21:14
 32:4 56:7
 64:14 79:8
**BROWARD**
 84:3,14
**building** 52:25
**built** 52:20
**burn** 32:1
**burning** 16:15
**business** 4:20
 5:11,12,13,19
 5:24 6:8
**businesses** 5:7
**buy** 78:16 79:10

79:13

## C

C 4:11
cabin 10:10
  36:13 77:5,15
cabins 10:11
caine 22:17,20
  22:23 23:1,9,9
  24:2,24 25:2,4
  25:13,20 26:2
  31:18 40:9
  41:10,12 44:14
  44:19 45:8
  72:21 75:5
caines 25:23
California 54:10
call 11:9 73:21
called 10:25
  11:14 45:2
  46:10 61:18
Canada 53:21
  79:21
Canaveral 37:22
canceled 14:17
canvas 76:22
  80:19
Cape 37:22
car 4:20,21 57:7
care 21:13 32:12
  58:14,20
Carmen 2:10
  82:7
Carreon 55:5
Cartaya 2:8,10
  3:4,6 4:8 6:23
  7:4,7,20,23
  8:11,23 9:4,6
  9:11,18 16:4,7
  17:15,21 18:1
  18:7,11,16,23
  18:24 20:8,13
  24:10 25:7,10
  25:11 31:6,9
  41:14,19,22
  42:1,20,25

43:5,17,25
  45:13,17 47:21
  48:1,4,9 49:21
  50:5,7,8,16,21
  58:9,15 59:8
  59:13 67:2,6
  67:10,14 70:1
  70:4 72:6,9
  74:6,12,20
  75:2,11 76:4,9
  80:8,10,14
  81:13,17,23
  82:1,5,8,10,16
  82:21
case 36:1 46:20
  69:4,16 85:8
  85:12 86:3
cases 61:2
Castaway 10:24
  11:1
catheter 37:9
certain 7:12,12
  50:9
CERTIFICATE
  84:1,12
certify 84:4,15
  84:18
cetera 75:23
chair 21:6,12
Change 86:6,8
  86:11,13,16,18
  86:21
changed 20:24
  48:8
changes 52:17
  58:4 86:23
charge 32:18,20
check 74:19
child 22:24 23:5
children 4:14,23
  10:1,8 15:5
  36:7 48:10
  69:11
chin 13:12 14:6
  27:13 42:9
Christmas 65:9

65:11 78:15
City 4:12
claim 60:12,15
  60:19,22 62:20
  64:19,21 69:12
  71:16,20
claiming 49:13
claims 74:3,11
client 18:6,12
cold 20:20 22:3
  22:3 27:14
  31:25 48:6
collect 78:13
Colored 83:1,3
come 13:20
  30:20 76:19
coming 26:20
  65:6 69:14
Commencing
  1:21
Commission
  84:9
company 4:19
  6:11,12 49:4
complaints
  14:23
completed 85:13
  85:15
compliant 43:21
composite 59:9
concerned 35:24
  60:9 65:18
concluded 83:4
condition 30:10
  41:2 46:23
  47:12 56:8
  63:8 64:24
  65:5 69:20
  70:12 71:13
  76:13
conditions 70:15
  82:13
confirm 25:3
connected 84:19
consent 3:10
  18:25 45:1

72:17 73:2
  74:23
consider 60:15
considering
  60:12 62:19
construction
  4:19 6:11,12
  6:15 49:4
consult 23:15
  24:1,4,15,18
consultation
  13:13
consulted 61:12
  61:17
contact 60:25
continue 62:2
  63:14
continuing
  69:22
contract 57:22
conversation
  16:21,23,24
cook 47:7,8
  75:12
cool 28:22 29:7
coolsculpting
  3:11 14:5
  16:13 17:3
  21:22 27:5,11
  28:8 34:4 45:3
  51:12 69:1
  72:15,17 73:2
  73:5,20
cooperation
  85:17
copied 43:18
copies 44:24
  45:11 73:13,17
copy 15:23,25
  16:1,3 32:7,10
  57:1 72:23
  73:1,4 82:22
  82:24 85:11,13
correct 9:17
  15:1,2 21:20
  23:11 31:12

40:7 44:11
  45:21 50:11
  73:9,10 74:13
  74:19,21,25
  75:1,6 80:17
cost 52:25
costs 9:16
counsel 2:22
  43:6 50:9
  84:18,19
counter 35:2
  38:4
County 57:22
  84:3,14
couple 26:16
  28:12 29:23
  34:5 38:21
  72:8 80:15
course 50:19
  81:16
court 1:1 7:2
  17:24 20:10
  24:8 41:17
  45:15 59:11
  67:12 82:23
  83:1
cover 47:17
coverage 8:14
  8:15
covered 30:21
cream 22:20
  23:3,6,8,13
  25:22 27:15,23
  28:2 33:9
  42:17 46:5
  75:20
creams 24:25
  40:20,21
create 47:5
creative 52:5
Cross 3:5
CROSS-EXA...
  72:12
cruise 8:1,6 9:20
  9:22,25 10:14
  10:16,23 11:7

8/13/2018        McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

23:24 36:15
40:10,15 54:8
54:21 65:14,24
66:20
**cruises** 54:19
**currently** 70:22
**customary** 19:21
20:18

**D**

**D** 3:1
**dab** 26:5
**dad** 39:25,25
**daily** 47:9
**date** 9:21 41:25
57:4 59:24
61:25 62:1
66:8,11,16
70:5,13 74:24
81:8,12 86:3
86:25
**dated** 8:20 84:21
**dates** 8:24 53:18
**daughter** 66:15
71:24 75:15
**day** 34:11 35:15
36:15,18,20,25
37:2 39:17
45:19,20 65:25
67:20,22,23
68:13 84:6,21
**day-to-day** 5:15
**days** 29:24
38:21,22 54:16
**dealer** 4:21,21
**December** 9:23
27:6 33:18
54:8 60:6 62:6
62:15,24 63:1
63:5,11,13,19
64:6 65:2,4,8
65:14 67:21
**decide** 9:19
**decided** 11:5,9
**declare** 86:22
**Defendant** 1:8

1:19 2:7
**Defendant's** 7:3
7:4 17:22,25
18:18 41:15,18
44:2 45:16
49:16 59:12
67:13
**DEFENSE** 3:8
**Department**
51:2,3
**depict** 63:24
64:12 65:15
81:15
**depicting** 8:16
8:18
**depicts** 60:5
63:25
**deponent** 85:13
85:15 86:2
**deposition** 1:14
1:20 2:23 3:10
6:21 7:5 9:13
18:5 47:20
48:5 83:4
84:16 85:11,13
**dermatologist**
23:15,20 24:1
24:6,16,19,21
39:11,25
**describe** 30:12
46:1
**describes** 19:23
**detail** 19:23
**detox** 51:22
**Development**
5:12 6:16
**diagnosis** 70:5
**Dieter** 80:9
**different** 6:12,13
16:11,12 26:3
48:23 52:10
**dinner** 28:16,17
28:19 29:2
**Direct** 3:4 4:7
**discoloration**
42:9,17

