REJUVENATION SPA COOLSCULPTING GUEST INFORMATION AND MEDICAL HISTORY

In order to provide you with the most appropriate treatment, please complete the following questionnaire. All information is confidential.

FIRST NAME: Elizabeth  LAST NAME: McKenzie  DATE OF BIRTH: 1-27-71
ADDRESS: 14608 PASAJE Pl.  CITY: Horizon  STATE: TX
POSTAL CODE: 79928  COUNTRY: USA  TELEPHONE: 915 357 9649  EMAIL: mckenziefirm@aol.com

| Question | Answer |
|---|---|
| Are you currently under a physician's care? | NO |
| Since when? _____ Why? _____ | |
| Are you taking any medication or substances? If Yes, please list. | NO |
| Do you routinely take health-related substances (i.e., vitamins or alternative medicine)? If Yes, please list. Vitamins | YES |
| Do you have known sensitivity to cold such as cold urticarial or Raynaud's disease? | NO |
| Do you have cryoglobulinemia, cold agglutinin disease, or paroxysmal cold hemoglobinuria? | NO |
| Do you have impaired peripheral circulation? If Yes, where? | NO |
| Are you pregnant or suspect you may be? | NO |
| Do you have neuropathic disorders such as post-herpetic neuralgia or diabetic neuropathy? | NO |
| Do you have any electronic implantable devices (i.e. pacemaker, defibrillator)? If so, where? | NO |
| Do you have impaired skin sensation? If Yes, where? | NO |
| Do you have open or infected wounds? If Yes, where? | NO |
| Do you have any skin conditions such as eczema, dermatitis, or rashes? If so, where? | NO |
| Have you had recent surgery or do you have scar tissue in the area to be treated? If so, where? | NO |
| Do you have a hernia or a history of hernia? If Yes, where? | NO |
| Have you ever had facial injectable treatments such as BOTOX Cosmetic, Dysport or Restylane? If Yes, please identify areas and date of last treatment | NO |
| Have you ever had body contouring/tightening treatments? If Yes, please explain | NO |

How did you hear about the Rejuvenation Spa services on board? While visiting Spa.

LIABILITY RELEASE, ACKNOWLEDGEMENT AND WAIVER:
The undersigned, understands, acknowledges and agrees that: (i) I am aware that the facilities and services offered by Steiner Transocean Limited (referred to as "STO") involve risks; (ii) the information I have provided above is accurate and complete regarding my current health status; iii) I am seeking the cosmetic treatment of my own free will; and (iv) I assume all risks associated therewith. On behalf of myself, my heirs and my assigns, I hereby release and discharge Magical Cruise Company, Limited d/b/a Disney Cruise Line, and their respective ships', officers and crew (collectively referred to as the "Cruise Line") and STO and all of the employees, directors, officers, agents, landlords, representatives, successors and assigns of the Cruise Line and STO and of the respective affiliates of the Cruise Line and STO from any and all claims or causes of actions arising out of or relating to my cosmetic treatment, including but not limited to, those resulting from bodily injury, or theft, loss of, or damage to, property of mine unless due to the gross negligence or willful misconduct of the Cruise Line or STO, or their respective employees.

NAME (PRINT): MCKENZIE Elizabeth  SIGNATURE: _____  DATE: 12/16/16

**EXHIBIT C**