UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                                          CASE NO. 1:17-cv-24469

       Plaintiff,
vs.

STEINER TRANSOCEAN LIMITED,

       Defendant.
_____/

# [**PROPOSED**]

## ORDER ON DEFENDANT'S MOTION FOR SUMMARY FINAL JUDGMENT

**THIS CAUSE** having come before the Court on Defendant, STEINER TRANSOCEAN LIMITED's Motion for Summary Final Judgment and the Court having reviewed the motion and caselaw and otherwise being advised in the premises, it is:

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby Granted. Summary Final Judgment is entered in favor of Defendant and against Plaintiff on all claims. The Court reserves jurisdiction for the consideration of attorney's fees and costs.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of _____, 2018.

                                                  _____
                                                  Cecilia Altonaga,
                                                  United States District Judge

Copies to:
Counsel of record