UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE,**

    Plaintiff,
vs.

**STEINER TRANSOCEAN, LTD.,**

    Defendant.
_____/

## NOTICE OF MEDIATION

YOU ARE HEREBY NOTIFIED that a Mediation Conference shall be held as follows:

| | |
|---|---|
| DATE: | **September 27, 2018** |
| TIME: | **10:00 AM** |
| HOURS RESERVED: | as needed |
| LOCATION: | **2650 Biscayne Blvd. Suite 2650**<br>**Miami, FL 33137**<br>**305.576.1300**<br>(Law office conference rooms of Simon Schindler & Sandberg) |
| MEDIATOR: | **Anne Bloom, Esq.**<br>Florida Supreme Court Certified and Federal Circuit Civil Mediator |
| FEES: | **$400.00 per hour**<br>**Payment due upon conclusion of the Mediation** (See attached p. 2) |
| SUMMARY: | A summary of the case should be sent to the Mediator at least three (3) days prior to the scheduled conference by email or fax. |

The client or representative with full authority to settle, other than counsel, should be present at the mediation conference. All proceedings of the mediation shall be confidential and are privileged in all respects as provided under federal law and Florida Statutes Section 44.405. It is further acknowledged that the mediator is neutral and may not provide legal service, representation or legal advice to participants of the mediation conference.

For each case scheduled for mediation, $195.00 per party shall be added to the mediator's time as an administrative fee.  The minimum charge for a mediation conference is two (2) hours.  In the event of cancellation with less than 3 business days notice, the minimum will be charged.  Preparation time, if needed, shall be charged at the stated hourly rate.

In the event a dispute arises between the parties or over the Mediator's fee, requiring the mediator to take further action to pursue collection, to file Court papers or attend a Court Proceeding, mediator shall be entitled to recover from the parties and their counsel, jointly and severally, fees at the hourly rate of $400.00.

**Unless counsel arranges with the undersigned for his/her client to pre-pay their entire portion of the mediation fee, counsel acts as the disclosed principal for purposes of the mediator's fees herein and counsel and the parties agree that their acquiescence to the mediation conference shall make them jointly and severally responsible for their respective portion of the mediator's fee.  Interest at the highest rate allowable by law will be charged to all invoices ten (10) days past due and over.**

      I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been e-filed on August 30, 2018.

                                                    By: ____/s/ Anne Bloom_____
                                                         Anne Bloom, Esq.
                                                         Florida Bar No. 379298 CFR# 9592
                                                         abloom@bloom-mediation.com
                                                         www.bloom-mediation.com

                                                         Bloom Mediation
                                                         151 N. Nob Hill Road, Suite 208
                                                         Fort Lauderdale, FL.  33324
                                                         Telephone: 954-303-8325
                                                         Facsimile:  954-862-5968

Counsel:
Carmen Y. Cartaya, Esq.
Paul Hoffman, Esq.