UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 17-CV-24469-CMA

ELIZABETH McKENZIE,

    Plaintiff,

vs.

STEINER TRANSOCEAN, LTD.,

    Defendant.
_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff ELIZABETH McKENZIE, by and through their respective undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and Local Rules for the United States District Court for the Southern District of Florida, hereby files her Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment, and in support thereof, states as follows:

    1.    Defendant filed its Motion for Summary Judgment before the time for discovery cuts off.

    2.    The discovery cut-off in this case is October 23, 2018.

    3.    Trial in this matter is currently set for the two-week trial period commencing February 4, 2019.

    4.    The Plaintiff has requested deposition dates for two key witnesses under Defendant's control-Gary Calder, the Spa Manager at the time of the incident, and Dr. Marlene Augustin, who administered the treatment which Plaintiff alleges caused her injury.  Plaintiff

reported the incident to Mr. Calder and alleges she filled out paper work with him and with Dr. Augustin.

5. Attached to this motion as an exhibit is the Declaration of Elizabeth McKenzie showing good cause to take these depositions in support of this motion.

6. Defendant advises it is trying to locate these witnesses who Plaintiff reasonably believes have knowledge material to defending against the Motion for Summary Judgment. The witnesses may be on a ship somewhere or out of the country.

7. Plaintiff calculates the response to the motion is presently due on or before September 11, 2018 (fourteen days). Plaintiff seeks a thirty (30) day enlargement of time from the due date to October 11, 2018 to respond to the motion.

8. The Plaintiff will be unduly prejudiced if she is not allowed to complete the necessary discovery to defend against the motion.

9. Plaintiff believes this discovery will create issues of material fact precluding entry of summary judgment.

10. The Plaintiff further submits that the requested enlargement of time has been made in good faith and has not been made for purposes of undue delay.

11. The Defendant does not oppose the motion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant her Motion and enter an Order enlarging the time Plaintiff has to respond to Defendant's Motion for Summary Judgment.

## MEMORANDUM OF LAW

Plaintiff is entitled to "adequate time for discovery" in order to defend against a Motion for Summary Judgment, *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). Good cause is shown by Plaintiff's declaration. In this case, discovery has not closed. Plaintiff has requested two depositions in order to defend herself. Defendant does not oppose the enlargement of time.

## CERTIFICATE OF COMPLIANCE

The Plaintiff certifies that Plaintiff conferred with Defendant who has no opposition to the motion,

Dated: August 30, 2018

Miami, Florida

Respectfully submitted,

*/s/Paul M. Hoffman, Esq;.*
Paul M. Hoffman, Esq.
Hoffman Law Firm
pmh@paulmhoffmanlaw.com
Tami-Hoffmanlawfirm@outlook.com
2881 East Oakland Park Boulevard.
Ft. Lauderdale, FL  33306
Tel: 954-707-5040/Fax: 954-563-8171
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 30th day of August, 2018. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:
*Paul M. Hoffman,* Esq.
FBN 0279897

## SERVICE LIST

CASE NO: 17-CV-24469-CMA

| | |
|---|---|
| Paul M. Hoffman, Esq. | Carmen Y. Cartaya, Esq. |
| Hoffman Law Firm | McIntosh, Sawran & Cartaya, P.A. |
| 2881 East Oakland Park Boulevard. | 1776 E. Sunrise Blvd. |
| Ft. Lauderdale, FL  33306 | Fort Lauderdale, FL 33304 |
| Tel: 954-707-5040 | Tel: 954-765-1001 |
| pmh@paulmhoffmanlaw.com | ccartaya@mscesq.com |
| Attorneys for Plaintiff | Attorneys for Defendant |