UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-24469-CMA

ELIZABETH McKENZIE,

    Plaintiff

vs.

STEINER TRANSOCEAN, LTD.

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion to Enlarge Time to Respond to Defendant's Motion for Summary Judgment and the Motion being Unopposed and for good cause shown,

ORDERED and ADJUDGED that Plaintiff's Motion is hereby GRANTED. The Plaintiff shall have up to and including October 10, 2018 to respond to Defendant's Motion for Summary Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2018.

                                                                _____
                                                                United States District Court Judge

Copies to:
Counsel of record