UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

 Plaintiff,
v.

**STEINER TRANSOCEAN LTD.**,

 Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. The Scheduling Order [ECF No. 14] establishes an October 23, 2018 deadline for completing discovery, and a deadline of November 6, 2018 for the filing of pre-trial motions. On August 28, 2018, Defendant, Steiner Transocean Limited filed a Motion for Summary Final Judgment [ECF No. 23]. In her Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment [ECF No. 25], Plaintiff explains she is not prepared to respond to the Motion for Summary Judgment and is awaiting discovery, including the possibility of taking depositions of witnesses Defendant is trying to locate and who may be out of the country. The Motion for Summary Judgment is clearly premature.

Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant, Steiner Transocean Limited's Motion for Summary Final Judgment **[ECF No. 23]** is **DENIED without prejudice**. Defendant may renew its motion for summary judgment after October 23, 2018.

2. Plaintiff, Elizabeth McKenzie's Motion for Enlargement of Time to Respond to

CASE NO. 18-20154-CIV-ALTONAGA/Goodman

Defendant's Motion for Summary Judgment **[ECF No. 25]** is **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of August, 2018.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record