**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  17-24469-CIV-ALTONAGA/Goodman**

**ELIZABETH MCKENZIE,**

      Plaintiff,

vs.

**STEINER TRANSOCEAN, LTD.,**

      Defendant.

_____/

<u>**RE-NOTICE OF MEDIATION**</u>
*(change of date)*

YOU ARE HEREBY NOTIFIED that a Mediation Conference shall be held as follows:

DATE:              **October 25, 2018**

TIME:              **10:00 AM**

HOURS RESERVED: as needed

LOCATION:       **2650 Biscayne Blvd. Suite 2650**
                    **Miami, FL 33137**
                    **305.576.1300**
                    (Law office conference rooms of Simon Schindler & Sandberg
                    Free parking is available in the lot two doors down (west) of the law firm
                    building on the same side of 26th Terrace)

MEDIATOR:       **Anne Bloom, Esq.**
                    Florida Supreme Court Certified and Federal Circuit Civil Mediator

FEES:              **$400.00 per hour**
                    **Payment due upon conclusion of the Mediation** (See attached p. 2)

SUMMARY:      A summary of the case should be sent to the Mediator at least three (3)
                    days prior to the scheduled conference by email or fax.

The client or representative with full authority to settle, other than counsel, should be present at the mediation conference. All proceedings of the mediation shall be confidential and are privileged in all respects as provided under federal law and Florida Statutes Section 44.405. It is further acknowledged that the mediator is neutral and may not provide legal service, representation or legal advice to participants of the mediation conference.

For each case scheduled for mediation, $195.00 per party shall be added to the mediator's time as an administrative fee.  The minimum charge for a mediation conference is two (2) hours.  In the event of cancellation with less than 3 business days notice, the minimum will be charged. Preparation time, if needed, shall be charged at the stated hourly rate.

In the event a dispute arises between the parties or over the Mediator's fee, requiring the mediator to take further action to pursue collection, to file Court papers or attend a Court Proceeding, mediator shall be entitled to recover from the parties and their counsel, jointly and severally, fees at the hourly rate of $400.00.

**Unless counsel arranges with the undersigned for his/her client to pre-pay their entire portion of the mediation fee, counsel acts as the disclosed principal for purposes of the mediator's fees herein and counsel and the parties agree that their acquiescence to the mediation conference shall make them jointly and severally responsible for their respective portion of the mediator's fee.  Interest at the highest rate allowable by law will be charged to all invoices ten (10) days past due and over.**

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been e-filed on October 2, 2018.

By: ___*/s/ Anne Bloom*_____
    Anne Bloom, Esq.
    Florida Bar No. 379298 CFR# 9592
    abloom@bloom-mediation.com
    www.bloom-mediation.com

    Bloom Mediation
    151 N. Nob Hill Road, Suite 208
    Fort Lauderdale, FL.  33324
    Telephone: 954-303-8325
    Facsimile:  954-862-5968

Counsel:
Carmen Y. Cartaya, Esq.
Paul Hoffman, Esq.