UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

 Plaintiff,
vs.

**STEINER TRANSOCEAN, LTD.**,

 Defendant.
_____/

## ORDER

THIS CAUSE came before the Court *sua sponte*. On April 11, 2018, the Court entered an Order scheduling a mediation conference with Anne Bloom to take place on September 27, 2018 (*see* [ECF No. 18]). On October 2, 2018, a Re-Notice of Mediation was filed rescheduling the mediation conference for October 25, 2018 [ECF No. 27]. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **October 4, 2018**, the parties shall submit a proposed order rescheduling mediation. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures,[1] the proposed order is be emailed to the Court in Word format.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.