UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

      Plaintiff,
vs.

**STEINER TRANSOCEAN, LTD.**,

      Defendant.
_____/

## ORDER RESCHEDULING MEDIATION

The mediation conference in this matter shall be held with Anne Bloom from Bloom Mediation on Thursday, October 25, 2018, at 10:00 a.m. at 2650 Biscayne Blvd., Suite 2650, in Miami, Florida. The parties shall file a report of the results of the mediation conference must be filed no later than **October 30, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record