UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                                         CASE NO. 1:17-cv-24469

      Plaintiff,

vs.

STEINER TRANSOCEAN LIMITED,

      Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO COMPLETE MEDIATION AND AFFIDAVIT IN SUPPORT

COMES NOW, Defendant, STEINER TRANSOCEAN LIMITED, by and through its undersigned attorneys, and pursuant to Fed.R.Civ.P. 6, and hereby files this Unopposed Motion for Enlargement of Time to Complete Discovery and to Complete Mediation and in support thereof states:

1.    This is a diversity action for alleged negligence.

2.    Discovery cut-off in this case is October 23, 2018. Mediation is currently scheduled for October 25, 2018.

3.    Trial in this matter is currently set for the two-week trial period commencing February 4, 2019.

4.    Plaintiff alleges that she suffered an allergic reaction as a result of a Medi-spa treatment that she underwent while aboard the Disney Dream.

*CASE NO. 1:17-cv-24469*

5.　　Plaintiff has disclosed a treating physician who is expected to opine as to Plaintiff's course of treatment following debarkation from the Disney Dream to the present.

6.　　Plaintiff has also disclosed an expert dermatologist who is expected to opine as to the future course of treatment and the expected timeframe of said treatment, which is estimated at an additional 12 months.

7.　　Defendant needs to depose both physicians in order to properly defend its case. Both of the disclosed witnesses are out of state.

8.　　Plaintiff traveled aboard the Disney Dream with various family members that are also located out of state and will need to be deposed.

9.　　Plaintiff has also recently requested to take the deposition of an additional witness, whose name and potential relevant knowledge became known during the deposition of another witness and the deposition of a corporate representative.

10.　　There is insufficient time remaining before the discovery deadline to complete the remaining discovery, which will, in turn, necessitate the enlargement of time to complete mediation.

11.　　Therefore, the Defendant hereby requests an enlargement of 60 days to complete discovery.

12.　　The Defendant hereby also requests that mediation be reset until such time as discovery be completed, or no later than January 15, 2019.

2


13. Plaintiff does not oppose this Motion. Neither party will be prejudiced by an enlargement of time to complete discovery and the requested enlargement of time would allow both parties time to properly prepare their respective cases.

14. The requested enlargement of time to complete discovery and mediation is made in good faith and has not been made for purposes of undue delay.

15. Appended hereto is the Affidavit of Elizabeth Junco, on behalf of Defendant consenting to the requested relief.

WHEREFORE, Defendant, STEINER TRANSOCEAN LIMITED, hereby respectfully requests that this Court enter an Order granting Defendant's Unopposed Motion for Extension of Time to Complete Discovery and Mediation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via CM-ECF on this 16th day of October, 2018 on all counsel of record on the attached service list in the manner specified.

Respectfully submitted,

*/s/ Carmen Y. Cartaya*
Carmen Y. Cartaya, Esq.
Fla. Bar No. 515736
cycpleadings@mscesq.com
McIntosh, Sawran & Cartaya, P.A.
1776 East Sunrise Blvd
Fort Lauderdale, FL 33304
Telephone: 954-765-1001
Facsimile: 954-765-1005
*Counsel for Defendants*

*CASE NO. 1:17-cv-24469*

## SERVICE LIST

CASE NO. 1:17-cv-24469-CMA

Paul M. Hoffman, Esquire
HOFFMAN LAW FIRM
2888 East Oakland Park Boulevard
Suite 110
Fort Lauderdale, Florida 33306
Telephone: (954) 563-8111
Facsimile: (954) 563-8171
pmh@paulmhoffmanlaw.com
*Attorneys for Plaintiff*

MCINTOSH SAWRAN & CARTAYA, P.A. • ATTORNEYS AT LAW • 1776 EAST SUNRISE BLVD • FORT LAUDERDALE, FL 33304
TELEPHONE (954) 765-1001          FACSIMILE (954) 765-1005