UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                                  CASE NO. 1:17-cv-24469

        Plaintiff,

vs.

STEINER TRANSOCEAN LIMITED,

        Defendant.

_____/

**AFFIDAVIT OF ELIZABETH JUNCO IN SUPPORT OF DEFENDANT'S
UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO COMPLETE
DISCOVERY AND TO COMPLETE MEDIATION**

STATE OF FLORIDA        )
                        )
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, this day personally appeared ELIZABETH JUNCO, who, after being first duly sworn, deposes and states as follows:

1. My name is Elizabeth Junco, I am the Director of Claims and Risk Management for Defendant, STEINER TRANSOCEAN LIMITED. I make this Affidavit on behalf of the Defendant herein.

2. In order to be prepared for trial, it is necessary for the Defendant to depose Plaintiff's treating physician and expert dermatologist, whom are both out of state; and Plaintiff's family members who are witnesses that traveled with Plaintiff on the subject cruise, who reside in Texas.

CASE NO. 1:17-cv-24469

3. Affiant sets forth these matters in good faith and not for purposes of delay.

FURTHER AFFIANT SAYETH NAUGHT.

**ELIZABETH JUNCO**

The foregoing instrument was acknowledged before me this _____15th_____ day of

October 2018, by Elizabeth Junco, who is personally known to me or who has produced

_____ as identification and who did take an oath.

_____
Notary Public, State of Florida


Elena Pisano
Print Notary Name

My Commission Number:
My Commission Expires:

ELENA PISANO
MY COMMISSION # GG081518
EXPIRES July 04, 2021

MCINTOSH SAWRAN & CARTAYA, P.A. · ATTORNEYS AT LAW · 1776 EAST SUNRISE BLVD · FORT LAUDERDALE, FL 33304
TELEPHONE (954) 765-1001          FACSIMILE (954) 765-1005