UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                                  CASE NO. 1:17-cv-24469

      Plaintiff,

vs.

STEINER TRANSOCEAN LIMITED,

      Defendant.
_____/

**[PROPOSED]**
**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO COMPLETE MEDIATION**

**THIS CAUSE** having come before the Court on Defendant, STEINER TRANSOCEAN LIMITED's, Unopposed Motion for Enlargement of Time to Complete Discovery and to Complete Mediation, and the Court having been fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED**

1.    That said Motion be, and the same is hereby Granted.

2.    Mediation is continued and shall take place no later than January 15, 2019.

*CASE NO. 1:17-cv-24469*

3.      All pre-trial deadlines are continued as described in Defendant's Unopposed Motion for Enlargement of Time to Complete Discovery and to Complete Mediation.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this _____ day of October, 2018.

_____
**CECILIA M. ALTONAGA
UNITED STATE DISTRICT JUDGE**

Copies furnished to:

(Counsel of record)