UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

      Plaintiff,
vs.

**STEINER TRANSOCEAN, LTD.**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Unopposed Motion for Enlargement of Time to Complete Discovery and to Complete Mediation [ECF No. 30]. Defendant requests the March 20, 2018 Order Setting Trial ("Scheduling Order") [ECF No. 14] be amended to allow an enlargement of 60 days to complete discovery and mediation. (*See generally* Mot.). Defendant explains it needs to depose Plaintiff's treating physician, expert dermatologist, and Plaintiff's out-of-state family members; and Plaintiff would like to depose an additional witness. (*See id.* 2). What Defendant does not address is why these witnesses could not have been deposed in the almost seven months since the Scheduling Order was entered.

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(b). This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the parties seeking the extension. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("If [a] party was not diligent, the [good cause] inquiry should end." (alterations added)); *Roberson v. BancorpSouth Bank, Inc.*, Civ. Act. No. 12-0669-WS-N, 2013 WL 4870839, at *2 (S.D. Ala. Sept. 12, 2013) ("Diligence, not lack of prejudice, is the

touchstone of the Rule 16(b)(4) inquiry."). Defendant does not satisfy Rule 16(b)'s good cause standard or describe the parties' diligence in attempting to complete discovery before the October 23, 2018 deadline.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. Nevertheless, the parties are reminded the Scheduling Order allows them to extend the discovery cut-off date by agreement. (*See* Scheduling Order 1, n.1). The mediation shall take place and a report must be filed no later than **November 16, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record