UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE,**

    Plaintiff,
vs.

**STEINER TRANSOCEAN, LTD.,**

    Defendant.
_____/

## MEDIATOR'S REPORT

Anne Bloom, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on October 25, 2018 @ 10:00 A.M.

_____ AN AGREEMENT WAS REACHED.

    \_\_\_\_\_ The Agreement is attached with consent of the parties.

\_\_X\_\_\_\_ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before \_\_\_/\_\_\_/18, than this matter shall be deemed at an impasse.

_____ Other: _____

    \_\_\_\_*/s/ Anne Bloom*_____
    Anne Bloom, Esq., Florida Bar No. 379298