UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                                CASE NO. 1:17-cv-24469

       Plaintiff,

vs.

STEINER TRANSOCEAN LIMITED,

       Defendant.
_____/

## DEFENDANT'S EXPERT WITNESS DISCLOSURE

Defendant, STEINER TRANSOCEAN LIMITED, by and through its undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 26 (a) (2), hereby serves its Expert Witness Disclosure and states:

1. **Karen R. Kade, M.D. (Expert Witness)**
   **12600 S.W. 120 St. #107**
   **Miami, FL 33186**

Dr. Kade is a Board Certified dermatologist. She is expected to offer testimony regarding Elizabeth McKenzie's medical condition and treatment diagnosis and prognosis. Her opinions will be based upon her review of the medical records, photographs, depositions, as well as her background, training, education and experience. A copy of Dr. Kade's Curriculum Vitae is attached.

*CASE NO: 1:17-cv-24469*
*Defendant's Expert Witness Disclosure*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct copy hereof has been furnished to: Paul M. Hoffman, Esquire, Hoffman Law Firm, 2881 East Oakland Park Boulevard Penthouse Suite 307, Fort Lauderdale, FL 33306, by [e-mail] on this 25th day of September, 2018.

    MCINTOSH, SAWRAN &
    CARTAYA, PA
    1776 East Sunrise Blvd
    Fort Lauderdale, Florida 33338-7990
    Telephone: (954) 765-1001
    Facsimile: (954-765-1005

By: */s/ Carmen Y. Cartaya*
    CARMEN Y. CARTAYA
    Florida Bar No: 515736
    cycpleadings@mscesq.com

(for email service only)

# Karen R. Kade, M.D.

## FELLOW OF THE AMERICAN ACADEMY OF DERMATOLOGY

12600 S.W. 120 STREET
SUITE 107
MIAMI, FLORIDA 33186
PHONE: 305-969-6954
FAX: 305-969-9104
www.drkarenkade.com

| | | |
|---|---|---|
| **Address** | **Residence** <br> 13170 S.W. 106 St. <br> Miami, FL 33186 <br> (305) 386-3626 | **Office** <br> 12600 S.W. 120 St. #107 <br> Miami, FL 3186 <br> Ph: (305) 969-6954 <br> Fx: (305) 969-9104 |
| **Personal Data** | D.O.B: April 30, 1954; Married to Paul Kade. 2 grown children, both married & living in NYC. | |
| **Education** | ALBERT EINSTEIN COLLEGE OF MEDICINE – Bronx, N.Y. <br> M.D Degree – June, 1976 <br><br> FORDHAM UNIVERSITY – Bronx, N.Y.  1969 to 1972 <br> B.S Degree, Summa Cum Laude; <br> Phi Beta Kappa – June 1972 <br><br> BRONX HIGH SCHOOL OF SCIENCE – Bronx, N.Y. <br> 1967 to 1969 | |
| **Licensure** | Florida Medical License, 1980 | |
| **Board Certification** | Diplomat of the American Board of Dermatology <br> 1980 | |
| **Staff Privileges** | Baptist and South Miami Hospitals | |
| **Professional Memberships** | American Academy of Dermatology, Miami Dermatologic Society, Florida Dermatologic Society, Dade County Association | |
| **Professional Training** | University of North Carolina – Chapel Hill, N.C. <br> 1976 to 1977: Pediatric Internship <br> 1977 to 1980: Dermatology Residency | |
| **Practice** | November 10, 1980 to June 30, 1983: INA Health Plan, Inc. – Providing dermatologic care to patients In Dade and Broward Counties, Florida <br><br> May 2, 1983 to Present: Solo private practice, Miami, Florida | |
| **References** | Available upon request | |