## REJUVENATION SPA COOLSCULPTING GUEST INFORMATION AND MEDICAL HISTORY

In order to provide you with the most appropriate treatment, please complete the following questionnaire. All information is confidential.

FIRST NAME: _Elizabeth_   LAST NAME: _McKenzie_   DATE OF BIRTH: _1-27-71_

ADDRESS: _14608 PASAJE Pl._   CITY: _Horizon_   STATE: _TX_

POSTAL CODE: _799__   COUNTRY: _USA_   TELEPHONE _915 356_   EMAIL: _mckenziefirm@aol.com_
_9049_

| | |
|---|---|
| Are you currently under a physician's care? | ☐YES ☒NO |
| Since when? _____ Why? _____ | |
| Are you taking any medication or substances? If Yes, please list. | ☐YES ☒NO |
| Do you routinely take health-related substances (i.e., vitamins or alternative medicine)? If Yes, please list. _Vitamins_ | ☒YES ☐NO |
| Do you have known sensitivity to cold such as cold urticaria or Raynaud's disease? | ☐YES ☒NO |
| Do you have cryoglobulinemia, cold agglutinin disease, or paroxysmal cold hemoglobinuria? | ☐YES ☒NO |
| Do you have impaired peripheral circulation? If Yes, where? | ☐YES ☒NO |
| Are you pregnant or suspect you may be? | ☐YES ☒NO |
| Do you have neuropathic disorders such as post-herpetic neuralgia or diabetic neuropathy? | ☐YES ☐NO |
| Do you have any electronic implantable devices (i.e. pacemaker, defibrillator)? If so, where? | ☐YES ☒NO |
| Do you have impaired skin sensation? If Yes, where? | ☐YES ☒NO |
| Do you have open or infected wounds? If Yes, where? | ☐YES ☒NO |
| Do you have any skin conditions such as eczema, dermatitis, or rashes? If so, where? | ☐YES ☒NO |
| Have you had recent surgery or do you have scar tissue in the area to be treated? If so, where? | ☐YES ☒NO |
| Do you have a hernia or a history of hernia? If Yes, where? | ☐YES ☒NO |
| Have you ever had facial injectable treatments such as BOTOX Cosmetic, Dysport or Restylane? If Yes, please identify areas and date of last treatment | ☐YES ☒NO |
| Have you ever had body contouring/tightening treatments? If Yes, please explain | ☐YES ☒NO |

How did you hear about the Rejuvenation Spa services on board? _While visiting Spa._

### LIABILITY RELEASE, ACKNOWLEDGEMENT AND WAIVER:

The undersigned, understands, acknowledges and agrees that: (i) I am aware that the facilities and services offered by Steiner Transocean Limited (referred to as "STO") involve risks; (ii) the information I have provided above is accurate and complete regarding my current health status; (iii) I am seeking the cosmetic treatment of my own free will; and (iv) I assume all risks associated therewith.  On behalf of myself, my heirs and my assigns, I hereby release and discharge Magical Cruise Company, Limited d/b/a Disney Cruise Line, and their respective ships', officers and crew (collectively referred to as the "Cruise Line") and STO and all of the employees, directors, officers, agents, landlords, representatives, successors and assigns of the Cruise Line and STO and of the respective affiliates of the Cruise Line and STO from any and all claims or causes of actions arising out of or relating to my cosmetic treatment, including but not limited to, those resulting from bodily injury, or theft, loss of, or damage to, property of mine unless due to the gross negligence or willful misconduct of the Cruise Line or STO, or their respective employees.

NAME (PRINT): _MCKENZIE Elizabeth_   SIGNATURE: _____   DATE _12/16/16_

Rev: 08/01



PLA/DEF _McKenzie_
EXHIBIT 3
DATE _8/13/18_ RPTR _KE_
Alpha & Omega Reporting