UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-24469-CMA

ELIZABETH McKENZIE,

    Plaintiff

vs.

STEINER TRANSOCEAN, LTD.

    Defendant.
_____/

## ORDER GRANTING MOTION IN LIMINE

THIS CAUSE having come before the Court on Plaintiff's Motion *in limine* to 1) Preclude Defendant from introducing expert opinion evidence based on a failure to comply with Rule 26 (a) and Court Orders; 2) Preclude Defendant from introducing evidence to the jury that Plaintiff signed a release exculpating the Defendant of Negligence based on 46 U.S.C. 30509; 3) instruct the jury on the reason why Defendant is not calling an expert witness and

Having examined the RECORD and for GOOD CAUSE shown,

ORDERED and ADJUDGED that Plaintiff's Motion 1), 2) and 3) is hereby GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2018.

                                                      _____
                                                      United States District Court Judge

Copies to:
Counsel of record