UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

ELIZABETH McKENZIE,                                    CASE NO. 1:17-cv-24469

     Plaintiff,
vs.

STEINER TRANSOCEAN LIMITED,

     Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that Aleida M. Mielke, Esquire of the law firm of **McIntosh, Sawran & Cartaya, P.A.**, hereby enters a Notice of Appearance as counsel on behalf of Defendant, STEINER TRANSOCEAN LIMITED, in the above-captioned matter.  Copies of all pleadings and papers filed in this action should be served upon her at the address listed below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via CM-ECF on this 5th day of December, 2018 on all counsel of record on the attached service list in the manner specified.

    McIntosh, Sawran & Cartaya, P.A.
    1776 East Sunrise Blvd
    Fort Lauderdale, FL 33304
    Telephone:     954-765-1001
    Facsimile:      954-765-1005

    By: */s/ Aleida M. Mielke*
       CARMEN Y. CARTAYA
       Florida Bar No: 515736
       ALEIDA M. MIELKE
       Florida Bar No: 101486
       amielke@mscesq.com
       cycpleadings@mscesq.com
       **(*for email service only*)**

CASE NO. 1:17-cv-24469

## SERVICE LIST

CASE NO. 1:17-cv-24469

Paul M. Hoffman, Esquire
HOFFMAN LAW FIRM
2888 East Oakland Park Boulevard
Suite 110
Fort Lauderdale, Florida 33306
Telephone: (954) 563-8111
Facsimile: (954) 563-8171
pmh@paulmhoffmanlaw.com
*Attorneys for Plaintiff*