UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24469-CIV-ALTONAGA/Goodman

**ELIZABETH MCKENZIE**,

    Plaintiff,
v.

**STEINER TRANSOCEAN LTD.**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. The Order Setting Trial and Pretrial Schedule [ECF No. 14] required the parties to submit their joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, on or before December 4, 2018. On December 4, 2018, the parties filed their Joint Proposed Jury Instructions and Verdict Forms [ECF No. 35]. However, to date the parties have not filed their joint pre-trial stipulation, and the time for compliance has passed. It is therefore

**ORDERED AND ADJUDGED** that on or before **December 11, 2018**, the parties shall submit their joint pre-trial stipulation.

**DONE AND ORDERED** in Miami, Florida, this 6th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record