**discomfort**
20:20 45:25
46:2
**discuss** 12:23
13:9 14:4 15:8
15:19 17:2,5
17:16 18:12
21:21 22:7,13
22:16
**discussed** 14:5
15:20 17:3
69:4
**discussion** 43:3
76:10
**disembark**
10:19 36:25
37:19,22
**disembarked**
37:1,4,8 38:11
**disembarkment**
37:21
**Disney** 38:19
54:22 55:16
56:13 63:22
64:7,9 65:14
**dispute** 57:22
**DISTRICT** 1:1
1:1
**doctor** 9:10 13:6
13:25 16:22,25
19:20 20:15,21
21:17,18 23:3
23:5 24:13,22
25:12 31:19
33:1 35:21
38:10 39:14
46:5,12 53:20
53:24 56:23
58:12 59:2
68:6 75:4
79:20 80:3
**doctors** 8:2
69:18,19
**document** 7:1,9
7:11,18 17:23
18:7,19 19:16

19:22,25 32:5
41:16 44:2
45:6,6,9,14
49:22 59:10
62:21 67:11
**documents** 7:12
7:14 18:4
22:19 45:12
53:18 72:18,18
**doing** 13:13
42:14 77:18
**dolphins** 30:2,15
**door** 47:19 76:3
**double** 13:12
14:6
**Dr** 9:9 24:5 33:6
40:5 42:12
43:7 51:5
53:15,22 55:5
58:17,22 69:24
69:25 79:19,23
80:11
**Dream** 55:16
65:14
**drill** 11:8,12
12:18,19 14:16
14:18,22,25
15:14
**drops** 71:4 80:4
**duces** 7:21
**duly** 4:4 84:5

**E**

**E** 1:10 2:8,17
3:1 85:4
**e-mail** 18:3 67:1
**E-Tran** 82:24
**ear** 54:1 59:7
71:3,4 79:21
80:2,4,4
**earache** 54:1
**early** 11:7
**ears** 50:24 51:4
**East** 2:4 51:5
85:1
**eat** 78:4

**education** 5:20
**Edward** 4:17 5:1
**effects** 19:21
**El** 6:3 24:14
51:5 58:25
80:7,9
**elements** 78:3
79:18
**Elizabeth** 1:4,16
4:2,11,24,25
84:5,16 85:6
85:11 86:2,2
**embark** 10:17
**emergency** 11:8
11:12 32:12,15
32:17,22 33:2
33:16 36:8,12
36:22 37:6,7
38:10 39:8
**employed** 5:6
**employee** 84:18
84:19
**employment**
48:25
**Enclosed** 85:11
**engage** 38:23
**enjoy** 48:15,22
65:19 79:17
**ENT** 80:2
**entailed** 21:22
**entered** 47:20
**entire** 34:11
**entirely** 15:7
**entity** 60:12
**environments**
47:3 70:18
**errand** 43:20
**Errata** 85:12
86:1
**error** 50:10 51:8
53:10 60:23
**Esposito** 2:16
84:8,15,23
85:20
**Esq** 2:5,10 85:3
**estate** 57:22

estimate 34:23
  60:1,3
et 75:23
Eve 65:9,11
evening 62:24
  63:1,5,11
event 64:24
Eventually 61:2
exact 38:8 41:5
  57:4 61:19
exactly 37:20
Examination
  3:2 4:7 80:13
examined 50:24
  51:1,4
examiner 50:25
example 76:1
excursion 30:14
  34:7,9
excursions 29:25
exhibit 7:3,4
  17:25 18:18
  41:18 44:2
  45:2,16 59:9
  59:12,17 67:13
  72:14,16 73:1
  73:4,18
exhibits 3:8
  82:25
exited 48:5
expect 69:15
expenses 7:25
  8:5,9 53:3
Expires 84:10
explain 20:5
  21:2 41:3
explained 20:17
  31:17 33:9
  74:15
explore 48:23
exposed 79:17
extra 11:8
eyes 50:24 51:1

F
face 8:17,18

25:18 26:10
29:20 30:10,21
31:16 35:17
42:8 45:20,24
56:7 60:16
62:17 63:16
68:23 69:20
76:14
facts 86:23
fall 35:9 36:14
family 10:2
  22:18,21,23
  23:2,9,9 24:2
  24:24 25:13,20
  26:2 28:16,18
  28:19 31:18
  40:10 41:10,12
  44:14,19 45:8
  48:14,17 54:11
  66:4 69:9
  72:22 75:5
  78:10
far 5:16 21:22
  58:3
fat 16:15 53:16
feel 20:19,21
  22:2 28:4
  29:23 35:9
feeling 27:13
  62:22
feels 46:3,3
feet 52:13
Feinstein 58:6
  58:17
fell 35:13 58:13
felt 20:15,16,22
  60:9
FF148137 84:9
fields 78:12
figure 80:20
figured 18:8
file 57:10 60:21
  76:8
filed 4:3 57:11
fill 44:8,20 72:18
filled 37:25

44:25
filler 16:17 22:6
fillers 14:6 17:4
  27:22
filling 32:7
financially 84:20
find 39:14 67:2
  67:7 85:11
fine 32:21 82:2
finish 28:21
finishing 5:21
firm 2:3 61:18
first 2:17 4:4
  5:12 12:20
  20:4 22:24
  24:11 27:10
  29:13,19 33:5
  33:24 39:16
  40:1 54:5
  59:20 60:15
  80:10 85:1
FL 2:4,9,17
flare-up 46:20
  46:22
flight 39:21,24
  53:4 71:23
Floor 2:17 85:1
Florida 1:1,11
  38:14,15,16
  60:22 61:14,15
  61:20 84:2,9
  84:13 85:2,4
fly 39:5
follow 50:17
follow-ups 80:15
following 29:15
  35:15 39:17
  40:4
follows 4:5
foods 48:7 78:4
  78:5
footage 52:12
foregoing 84:16
  86:22
forehead 14:7
  17:4

form 20:2,11
  32:4 44:8 45:4
  72:16,17,24
  73:2,6 74:5,10
  74:15,18,24
forms 44:20
  72:20 73:8
  85:12,13,15
Fort 1:11 10:18
  10:21 37:5,18
  37:19 85:2
four 4:14 10:1,6
  10:8 30:20
fourth 36:20,25
  37:2
Friday 65:4,12
friends 10:4
  69:9
front 52:8
frown 21:23
  22:4,6 27:21
Ft 2:4,9,17 85:4
fully 19:25
fun 72:2
FURTHER
  84:18

G
games 47:16
  48:11
Gary 11:21,22
  11:24 12:7,9
  12:22,23 31:4
  31:4,11,13,14
gel 27:17
George 80:9
getting 13:19
  20:25 29:18
  33:10 42:9
  60:9
gift 78:15
give 4:15 18:17
  32:9 34:25
  35:5 49:11,18
  72:9
given 18:3 43:6

44:20 51:24
  56:11,12 70:5
go 5:25 8:23
  9:19 10:23
  11:5,6 13:24
  16:23 28:14
  30:1,4,24
  35:19 36:5,7
  36:22,24 37:4
  38:10,13 39:2
  39:7,8,10 43:7
  45:18 48:22
  49:4,7,24
  50:12 51:18
  52:16 54:19,21
  55:22,24 56:11
  56:19 76:18
  77:14,23 78:11
  78:18,21
going 9:12 18:17
  18:23 20:19
  22:2,5,7 25:17
  29:23 43:19
  48:16 49:15
  67:4,6 73:18
  73:21 79:13,18
  81:23
Goldman 51:5
gonna 18:4
good 51:22
  79:24
Grant 57:22
guess 77:17
Guest 3:11 45:3
  72:15 73:5,20
guided 61:4
guys 76:6

H
halt 76:19
hand 49:15 84:6
handed 7:24
  18:25 59:16
  66:8 74:18,23
handing 67:15
handle 30:17

40:25
**handwriting**
45:7
**happened** 26:23
27:10 28:13,14
34:1 35:10
36:11,21 40:10
61:25 77:13
**happening**
64:18
**hat** 78:23
**Hatch** 78:8,11
**Hazel** 4:25 66:15
**head** 10:13
66:25
**health** 8:13
**heard** 80:16,19
**heat** 47:1,6
51:18 70:7,14
70:18 77:13
78:3,19
**Heliocare** 46:11
70:16
**help** 39:24 46:7
**helpful** 68:11
82:5
**helps** 46:9
**heretofore** 4:3
**herin** 86:23
**Herman** 39:11
39:12,16 40:6
42:2,12,21
43:7 69:24,25
**hiking** 77:23
**HIPAA** 43:21
**hired** 60:14
61:16 71:15
**History** 3:12
72:16 73:6,20
**hobbies** 75:23
76:15
**hobby** 77:23
**Hoffman** 2:3,5
3:5 7:6,22,25
8:12 9:1,5,7,17
16:6 17:13

18:2,10,14,20
20:2,4,11 24:7
25:9 31:5
41:21,24 42:23
43:2,19 49:18
50:6,13,19
58:7,11 61:8
61:17,23 67:4
70:3 71:15
72:8,11,13
74:7,14,22
75:3 76:7,12
80:12 81:16,20
82:3,6,19,22
82:24 83:3
85:3,10
**hold** 37:10 81:17
**home** 4:9 51:15
51:21 52:3
60:17 61:1
66:22 77:5
78:13 81:3
**hope** 72:2
**Horizon** 4:12
**hospital** 34:16
34:19 35:11,19
**hot** 31:17 46:3
47:2 48:16
75:18 76:2
77:20,20 78:20
**hotel** 55:25 56:4
63:23
**hour** 34:21,21
**hours** 26:17 28:9
29:9 34:5
**house** 52:7,8,9
52:10,11
**huge** 78:13
**husband** 4:14,16
5:8,11,13 10:1
15:6,8,19 36:6
48:19 62:5
66:15 69:6,7
**husband's** 54:10
**hypertension**
71:6

**I**
**I.V** 35:24,25
**icepacks** 31:25
56:7 64:13,16
**idea** 81:11
**Identification**
7:3 17:25
41:18 45:16
59:12 67:13
**identify** 18:21
19:5 59:19
**II** 5:1
**ill** 62:22
**immediate** 28:3
**immediately**
38:14
**impossible** 73:19
**improve** 70:12
**improving** 65:5
**incident** 8:6,16
8:21 23:19,21
32:6 75:19
76:13
**include** 51:11
52:20 55:13
**included** 66:20
**includes** 52:19
53:4
**including** 53:7
**inclusion** 85:16
**income** 53:8
**incurred** 8:5
**individually**
32:20
**indoor** 49:6
**infection** 54:1
59:7 80:5
**infirmary** 33:1
**inform** 16:10,14
**information**
3:12 7:12
16:18 45:3
72:15 73:5,20
**infrared** 51:15
51:16 52:19
**ingredients**

23:12 25:23
**initial** 28:15
29:16 33:15
**initials** 19:1
**injected** 33:14
**injection** 34:25
40:21
**injections** 14:6
16:18 17:4
22:6 26:14,15
27:5,9,20,21
27:24 28:10
53:16 69:2
**injuries** 57:7
60:16 69:14
**inner** 28:22 29:7
34:4 51:11
68:19
**input** 49:12
**installed** 51:15
51:21
**instruct** 58:7
**insurance** 8:13
57:11
**interested** 13:13
13:18 84:20
**interior** 51:25
**interrogatories**
3:13 45:19
49:17,24
**irritate** 30:15
**irritated** 46:3
**island** 30:19
37:12,13,14,15
37:17 38:1
**it'll** 41:1
**item** 45:13 50:20
51:9,14 52:18
53:13 55:11
56:10 57:3
**Items** 7:13
**itinerary** 10:22

**J**
**James** 4:24
**January** 51:2

59:3
**Jeff** 55:21 56:6
**Jill** 2:13 9:1
43:20 47:23
**job** 49:5,7
**June** 51:4 53:21
54:5,13 66:12
66:18
**jurat** 50:4,5

**K**
**Karen** 39:11,12
39:16
**keep** 16:1 28:16
28:20
**Kelly** 2:16 84:8
84:15,23 85:20
**kept** 16:2,2
**Key** 10:24 11:1
**kidding** 42:23
**kids** 62:11 63:3
**kind** 61:4
**kinds** 76:20
**Knock** 47:19
76:3
**know** 15:10 18:2
20:19 32:18
34:8 39:12
41:21 45:11
46:9 50:4 53:4
55:15 56:12
57:4,14 58:10
58:16,16 60:21
61:25 67:20
69:12,13 71:18
77:20
**Kovich** 79:19,20
79:23 80:1,2
80:11

**L**
**labortory** 52:4
**lady** 21:15
**Lagoon** 34:10
**Lake** 77:9
**lanocaine** 22:18

25:21 28:2
**large** 52:11
**late** 63:1,5,11
**lather** 26:9
**Lauderdale** 1:11
 2:4,9,17 10:18
 10:21 37:5,18
 37:19 85:2,4
**law** 2:3 61:18
**lawful** 4:4
**lawsuit** 57:10,11
 57:12
**lawyer** 51:24
 56:12,12 59:18
 60:14 61:12,16
 66:8,25 69:5
**lawyers** 71:16
 71:19
**learn** 12:4 22:22
**learned** 22:24
**leave** 39:21
**leaves** 71:23
**leaving** 26:20
 39:24
**led** 11:6
**left** 35:25 36:11
**left-hand** 44:11
**let's** 6:23 16:23
 17:21 41:14
 51:16 55:4
 59:8
**liability** 52:18
 73:22
**life** 48:8 78:9
**light** 42:17
**lightning** 46:5
**limit** 46:23
**limited** 1:7 48:8
 48:15,19 49:5
 85:6 86:2
**limits** 47:5
**line** 13:10,19
 20:24 27:22
 86:4,7,9,12,14
 86:17,19
**lines** 21:23 22:4

22:6 61:7
**lipo** 53:16 55:6
**liquid** 64:1
**listed** 7:13
**little** 26:5 29:18
 42:21
**lived** 6:4
**living** 4:18 47:9
**LLC** 6:17,18
**located** 6:2
 24:13 52:2,4
 58:24 77:8
 80:7
**long** 6:4 10:14
 16:24 26:15
 28:7,10 29:8
 34:18 36:3
 38:7,20 45:23
 54:15 59:23
 71:22 77:10
**long-term** 70:6,8
 70:9
**look** 21:14 29:20
 31:16,21 39:25
 40:1 41:25
 44:2 49:22
 67:5 79:24
**looked** 13:17
 31:23 35:23
 39:13,23
**looks** 57:19
**loss** 51:14 52:18
 53:7,8
**lost** 49:13
**lot** 25:23 35:18
**lotion** 25:16
 45:22
**lotions** 46:19
**love** 47:16
**lower** 64:2

**M**

**M** 2:5
**ma'am** 68:9
**machine** 27:12
 27:16

**main** 23:12
**major** 5:23
**makeup** 82:11
**management**
 5:24
**manager** 5:18
 12:8 55:16,21
 56:1,6 64:13
**marine** 61:6
**mark** 6:23 67:10
**marked** 7:2
 17:21,24 18:18
 41:15,17 44:1
 45:2,15 49:16
 50:14 59:9,11
 59:17 67:12
**marriage** 5:4
**married** 5:2
**Martinez** 9:9
 58:22,23
**massage** 12:14
 12:18 13:1
 14:16,17
**massages** 16:12
**McINTOSH** 2:8
**McKENZIE** 1:4
 1:16 4:2,11,17
 4:24,25,25 5:1
 5:12 6:15,16
 7:8 18:17
 19:15 31:10
 59:16 67:15
 84:5,16 85:6
 85:11 86:2,2
**mean** 21:2 60:24
 70:9
**medical** 3:12 8:2
 9:14 58:12
 72:15 73:6,20
**medication**
 33:14 35:1,2,5
 35:13 36:14
 37:10 40:22
 42:15 70:19,25
 71:10
**medications**

40:13,17 41:20
 46:17
**medicine** 33:15
**meet** 11:20 34:8
**Melanie** 55:5
**Merritt** 37:13,15
 37:17 38:1
**messy** 76:23
**Mexico** 57:18,23
 58:1 77:6,9
 78:8,11,20
**Michael** 4:17,25
 5:1 66:15
**mild** 78:6
**Miles** 53:22,23
 79:22
**mind** 31:20
 71:20 81:14
**mine** 18:15
**minute** 18:11
 26:6,24,25
 47:22 55:4
**minutes** 26:16
 28:12
**mistake** 9:10
**moment** 17:20
 39:15 40:19
 42:18
**Monday** 37:1
 63:19
**monies** 57:12
**monitor** 62:17
**monitored** 36:1
**monitoring** 42:8
**month** 8:20 60:2
**months** 42:13
 43:13
**morning** 26:25
 28:6 29:1,3,15
 29:19 33:24
 34:2,3,9,13
 40:2,4 60:6
 63:13,19 71:23
**motorcycle**
 79:11,14,16
**museum** 72:4

**N**

**N** 3:1
**name** 4:9,15
 6:13,14 11:22
 13:7 21:19
 24:5,11 32:23
 33:6 38:7,8
 50:24 55:15,17
 56:4 61:11,19
 80:10
**named** 4:3
**names** 4:22
 55:18
**Nassau** 10:24
**natural** 22:9,11
 26:5
**near** 52:4
**necessarily**
 64:23
**need** 9:13 32:2
 32:12
**needed** 24:20
 49:12 60:21
 61:5 62:19,21
**needs** 5:19
**never** 44:24
**New** 57:18,22
 58:1 77:5,9
 78:8,11,20
**night** 34:2
**nine** 34:9
**Nod** 14:11
**normal** 29:22
 47:16
**nose** 80:2
**Notary** 84:9
**notes** 49:19,20
 79:24 84:17
**notice** 1:20 3:10
 4:3 6:20 7:5
 29:13 73:21
**numb** 25:17
 28:4
**number** 53:5,7
 53:10 55:3
 56:19 64:9

65:13

**O**

**O** 53:15
**o'clock** 29:19
  30:20 34:2,2,3
  34:9
**Oakland** 2:4
  85:4
**oath** 4:5 84:1
**object** 58:7
**Objection** 74:6
  74:12,20 75:2
**obtain** 25:10
**occurred** 35:16
**ocean** 30:1
**off-the-record**
  43:3 76:10
**office** 5:18 21:12
  39:23 43:20
  76:6
**offices** 14:1
**official** 84:6
**Oh** 9:1 25:17
  29:22 50:7
  53:12
**ointment** 38:4
  71:4
**okay** 5:15 6:7,20
  6:23 7:8,19 9:4
  9:11,19,22,25
  10:2,14 11:4
  11:11,13,17,20
  12:15,20 13:2
  13:9,24 14:2,8
  14:13,19,23
  15:22 16:17
  17:8,19 18:2
  18:14 19:9,15
  20:14 21:9
  22:4,22 27:4
  27:10,19 28:3
  28:7,13 29:2
  32:25 33:7
  34:13,18 35:10
  35:15 36:15,25

37:2 38:13,16
38:20,25 39:10
41:11,14 42:11
42:20 44:10,13
44:17,23 45:1
45:9 47:4,14
48:4,18 49:13
50:4 51:13,20
51:24 52:11,16
53:6,9,12,17
53:19 54:12,21
55:8,10,19
56:9,18,22,25
57:16 58:6
59:4,8,14,23
61:10,22 62:2
62:10,23 63:10
63:18,20 64:5
64:8,19 65:1,7
65:10,13 66:4
66:14,16,22
67:24 68:2,7
68:13,22 69:7
69:15,18 70:3
70:11,19 71:19
71:24 72:8
74:1 75:17
77:12 78:7
80:6,12 81:5,8
81:13,23
**old** 65:20
**older** 69:11
**OMEGA** 2:16
  85:1
**ones** 50:13 68:2
  68:3,17,18,23
**oozing** 63:25
**opinion** 49:11
**opposite** 65:22
**orally** 70:20
  75:8
**ordering** 82:20
**original** 38:9
  85:16
**outdoor** 47:2
  48:7,15

**outdoors** 48:17
  76:18 78:3,19
**outside** 76:23
  78:21
**over-the-coun...**
  42:19 46:6,15
  70:24 82:14
**owned** 77:10

**P**

**P.A** 2:8
**P.m** 81:19 83:4
**P.O** 2:9
**package** 8:10
**page** 3:2,9 18:22
  19:2,7,9,10,12
  19:13 44:6
  50:2 65:23
  86:4,7,9,12,14
  86:17,19
**pages** 19:4,17
**pain** 30:17 33:15
  35:7,9,13,18
  40:25 45:19,23
  45:24 79:21
**painting** 76:14
  80:20
**paintings** 81:2
**palm** 30:22
**pamphlet** 13:11
  13:17 15:22,25
  16:8,10,18,21
**paper** 42:22
  44:13
**paperwork** 5:19
**Park** 2:4 6:1
  85:4
**part** 62:7 65:12
**participate**
  36:17
**parties** 2:22
  84:19
**parties'** 84:19
**Pasaje** 4:11
**Paso** 6:3 24:14
  51:5 58:25

80:7,9
**Paul** 2:5 7:20
  16:4 18:1 25:8
  41:19 67:2
  72:10 85:3
**PCP** 9:9
**pedicure** 12:14
  12:17,25 13:10
  13:19 14:19,21
  14:23 20:25
  21:6
**pedicures** 16:11
**penalties** 86:22
**people** 58:13
**peppers** 78:12
**percent** 5:13
**performed** 21:8
**period** 15:18
  45:24
**perjury** 86:22
**permanent** 70:6
  70:10
**persist** 45:24
**person** 58:24
**person's** 13:7
**personal** 57:24
**personally** 42:14
  84:5
**personnel** 56:13
**Peter** 40:5 42:2
  42:21 43:7
  69:24,25
**pharmacist**
  37:12
**pharmacy** 37:13
  37:24
**phone** 12:11
  39:13,19
**photo** 51:25
**photograph** 9:2
  59:20 60:4,8
  62:5 63:10
  64:2,11 65:15
  65:22 66:7,9
  82:15
**photographs**

3:13,14 8:6,16
8:18,20 56:13
59:18 62:3,20
62:23 63:2,14
63:21 64:5,15
65:7,10 66:19
67:16,17 68:5
81:20 82:2
**photos** 59:14
**physically** 52:2
**physician** 37:5
  39:8 58:21
**physicians** 71:13
**pick** 30:21 32:16
  78:11,16,18
**pickle** 78:13
**picture** 8:19
  62:11,12 66:14
  81:9,14 82:9
**pictures** 56:20
  56:21,24 57:2
  62:13 63:7
  68:1,8 77:1
  81:5,24
**pieces** 42:21
**pillows** 64:1
**pills** 35:7,8
  40:22,23,24
**Place** 4:11
**placed** 19:16
  44:10
**plaintiff** 1:5 2:2
  9:16 43:22
  57:3,21
**plaintiff's** 8:4,17
**planned** 15:9,19
  30:1
**plans** 71:12
  79:10
**plastic** 13:6
**please** 4:10 6:24
  15:11 17:22
  19:4 21:5 24:7
  50:12,15 59:9
  62:4 67:10
  81:8 82:3

8/13/2018        McKenzie, Elizabeth   v. Steiner Transocean Limited Elizabeth McKenzie

Page 94

85:11,15
**point** 11:4 12:4
  13:3 30:17
  60:11 64:22
**policies** 8:13
**policy** 32:11
**ports** 11:2,3
**positive** 14:11
**possession** 73:11
**Possibly** 64:20
**preeclampsia**
  71:8
**pregnancy** 71:7
  71:8
**prepare** 43:21
**prescribe** 40:18
**prescribed** 37:9
  40:13 46:6,20
  70:16,19
**prescribing**
  42:15,16
**prescription**
  35:4 46:17
**prescriptions**
  37:25 38:3
**present** 2:12
  8:19 66:1,2
**presently** 46:4
  46:18
**preservatives**
  26:3,8
**pressure** 71:6
**pressurize** 22:2
**prevailing** 58:13
**primary** 58:20
**print** 76:6
**prior** 8:20 59:22
  59:23
**private** 31:15
**probably** 23:8
  23:10,13 37:23
**problem** 30:3
**procedure** 17:6
  17:9 21:21
  28:7,21,23
  29:8,11 34:4

72:17 73:2
74:23 79:25
**procedures** 17:9
  17:17,18 19:23
  19:24 21:3
  22:8
**proceeded** 19:24
**proceeding**
  62:13
**process** 4:20
  20:22
**produced** 8:7,17
  8:21 9:15 18:8
**product** 16:16
  26:4 29:14
  46:9,13
**products** 21:13
  21:15 22:7,11
  22:14 25:5
  26:4 46:4
**professional**
  58:14
**progress** 62:17
**progresses** 62:21
**projects** 76:19
  76:22
**promoting**
  21:13
**pronounced**
  37:16
**property** 57:24
**protect** 78:21
**provide** 16:5,19
  70:2,17 73:8
**provided** 9:8,9
  59:14
**providing** 8:14
**Public** 84:9
**purchased** 52:19
  57:25
**purpose** 49:10
  55:22 59:6
  60:7 62:8,16
  63:6,15 64:19
  68:7
**purposes** 51:20

**Pursuant** 1:20
**pursue** 60:15,19
  62:20
**put** 26:5 31:19
  31:24 35:23
  41:1
**putting** 44:21

_____

**Q**

**question** 15:11
  19:12 20:5,7
  38:9,9 44:15
  50:23 58:12
**questions** 32:3,5
  32:6 44:11
  51:7 72:7
**quick** 43:18 67:6
**quickly** 39:21

_____

**R**

**rash** 23:4 24:20
  27:1 38:5
**raw** 30:16 31:17
**react** 35:3 38:4
**reaction** 23:1,4
  23:6,7,22 24:2
  25:4 28:3
  29:13,16 33:10
  33:12 41:6,7
  41:11 60:10
**reactions** 29:10
**read** 16:8 19:15
  20:8,10 25:22
  73:18 82:18,19
  86:5,8,10,13
  86:15,18,20,22
**reading** 2:23
  16:20 19:25
  85:13
**Reads** 86:5,7,10
  86:12,15,17,20
**real** 43:18 57:21
**realize** 28:5
**really** 19:20
  21:16 27:14
  35:17,24 62:22

63:16 65:18
**rear** 52:8
**rearrange** 13:20
  14:16
**reason** 50:7 86:6
  86:8,11,13,16
  86:18,21
**recall** 7:8 9:21
  10:13 13:8
  15:20 16:20
  17:20 21:10,19
  21:25 24:12
  26:19 32:24
  34:20 35:6
  36:4 38:7
  40:19 41:5
  45:5 61:11
  62:1 63:3
  81:10,12
**receipt** 21:7
**receive** 6:20
**received** 7:18
  18:7 59:18
**record** 9:12 43:2
  76:9 84:17
**recording** 64:17
  64:23
**records** 7:21 8:2
  8:3 9:14 25:8
  42:24 43:1,6
  43:14 48:2
  70:1
**recover** 57:12
**recreation** 80:25
**red** 29:18 30:16
  31:17
**Redirect** 3:6
  80:13
**redness** 20:20
  42:18 46:8
  70:21
**refer** 52:5 61:8
**referencing**
  15:23
**referred** 61:22
**referred-to** 7:1

17:23 41:16
45:14 59:10
67:11
**referring** 67:17
**regarding** 8:3
**Rejuvenation**
  3:11 45:3
  72:14 73:5,19
**related** 71:13
**relation** 27:7
**relative** 16:13,17
  84:18,19
**Release** 73:22
**releasing** 74:2,3
  74:10
**relief** 24:20
**remember** 15:21
  17:1 36:10
  38:6 44:21
  45:7 61:19
  72:20
**Remind** 81:8
**reminded** 25:19
**removed** 37:9
**repeat** 20:6
**rephrase** 15:11
**report** 84:16
**REPORTED**
  2:15
**reporter** 7:2
  17:24 20:10
  24:8 41:17
  45:15 59:11
  67:12 82:23
  83:1
**REPORTING**
  2:16 85:1
**represent** 19:22
**request** 8:3
  73:13
**requested** 20:9
  84:17
**requesting** 18:3
**resale** 4:21
**resides** 4:13
**resort** 38:17

55:20,24 56:3
63:23 64:7,10
**respective** 2:22
**response** 13:16
25:14
**responses** 44:10
**result** 8:5 26:22
30:9 69:20
**return** 85:15
**returned** 39:7
**reunion** 54:11
**review** 9:13 18:5
84:16
**Rhofade** 42:18
46:7,19 70:21
**ride** 34:10
**right** 9:6 10:19
13:21 14:25
15:5 18:15
21:11,19 22:13
26:16 27:9
34:6,17 35:4
36:17,20 37:8
38:2 39:5,18
39:20 43:17
49:15 52:9,16
55:2 56:5 58:3
60:7 62:7
63:20 66:7,19
67:5 69:4,11
71:3 74:11
**Rimmel** 82:12
**risk** 17:10,11
**risks** 17:5,9
19:23
**Robert** 58:6,17
**Roberts** 77:9
**room** 31:15
32:15,17,22
33:2,8,16
35:12 36:8,12
36:22 37:6,7
38:10,25 39:8
52:1,5,6,14,20
52:22,25
**rooms** 14:3

**rubbed** 26:5
**rushed** 20:15,17
20:21,22
**rushy** 21:16

**S**

**S-I-M-P-S-O-N**
24:9
**S-O-U-G-H-T**
53:12
**sack** 78:13,17
**Sadri** 53:15
**sample** 81:25
**samples** 82:1
**Saratoga** 38:17
55:20,23 56:1
56:3 63:22
64:7,9
**Saturday** 60:6
62:6,15,24
63:1,5,11 65:8
65:11
**sauna** 51:15,17
51:18,18,25
52:1,19,21,23
**saw** 8:2 33:4
40:11 53:20
59:1 79:20
80:3
**SAWRAN** 2:8
**says** 13:20 25:1
26:7 31:20
32:9 33:11
44:14 73:22
**scanned** 47:24
**scheduled** 14:17
28:18
**school** 5:25
**Schuster** 51:5
**sculpt** 28:22
29:7 76:24,25
**sculpted** 77:2
**sculpting** 76:14
76:19,20 80:16
80:21
**sculptings** 81:3

**seal** 84:6
**Seapass** 8:8
**second** 5:13 23:5
60:4 62:12
**Seconds** 28:12
**see** 13:20,24
23:19 26:7
33:5 36:23
39:8,14,16,20
40:5 42:2,5,11
53:24 56:7
71:12 72:4
73:24 80:1
**seeing** 7:9 42:6,7
42:25
**seen** 18:19 43:9
43:11 44:3
59:4 69:19
**self-explanatory**
85:14
**sell** 80:23
**send** 77:1 81:24
82:6,7
**sensation** 20:20
22:3 47:6
**sensitive** 47:1
**sensitivity** 46:7
46:10 70:7,16
70:18 77:13
**sent** 9:5 18:3
**separated** 68:4
**September**
78:14
**services** 2:16
11:10 16:11
21:1,8 32:18
85:1
**set** 9:15 12:11
14:14 33:13
59:17 67:15
**shade** 30:22
**Sheet** 85:12 86:1
**ship** 9:3 10:17
10:20,22 11:7
25:12 30:20,24
37:8,21 40:10

40:16 65:24
73:14 74:16
**ship's** 32:25
33:1,23 34:16
34:18 35:11,19
**short** 5:21 10:15
**Shortly** 23:19
**show** 44:1
**showed** 40:15
**showers** 48:6
76:2
**showing** 8:9
**shown** 66:14
**sic** 22:18 37:21
52:8 61:6
**side** 19:20 44:11
**sign** 21:7 26:24
43:22 72:17
74:19,24
**signature** 18:21
19:6,10,13,16
44:5 50:2
86:25
**signatures** 19:5
**signed** 44:25
49:24 50:5
74:5,10
**significance**
78:8
**signing** 45:6
72:20
**simply** 71:24
**Simpson** 24:5
**Singer** 2:13
47:20,24 48:3
48:5 76:5,8
**sit** 26:11
**sites** 49:5,7
**sitting** 21:6,12
**six** 29:18 34:2,2
34:3
**skin** 21:13 26:6
26:23 31:21
32:1,14,23
40:11 41:6
55:13 60:10

63:25 82:13
**sleep** 29:3 41:1
**sleepy** 35:8
40:25
**small** 33:8
**smart** 53:16
55:6
**somebody** 61:2
61:5
**son** 65:16,20
**son's** 47:15
**soreness** 57:9
**sorry** 12:1 20:16
66:17 76:5
**Soto** 33:6
**sought** 53:11,12
**south** 53:11
**SOUTHERN**
1:1
**Sozer** 53:15
**spa** 3:11 11:5,6
11:9,15,18
12:8,21 13:6
15:3,9,13,16
16:11 30:25
31:11 32:18
33:24 34:12,14
45:3 55:13,20
55:22,24 56:1
56:3,13,20
63:23 64:7,10
67:18 68:6
72:15,19 73:5
73:19 74:2
75:5,20
**speak** 12:10,21
13:2 31:14
**specialist** 31:21
32:14,23 55:14
**specialized** 61:6
**specialty** 82:13
**specifically**
72:21 75:4
**Spell** 24:7
**spelled** 80:2
**spent** 34:11

**spicy** 48:7 78:4,4
**spoke** 12:9,11
  31:2,4,11
**springs** 38:17
  48:16 55:20,23
  56:2,3 63:22
  64:7,9 77:20
**square** 52:11,13
**staining** 64:1
**standard** 58:14
**standing** 13:10
  20:24
**start** 51:19
**started** 29:17,17
  30:15,16 65:6
**starting** 29:21
  36:24
**state** 4:9 61:4
  84:2,9,13
**stated** 86:23
**States** 1:1 26:4
**stay** 23:9 25:1
  30:5,7 38:14
  38:16 55:4
  70:14
**stayed** 38:15,25
  55:25
**Steiner** 1:7 74:2
  85:6 86:2
**stenographic**
  84:17
**stenographica...**
  84:15
**stipulated** 2:21
**STIPULATIO...**
  2:20
**stop** 51:16
**Street** 80:9
**strike** 26:12
**stuck** 30:19
**stuff** 41:22,24
**subcontractor**
  57:4
**subject** 8:1,6
  9:20
**submitted** 66:23

66:25
**subscription**
  2:23
**substance** 41:8
**suction-type**
  27:13
**suffer** 57:7
**suffered** 69:13
  71:5,7
**suggest** 46:12
**suggested** 60:18
**sUITE** 2:4 85:4
**sun** 30:5,7,9
  46:7,10 70:7
  70:14,16,17
  78:22
**Sunday** 63:13
**sunlight** 47:1
  77:14
**Sunrise** 1:10 2:8
  2:17 85:1
**sunscreen** 70:17
**Supervise** 49:11
**supplement** 46:6
**supplements**
  70:15
**supposed** 12:17
  12:18
**sure** 15:7,12
  25:6 27:18
  31:15 32:15
  34:22,24 37:15
  37:20 41:4
  53:3 57:5
  59:25 66:1
  68:4 69:17
**surgeon** 13:6
**swam** 30:14
**sweating** 51:19
**swell** 29:21
**swelling** 28:5
  29:17,23 30:10
  36:23 65:6
**swimming** 30:1
**swollen** 35:17
**sworn** 4:5 84:5

**symptoms** 33:11
**system** 16:16
  22:2 47:25

————————
  **T**
**tab** 32:16
**tags** 55:18
**take** 8:19 9:13
  18:11,12 28:8
  28:11 29:8
  31:5,6 40:16
  41:1 48:6 54:9
  60:8 61:1
  63:14 64:15
  67:6 70:15,20
  70:24 78:13
  81:14 82:8,15
  82:22
**taken** 1:19 31:7
  43:23 59:21
  60:5 62:3,7,14
  63:7 67:8,18
  67:20 68:13,15
  68:19,23 81:9
  81:18 85:11
**talk** 60:18
**talked** 71:16,19
**talking** 73:24
  81:15
**Tammy** 76:5
**tecum** 7:21
**telephone** 9:15
**tell** 5:20 17:8
  21:5 24:22
  27:10,19 30:5
  31:2,13 32:16
  39:18 40:8
  44:3 50:12
  60:4 62:3 68:2
  68:10,17
**telling** 52:17
**terminology**
  41:4,5
**terms** 78:8
**test** 26:13,19,22
  26:23 27:7

64:4
**testified** 4:5
**testifying** 69:16
**testimony** 20:9
**Texas** 4:12 6:3
  37:11 38:13
  39:3,7 51:3,6
  58:25 61:13
  80:7
**Thank** 48:1
  56:18 82:16
  85:17
**thick** 26:9
**thigh** 68:19
**thighs** 28:22
  29:7 34:5
  51:11
**thing** 24:23
  29:20 33:24
  40:1 42:20
**things** 48:23
  70:17 75:22
  77:2
**think** 27:17
  66:25 71:17
  72:6 82:16
**thinking** 64:21
**thought** 51:22
**three** 10:15 28:9
  42:13,21 43:13
**throat** 80:3
**time** 11:4,8,11
  11:14,25 12:3
  12:4,15,24
  13:3 14:10
  15:6,10,18
  17:18 23:24
  31:3 33:19
  35:22 42:3
  45:24 47:19
  56:8 59:1
  60:11 61:6
  62:20 64:22
  65:21 71:14
  74:4,9
**times** 42:5

**today** 7:15 8:19
  26:11 78:25
**told** 17:11 22:11
  22:17,19 23:7
  23:8,10 25:12
  25:15 31:4,10
  31:14,19 40:9
  41:9 50:9
  69:19 70:11
  73:16 74:24
  75:4 76:6
**tomorrow** 71:23
**ton** 43:1
**top** 10:13 66:24
**total** 21:9
**towel** 30:22
**town** 39:22 61:1
  71:22
**tradition** 78:10
**transcript** 84:16
  84:17 85:16
  86:22
**Transocean** 1:7
  74:2 85:6 86:2
**Transportation**
  51:3,3
**traveling** 54:2
**treat** 69:22
**treated** 42:10
**treatment** 3:10
  13:12 18:25
  27:5,8 28:15
  45:20 53:11,12
  67:22,23
**treatments** 14:9
  15:9,19 28:14
  29:4,6
**tree** 30:22,23
**Tri-** 38:7
**trial** 60:23
**tried** 60:25
**trip** 65:19 79:8
**true** 84:17 86:23
**try** 47:2
**trying** 39:14
  80:1,20

**Tuesday** 64:6
**turn** 19:4
**turned** 25:22
   26:1
**turning** 19:9
**two** 10:8,11 28:9
   29:9 42:13
   43:13
**type** 16:15 22:1
   23:3 27:17
   33:14 35:2
   70:25 71:16
   81:5

**U**
**Uh-huh** 6:19 7:6
   15:15 17:12
   53:14
**ultimately** 39:2
**umbrella** 47:17
   78:23,24 79:6
**undersigned**
   84:4
**understand**
   11:13 12:2
   74:1,3,9
**understanding**
   11:24 20:1
**Understood**
   56:9
**UNITED** 1:1
**University** 6:1
**use** 22:10 26:3
   46:12,21 51:14
   77:14,21,22
   78:23 82:11
**usually** 20:19

**V**
**v** 85:6 86:2
**vacation** 53:3
   54:2,17 59:22
   59:23 62:8,9
   77:5
**vacations** 54:9
**vacuum** 22:1

**value** 71:20,21
**Vancouver**
   53:21,25 54:12
   54:23,24,25
   79:20
**variety** 76:22
**ventures** 6:8
**verbally** 22:19
**visit** 33:16 77:19
**vitamins** 70:23
   70:24
**vs** 1:6

**W**
**wages** 49:13
   53:8
**wait** 26:11 30:20
   47:22 76:9
**waited** 26:6
**waive** 82:18
**waived** 2:24
**Waiver** 73:23
**Walgreens**
   41:23
**want** 8:21 18:13
   25:25 28:20
   31:5 50:13
   58:9 72:9
   81:24 82:24
**wanted** 28:16,21
   58:16 60:15
**wants** 72:4
**wasn't** 66:1
**way** 18:20 46:23
   48:19 51:22
   74:8 76:17
**we'll** 8:23 9:15
   70:1 82:19
**we're** 4:19 9:12
   48:14,14
**we've** 9:11 44:1
   49:16 66:23
**Wednesday** 39:4
   65:2
**week** 10:14 54:5
   60:1

**weekend** 10:15
**went** 11:17
   14:25 15:13,14
   15:16 24:21
   28:15,18 29:2
   29:2,18 30:14
   30:21,22,24
   31:10,15 32:21
   32:25 34:7,12
   34:14 35:11,12
   36:13 37:6,11
   37:24 39:11,22
   40:5 54:10,12
**when's** 59:1
**white** 83:2
**Wilson** 55:21
   56:6
**wings** 52:10
**witness** 2:24 4:3
   4:6 17:14 20:3
   20:6,12 24:9
   48:6 49:20
   50:15,20 74:13
   74:21 80:11
   81:22 82:4
   84:6
**witnesses** 69:16
**woke** 27:1
**Wonder** 54:22
**word** 53:10
**work** 57:18
   80:23 81:6
**work-related**
   5:17
**World** 38:19
**worse** 35:17
**worsen** 30:10
   64:25
**worsened** 30:13
   30:13
**worsening** 62:18
   63:9,17
**wouldn't** 35:9
**writing** 31:19
   45:5 75:9
**written** 44:17

   45:10
**wrote** 22:18
   44:18

**X**
**X** 3:1

**Y**
**Y** 2:10
**Yeah** 31:6 72:11
**year** 5:21 53:21
   54:6,13 57:6,6
   82:2
**years** 6:6,7
   22:25 23:21
   24:17,17 81:11
**yesterday** 7:18
   49:19

**Z**

**0**

**1**
**1** 3:10 7:3,4,13
   9:8
**1:17-cv-24469**
   1:6 85:8 86:3
**10** 6:7 63:21,24
**10-by-8** 52:15
**10:19** 1:12,21
**10:50** 31:7
**10:58** 31:8
**100** 5:13 51:5
**11** 51:14 52:18
   64:5
**11:14** 43:23
**11:15** 43:24
**11:42** 67:8
**11:50** 67:9
**12** 53:7 54:16
   64:5,9 65:21
   67:15
**12:09** 81:18
**12:10** 81:19
**12:12** 83:4
**13** 1:11 65:1

   85:12 86:3
**13th** 51:4
**14** 5:1 53:10
   65:1
**14608** 4:11
**15** 53:13 55:4
   65:3
**16** 55:3,11 65:11
**16th** 27:6 67:21
   68:14,15,17,24
   68:25
**17** 3:10 65:13
**1776** 1:10 2:8,17
   85:1
**17th** 33:18 60:6
   62:6,15,24
   63:1,5,11
   68:16,18,20
**18** 56:11,23
**18th** 63:13
**19th** 63:19

**2**
**2** 3:10 17:22,25
   18:18 45:2
   72:16 73:1
**2:00** 11:16
**2:30** 11:16
**20** 5:1 6:6
**2002** 77:11
**2006** 57:21
**2008** 57:5
**2012** 81:21
**2013** 81:21
**2014** 81:21
**2015** 81:21
**2016** 9:23,24
   54:8,8 55:8,8
   65:14 66:10,13
   66:18
**2017** 43:8,9,12
   43:15 54:9
**2018** 1:11 51:2,4
   54:6 59:3 84:6
   84:21 85:12
   86:3

**20th** 64:6
**21** 56:10,19 57:3
**21st** 65:2
**22nd** 84:6,21
**23rd** 65:4
**24th** 65:8
**25** 4:25 24:17
**26** 4:24 22:24
  23:21 24:17
**2881** 2:4 85:4
**29th** 51:2

---
**3**

**3** 3:11 19:9
  36:15 41:15,18
  44:2 62:13
  72:14 73:4,18
**3,500** 52:13
**307** 2:4 85:4
**33304** 2:17 85:2
**33306** 2:4 85:4
**33338-7990** 2:9

---
**4**

**4** 3:4,13 19:12
  45:16 49:16
  50:20 62:13
**4/10** 57:5
**4:30** 33:20
**41** 3:11
**45** 3:13

---
**5**

**5** 3:13 8:9 59:12
  59:17 62:25
  63:7
**5,000** 53:1
**5:00** 33:20
**5:30** 34:13
**59** 3:13

---
**6**

**6** 3:14 63:4,7
  67:13
**67** 3:14

---
**7**

**7** 3:10 8:4 63:10
**72** 3:5
**7990** 2:9
**79902** 51:6
**79928** 4:12

---
**8**

**8** 7:13 51:9
  63:10,12
**80** 3:6

---
**9**

**9** 63:18
**9/3/2018** 84:10
**954)563-8111**
  2:5
**954)765-1001**
  2:10
**954.523.6422**
  2:18 85:2